# UNITED STATES DISTRICT COURT

for the

Western District of Missouri

United States of America )
v. )
Keven Lee Wyrick )
)
Date of Original Judgment: _____05/22/1997_____ )
Date of Previous Amended Judgment: _____ )
*(Use Date of Last Amended Judgment if Any)* )

Case No: 94-00194-12-CR-W

USM No: 08724-045

Stephen C. Moss
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑DENIED. ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant's guidelines were calculated utilizing USSG § 2A1.1; therefore, no reduction is authorized.

Except as otherwise provided, all provisions of the judgment dated _____05/22/1997_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____12/11/2017_____

/s/ Brian C. Wimes
*Judge's signature*

Effective Date: _____11/01/2015_____
*(if different from order date)*

BRIAN C. WIMES, United States District Judge
*Printed name and title*