Keven ⬛ Wyrick 08724-045
United States Penitentiary Leavenworth
PO Box 1000
Leavenworth, Ks 66048



94-194
GAF

CD

Clerk's Office
United States District Court
Western District of Missouri
Kansas City, Missouri
64106

Legal:

U.S. POSTAGE PAID
FCM LG ENV
LEAVENWORTH, KS
66048
MAY 28, 21
AMOUNT
$0.00
R2305E124875-7
64106
1006

EXPECTED DELIVERY DAY: 05/29/21
USPS TRACKING® #

9505 5154 1994 1148 7219 75

RECEIVED

2021 MAY 32 PH 2:33

CLERK, U.S. DISTRICT COU
WESTERN DISTRICT OF M
KANSAS CITY M

U.S. OFFICIAL MAIL
U.S. POSTAGE

$ 000.00

MAILED FROM ZIP CODE 66048
MAY 27 2021

P.O. Box 1000
Leavenworth, KS 66048

Date_____

The enclosed letter was processed through special mailing procedures
or forwarding to you. The letter has been neither opened nor inspected.
If the writer raises a question or problem which facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff/Respondent,<br><br>v.<br><br>KEVEN L. WYRICK,<br>         Defendant/Movant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 4:94-CR-00194-012 |

**RENEWED**

### MOTION FOR COMPASSIONATE RELEASE
### PURSUANT TO 18 U.S.C. §3582(C)(1)(A)(i)

COMES NOW, the Movant, Keven L. Wyrick ("Wyrick"), pro se, to respectfully move this Honorable Court for compassionate release, or sentence reduction, under 18 U.S.C. §3582(C)(1)(A)(1), as amended by the First Step Act ("FSA"), in the above entitled case.

As grounds therefore, Wyrick submits as follows:

I. PROCEDUAL HISTORY AND STATEMENT OF FACTS

   A.  Procedual history

On May 25, 1995, Wyrick was charged with one count of conspiracy to distribute marijuana, one count of engaging in a continuing criminal enterprise resulting in death, and one count of conspiracy to distribute marijuana resulting in death. On September 24, 1996, trial began, and ended on November 1, 1996. Wyrick was sentenced to life imprisonment.

On August 31, 2020, Wyrick filed a motion for compassionate release.

On October 21, 2020, this Court denied his motion.
This motion follows:

B. STATEMENT OF FACTS

First, Wyrick would like to apologize to this Court, and the victims of his crimes, and humbly ask for their forgiveness. He takes full responcibility for his actions, and makes no excuses.

Since being incarcerated Wyrick's proudest achievement is giving his life to the Lord and Saviour, Jesus Christ. He regularly attends Christian Church services, and is active in Church programs and activities.

Wyrick, in wanting to better understand his Lord, and what his Lord wanted of him, spent eight years in Biblical Studies from Calvary Christian College and Seminary earning a Dectorate in Biblical Studies. (See attached exhibit #A). Wyrick went on to study another two years, earning a PHD in Theology. (See attached exhibit #B). Combined he spent nearly 5000 hours in Biblical Studies.

He has maintained a great conduct record while in prison. Wyrick only received one 400 series (minor) write-up in over 26 years.

Wyrick has maintained employment and received good to excellent work reports. He worked at UNICOR from 1997 to 2007. (In 2007 UNICOR shut down in most United States Penitentiarys). He worked consistantly in the laundry since returning to Leavenworth.

Wyrick has put forth extraordinary effort at rehabilitation,

even though at the time he had no realistic expectation of release. To this end Wyrick participated in and completed numerous courses, classes and programs.

These included:

* The Cage Your Rage - Anger Management course.

Wyrick participated in this class to better understand the root causes of his anger, and to learn to channel that anger in to more positive actions.

* Microsoft IC3 - (Word/excell/Access/Power Point/Applications.

Wyrick completed this course, because he recognized that computor knowledge would be important in the future, for obtaining and keeping gainful employment.

* Best Ways to Find a Job (1,2,3); Preparing For Success.

Wyrick took these classes to better prepare himself to find honest employment upon his release.

* Vocational Training Trades Review/ Reading Blueprints; Home Plumbing Systems; Electrical Theory; and Real Estate.

Wyrick has always enjoyed working with his hands, fixing things and building things. He completed these courses to help him gain knowledge to repair or build homes, and to perhaps buy old homes and remodel them.

* Calvary Christian College and Seminary Biblical Studies and Theology (PHD).

Wyrick's proudest achievement has been giving his life to his Lord and Saviour, Jesus Christ. He completed almost 5000 hours of Christian College courses, earning a PHD in Theology and a Decorate in Biblical Studies. He did this to

better know his Lord, to gain a better understanding of what God wants from him, and to be better able to share God's word with others.

* The Life Connections Program.

Wyrick has recently graguated from the eighteen (18) month, residential, Faith based program offered at U.S.P. Leavenworth.

Wyrick participated in this program to prepare himself for his return to society. He used his knowledge of the Bible and the Lord's desires for mankind, to share with other students, to mentor them (see attached exhibit #C), and to express God's love for them. (See exhibit #D).

* Wyrick also participated in numerous other self-help classes and programs (See attached exhibit #E).

Wyrick has several cronic illnesses, which the Centers for Disease Control and Prevention ("CDC") have found to put a person at "high risk" of serious illness or death, if he were to contract the COVID-19 virus.

These include Cronic Obstructive Pulmonary Disease ("COPD"), hypertension, obesity, and an enlarged prostrate. (See exhibit #F).

He has had COVID-19 once, and it greatly affected his health. He has also had the two-shot Moderna vaccine.

Wyrick has kept in close contact with his family and friends who support him and wish to see him released back to the community.

They know he will be an asset to their community, with

the changes the Lord has made in his life. (See exhibit #G).

He plans to share God's word, as well as mentor others, to help them avoid the pitfalls and poor decisions that he made as a younger man.

## II. LEGAL STANDARDS

### A. THIS COURT HAS AUTHORITY TO REDUCE A TERM OF INCARCERATION UNDER THE FIRST STEP ACT

This Court has authority to order Wyrick compassionate release under 18 U.S.C. §3582(C)(1)(A)(i), as it was amended by the First Step Act ("FSA"). See 18 U.S.C. §3582(C)(1)(1)(A)(i); First Step Act of 2018, Pub. L. 115-391, :603, 132 Stat. 5194 (2018). Since the passage of the FSA, the statute authorizes the defendant to file a motion directly with the court seeking reduction of his sentence for "extraordinary and compelling reasons," once he has exhausted his administrative remedies. Exhaustion occurs when the BOP (warden) denies the defendant's application for compassionate release, or lets the thirty (30) days pass without responding to it. See Brown v. United States, 411 F. Supp. 3d 446, 452 (S.D. Iowa 2019); United States v. McDonel, No. 07-20189, 2021 U.S. Dist. LEXIS 6401 (E.D. Mich. Jan. 31, 2021). See §3582(C)(1)(A)(i). A court "may reduce the term of imprisonment ... after considering the factors set forth in §3553(a) to the extent they are applicable, if it finds that ... extraordinary and compelling reasons warrant such a reduction...." Id. Although the statute also instructs the courts to consider "applicable policy statements issued by the Sentencing Commission," seven U.S. Circuit Courts of

Appeals, including the Sixth Circuit, have held there is currently no applicable policy statement. See <u>United States v. Jones</u>, 980 F.3d 1098 (6th Cir. 2020); <u>United States v. Gunn</u>, F.3d (7th Cir. 2020); <u>United States v. McCay</u>, 981 F.3d 271, 281 (4th Cir. 2020); <u>United States v. Brooker</u>, 976 F.3d 228, 237 (2nd Cir. 2020); <u>United States v. Shkambi</u>, Case No. 20-40543, 2021 U.S. App. LEXIS 10053 (5th Cir. April 7, 2021); <u>United States v. Aruda</u>, Case No. 20-10245, 2021 U.S. App. LEXIS 10119 (9th Cir. April 8, 2021); <u>United States v. Maumau</u>, No. 20-4056, 2021 U.S. App. LEXIS 9510 (10th Cir. April 2021).

The result, these courts have reasoned, is the district court is now free to consider anything, when deciding whether an extraordinary and compelling reason exists. See <u>Brown</u>, 411 F. Supp. 3d at 451, 452-53; <u>United States v. Urkevich</u>, No. 8:03-cr-00037, 2019 U.S. dist. LEXIS 197408, 2019 WL 6037391, at *3 (D.Neb. Nov. 14, 2019).

Therefore, this Court is not bound by the Sentencing Commission's outdated Policy Statement (U.S.S.G. §1B1.13(a)) or it's commentary thereto, when considering an inmate filed motion for compassionate release. See <u>Brooker</u>, 976 F.3d at 237.

Courts across the country have found that the COVID-19 pandemic and its attendant risk to vulnerable inmates such as Wyrick provided "extraordinary and compelling" reasons, within the meaning of §3582(C)(1)(A)(i). United States v. Carson, No. 3:06-cr-5059 (W.D. Wash. Jan. 4, 2021)(finding extraordinary and compelling reasons based on COVID-19 and defendant's obesity); United States v. Blanco, No. 4:93-cr-20042, Dkt#2784

(N.D. Cal. Dec. 14, 2020)(finding extraordinary and compelling reasons based on COVID-19 and high risk factors); United States v. Hosek, No. 5:16-cr-50111, 2020 WL 7318107 (D.S.D. Dec. 11, 2020)(same); United States v. Williams, 473 F. Supp. 3d 772 (E.D. Mich. 2020)(granting release based on COVID-19 and defendant's age); United States v. Hardnett, No. 3:03-cr-212-MHL, Dkt No. 363 (E.D. Va. Aug. 27, 2020)(granting release to 45 year old defendant with irregular heartbeat, subject to COVID-19.

As many courts have recognized, "[e]ven in the best run prisons, officials might find it difficult, if not impossible to follow the CDC's guidelines for preventing the spread of the virus among inmates and staff; practicing fastidious hygene and keeping a safe distance of at least six feet from others." United States v. Esparza, No. 1:07-cr-294-BLW, 2020 WL 1696084 (D. Idaho April 7, 2020); See also United States v. Muniz, No. 4:09-cr-199-1, 2020 WL 1540325, at *1 (S.D. Tex. March 30m 2020)("[W]hile the Court is aware of the measures taken by the Federal Bureau of Prisons, news reports of the virus's spread in detention centers ... demonstrate that individuals housed within our prison systems nonetheless remain particularly vulnerable to infection.")

For all these reasons, courts in this district and across the country have concluded that a defendant's vulnerability to COVID-19, particularly when weighed in the ballance of having high risk factors, and favorable §3553(a) factors, such as rehabilitation and length of sentence already served, constitute

an "extraordinary and compelling reason" to grant compassionate release.

Moreover, many courts across the country have found that a drastic disparity in sentencing can be an extraordinary and compelling reason supporting compassionate release, or a sentence reduction. See Brown, 411 F. Supp. 3d at 453; McCoy, 981 F.3d at 286; Brooker, 976 F.3d at 238; United States v. Taniguchi, No. 00-50, 2020, U.S. Dist. LEXIS 204777, 2020 WL 6390061, at *3-5 (S.D. Ohio Nov. 2, 2020); United States v. Baker, No. 10-20513, 2020 U.S. Dist. LEXIS 145670, 2020 WL 4696594, at *3 (E.D. Mich. Aug. 13, 2020); United States v. Young, 458 F. Supp. 3d 838, 2020 WL 1047815 (M.D. Tenn. 2020); and United States v. Rodriguez, No. 3:00-CR-00071 (S.D. Iowa, July 14, 2020).

These courts agreed that when sentencing disparity (a §3553(a) factor) is combined with the risk of COVID-19, and extraordinary efforts at rehabilitation, extraordinary and compelling reasons exist for release or sentence reduction.

B.   DEFENDANT HAS SATISFIED THE STATUTORY
        EXHAUSTION REQUIREMENT

Wyrick has diligently persued administrative relief in light of COVID-19, satisfying the exhaustion requirement of §3583(c)(1)(A). His efforts within the BOP have been rejected. He sought compassionate release from the warden at U.S.P. Leavenworth on December 8, 2020 citing the risk from exposure to COVID-19 for inmates like him. The request was denied on January 6, 2021. (See attached exhibit #G). The basis for the

denial was that he could not meet one of the narrowly prescribed set of catagories for relief, listed in Program Statement 5050.50.

The FSA authorized this Court to act upon Wyrick's motion provided he exausts his administrative remedies. "Exhaustion occurs when the BOP denies a defendant's application or lets thirty days pass without responding to it." United States v. Brown, 411 F. Supp. 3d 446, 452 (S.D. Iowa 2019); United States v. Mandaca, NO. 89-cr-0655, 2020 U.S. Dist. LEXIS 37483, 2020 WL 1029024, at *2 (S.D. Cal. March 3, 2020).

Accordingly, Wyrick's request for compassionate release from this Court is ripe for decision, and this Court is empowered to grant it.

III.  ARGUMENT

This Court should grant motion for compassionate release because (1) his age and medical condition put him at a particularized increased risk were he to contract COVID-19 (or one of its many variants) again; (2) he is housed at a BOP facility that has been struggling unsuccessfully with the spread of the virus for 9 straight months; (3) he has already served over 26 years, which is more than the national average for his crime; (4) the last year of his incarceration as well as the foreseeable future, have been under exceptionally punitive condictions due to BOP efforts to respond to the pandemic; (5) he has demonstrated consistant extraordinary efforts at rehabilitation; (6) he will be released to supervision; and (7) even after 26 years of incarceration,

Wyrick has strong family support to which he can return, and an aging parent who hopes for his help.

### A. THE CORONA VIRUS PANDEMIC PRESENTS AN EXTRAORDINARY AND COMPELLING REASON TO GRANT RELEASE

1. CONDITIONS IN THE BOP PRESENT AN EXTRAORDINARY AND COMPELLING REASON.

As of January 22, 2021, more than 44,000 BOP inmates were confirmed positive for COVID-19 and 202 BOP inmates have died. (unless otherwise noted, BOP data herein comes from the BOP corona virus website, available at https://www.bop.gov/coronavirus/, and is as of January 22, 2021). These numbers have climbed steeply since late September, 2020. Since late November the number of BOP inmates with confirmed positive has more than tripled and many more inmates have died. Of the over 100,000 COVID tests the BOP has given to inmates, half have come back positive.

Data from individual BOP facilities shows how the virus can run rampant among the inmate population once the virus enters a prison. For example, at one point at Seagleville F.C.I., 73 percent of inmates were infected (1,292 out of 1,771), four died. At Tusson F.C.I., 895 prisoners were infected with ten deaths. At Terminal Island F.C.I., it was nearly 77 percent (577 out of 754), ten inmates died. Indeed, there is "growing evidence of the BOP's chronic mismanagement of it vulnerable population during the COVID-19 pandemic." United States v. Woodard, 2020 WL 3528413 at *3 (E.D. Va. June 26, 2020).

One need look no further than where Wyrick is now housed.
Of the total U.S.P. Leavenworth population of 1,525 over 900
inmates have tested positive - two have died. (The total
inmate population figure includes 1,296 at the U.S.P. and
229 at the camp. See U.S.P. Leavenworth website, available
on line at:

https://www.bop.gov/locations/institutions/lvn/.

Thus, more than 60 percent of the inmate population has
been infected to date.

More concerning, U.S.P. Leavenworth reported its first
positive case, in an inmate, on July 19, 2020. Since then,
it has never been without positive cases among the inmate
population, and has had four significant outbreaks, in
September, October, January and February. That Leavenworth
has been reporting positive cases for nine straight months
demonstrates that the administration there has not managed to
get the virus under control. Worse, the facility has multiple
times seen inmate positives ebb to single digits only to
spike upwards into the triple digits again.

Nor is the fact that Wyrick has already contracted the
Corona Virus any guarantee of immunity. The Centers for
Disease Control has indicated that immunity, for those who
have previously been infected with COVID-19, may only last
90 days. (See Coronavirus Disease 2019 (COVID-19), Duration
of Isolation and Precautions for Adults with COVID-19,
Centers for Disease Control and Prevention, https://www.cdc.
gov/coronavirus/2019-ncov/hcp/duration-isolation.html. ("the

duration and robustness of immunity to SARS-CoV-2 remains under investigation ... [P]eople appear to become susceptable to reinfection around 90 days after onset of infection."). Further, this does not even take into account the "long term covid", or "long COVID", cases.

"Long COVID" continues to gather attention and medical research reporting. As reported in the Wall Street Journal on March 16, 2021, page A9, "In February, the National Institutes of Health announced a major initiative to study long Covid, backed by $1.15 billion dollars ... 'Large numbers of patients who have been infected ... continue to experience a constellation of symptoms long past the time that they've recovered from the initial stages ... said Director Francis S. Collins."

For proof of the effects of long COVID, one need look no further than the BOP. In a letter to the Honorable John R. Tunheim, Federal Public Defender Keala Ede (Office of the Federal Defender, District of Minnesota), in United States v. Gbor, No. 14-cr-00344(5)(JRT/TNL) reported the death of five (5) inmates who had previously been declared "recovered" by the BOP. (See attached exhibit #H). Later the BOP announced yet two more "recovered" inmate deaths. One, Leonard Williams, contacted COVID-19 in late February, but "on Monday, March 22, 2021," the BOP said, "In accordance with [CDC] guidelines, Mr. Williams was converted to a status of recovered following the completion of medical isolation and presenting with no symptoms. On Saturday, April 3, 2021, Mr. Williams became

unresponsive." He was dead before he got to the hospital.
Another inmate, Jaime Benavidas, caught COVID in December, but
was declared "recovered" 10 days later. But "on Thursday,
March 25, 2021, Mr. Benavides condition worsened and he was
transported to a local hospital for further evaluation." He
later died. (BOP Press releases, Inmate Death at MCFP Spring-
field). Therefore, whether from the effects of long covid,
or from re-infection inmates who have had COVID-19 are not
safe, or necessarily immune from the effects of COVID-19.
This is especially true in light of the variants which are,
even now spreading across the country. See United States v.
White, No. 3:17-CR-00104-2, 2021 WL 268719, at *4 (M.D. Tenn.
Jan. 27, 2021).

   On April 7, 2021, the U.S. District Court for the Eastern
District of Michigan "expressed skepticism at the government's
reinfection argument." The government claimed that because
the defendant had taken the moderna vaccine, he was immune
from the corona virus, and should be denied compassionate
release. The Court found that 246 fully vaccinated Michiganders
contracted COVID-19 between Jan. 2021 and March, 2021. See
United States v. Sweet, 2021 U.S. Dist. LEXIS 69177 (E.D. Mich.
April 7, 2021).

   This shows that neither prior infection with COVID-19,
nor being vaccinated assures future immunization from COVID-19
or its many variants.

2. WYRICK'S AGE AND MEDICAL ISSUES PREDISPOSE HIM TO
   HIGHER RISK OF SEVERE ILLNESS OR DEATH FROM COVID-19
   OR ITS VARIANTS

Wyrick is 60 years old. He suffers from Cronic Obstructive
Pulmonary Disease, hypertension, obesity, and enlarged prostrate.
(See exhibit #I). COPD, obesity, and hypertension have both
been recognized, along with his age group, as being in the
"high risk" catagory for serious illness, or even death, from
COVID-19 or its variants. See, CDC, OLDER ADULTS, available at
https://www.cdc.gov/coronavirus.2019-ncov/needextra-precautions/
older adults.html (as of Jan.18,2021); See also, People of Any
Age with Underlying Medical Conditions, CDC (July 12, 2020,
https://bit.ly/3854NFY. (Obesity and COPD ar "High Risk"
factors).

Moreover, courts across this country including district
courts within the Eighth Circuit have held that having medical
conditions, recognized by the CDC as being "high risk", is
an "extraordinary and compelling reason" for granting compassionate
release. See, e.g. United States v. Conner, No. CR07-4095-LTS,
2020 WL 3053368 at *7 (N.D. Iowa June 8, 2020); United States
v. Rodriguez, No. 3:00-cr-00071, (S.D. Iowa July 14, 2020);
United States v. Tillman, No. 12-CR-2024-CJW-MAR, 2020 WL
3578374, at *5 (N.D. Iowa, June 30, 2020); United States v.
Williams, No. 06-CR-0143 (WMW/FLN), 2020 WL 3097615, at *2
(D. Minn. June 11, 2020); United States v. Gutman, No. RBD-19-
0069, 2020 U.S. Dist. LEXIS 84316, 2020 WL 246735, at *2
(D.Md. May 13, 2020)(finding defendant's age (56), hypertension
and obesity satisfied "extraordinary and compelling reasons";

United States v. Zukerman, _____ F. Supp. 3d _____, 2020 U.S. Dist. LEXIS 59588, 2020 WL 1659880, at *5 (S.D.N.Y. April 3, 2020) (same as above); United States v. Ullings, No. 1:10=CR-00406, 2020 U.S. Dist. LEXIS 83104, 2020 WL 2394096, at *4 (N.D. Ga. May 12, 2020)(Obesity, hypertention & age, extraordinary and compelling reasons).

Thus Wyrick's age, COPD, obesity and hypertention all weigh strongly in favor of compassionate release, even more so when one considers the effects of his 26 plus years of incarceration.

It makes little sence to wait for Wyrick's illnesses to progress in severity and his age to increase, particularly in light of the intensity and persistence of the COVID-19 pandemic. Any preported benefit to society to be gained by Wyrick spending additional time in prison on top of the 26 plus years he has already served is far outweighed by the grave risk to Wyrick's health - and the health of others at U.S.P. Leavenworth - should he contract the virus again. And, as discussed in more detail below, further incarceration is simply not necessary to protect the public given the amount of time Wyrick has already served and the impressive rehabilitatiwe efforts that he consistantly has made during his incarceration. Wyrick, therefore, believes that he has shown an "extraordinary and compelling reason" for this Court to grant his compassionate release.

## B. WYRICK IS NO LONGER A DANGER
## TO THE COMMUNITY

Even where extraordinary and compelling reasons exist, as in this case, the district court must still consider the 18 U.S.C. §3553(a) factors, before reducing a defendant's sentence.

Section 3553(a) provides that the sentencing court must impose a sentence that is "sufficient, but not greater than necessary, ... (a) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (B) to afford adequate deferrence to criminal conduct; (C) to protect the public from further crimes of the defendant; and (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner[]" 18 U.S.C. §3553(a)(2)(A)-(D). The sentencing court is also directed to consider, among other factors, "the nature and circumstances of the offense and the history and characteristics of the defendant" and the "need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct[.]" Id. §3553(a)(1),(6).

### 1. PUNISHMENT, DETERRENCE, PROTECTION OF
### SOCIETY, AND REHABILITATION

Wyrick opines that his nearly three decades of incarceration for his offenses of conspiracy to distribute marijuana and murder in furtherance thereof is insufficient to address the seriousness of the offense, promote respect for the law,

deter him and others from criminal conduct, provide just punishment, and protect the public from Wyrick. (citing §3553-(a)(2)(A)-(C)).

First, the national average sentence in the Federal Courts for Murder is 255 months (21 years, 3 months). The national average sentence for drug trafficking is 76 months, according to the U.S. Sentencing Commission's Annual Report of Federal Sentencing Statistics available at: https://www.ussc.gov/research/sourcebook-2019.

Therefore, the combined average is 331 months, or 26 years, 6 months. Wyrick has served this sentence.

Wyrick posits that he has served sufficient time to satisfy these factors.

Wyrick anticipates the government will argue that he is still a danger to the community, based on his original offense. While Wyrick agrees that his offenses were terrible, the person who committed those acts is not the person who now stands before this Court.

Wyrick's time in prison has been exemplified by his remorse and his reformation. He has spent untold hours in programs, classes and study courses, in his effort to change. Wyrick knows this will not make up for the taking of another's life. He wishes he could go back and change what he had done, but he cannot. So, he chose instead to change his future, so he would never be tempted to do such things again.

The important goal of rehabilitation has also been addressed by Wyrick's educational, vocational training, and

personal growth while in custody. (See 18 U.S.C. §3553(a)(2)(D)).

He has earned two college degrees, and completed numerous classes

on self improvement, both mentally, and physically, and most

importantly, spiritually. (See Statement of Facts, infra.)

Wyrick would also point out that many other courts, in

reviewing compassionate release motions by defendants convicted

of murder, and/or murder in furtherance of drug dealing, held

that the defendants efforts at rehabilitation, combined with

their lengthy sentences already served, served to diminish their

danger to the community. For instance: In United States v.

Rodriguez, No. 00CR-761-2 (JSR) 2020 U.S. Dist. LEXIS 181004,

2020 WL 5810161, at *1 (SDNY Sept. 30, 2020) the defendant was

convicted of a "brutal murder" of a government informant who

was responcible for the arrest of Rodriguez's codefendant in

a cocaine drug conspiracy. Rodriguez, after a seven week trial,

was convicted and sentenced to life imprisonment. Rodriguez

moved the court for compassionate release, based on his health

issues which made him particularly - vulnerable to serious

illness from COVID-19, and his extraordinary efforts at

rehabilitation. The district Court agreed that due to the

length of sentence served, his extraordinary rehabilitative

efforts, and his health issues combined to make an extraordinary

and compelling reason to grant the motion. Further, despite

the government's assertion that Rodriguez was still a danger

to the community, the court found that a sentence of thirty

years was sufficient, and thereby reduced his sentence from

life to thirty years.

*In <u>United States v. Lopez</u>, No. 97-01117-ACK-2, 2020
U.S. Dist. LEXIS 200076 (D.H. Oct. 27, 2020), the defendant was
convicted of Conspiracy to Distribute Heroin, and use of a
Firearm during a Drug Trafficing Crime which resulted in murder.
Lopez, after a 9 day trial was convicted. He was sentenced to
life on the murder count. Lopez moved the court for compassionate
release based on his unusually long sentence and his extraordinary
rehabilitation efforts. The court also looked at his age at the
time of the offense, his minimal prior criminal record, his
minimal institutional disciplinary record, his charity work,
his informal support of other inmates, his programing, etc.

Base on these facts the Court granted his motion, reducing
his sentence to time served, with special condition of
supervision.

*In <u>United States v. Fisher</u>, No. 1:83-cr-00150-PAC-1, 2020
U.S. Dist. LEXIS 188065 (S.D.N.Y. Oct. 9, 2020), the defendant
was charged with Conspiracy to distribute drugs, Continuing
Criminal Enterprise, Racketeering Conspiracy, Racketeering,
Conspiracy to Murder government witnesses, and distribution of
Heroin. After a six-week trial, he was sentenced to life. Fisher
moved for compassionate release citing the COVID-19 pandemic,
his age, and his efforts at rehabilitation.

The Court found that his age and cronic health conditions
made Fisher a high risk of serious illness or death from
COVID-19, and therefore found Fisher had met the "extraordinary
and compelling reasons" requirement of 18 U.S.C. §3582(C)(1)(A)(i).

The Court went on to find that Fisher's age, lack of any significant institutional disciplinary record showed he was no longer a danger to the community. The Court then granted his motion, reducing his sentence to time served.

*Two U.S. District Courts within the Eighth Circuit have held that the effects of aging, and a clean disciplinary record, combined with extraordinary efforts at rehabilitation are grounds for granting relief. See United States v. Ledezma-Rodriquez, No. 3:00-CR-00071, 2020 U.S. Dist. LEXIS 123539, 2020 WL 3971517, at *6 (S.D. Iowa July 14, 2020); United States v. Brown, 411 F. Supp. 3d 446, 452 (S.D. Iowa 2019), amended on reconsideration, No. 4:05-CR-00227-1, 2020 U.S. Dist. LEXIS 87133, 2020 WL 2091802 (S.D. Iowa April 29, 2020).

Therefore, Wyrick has shown that the 26-plus years he has been in prison are sufficient to address the seriousness of the offense; promote respect for the law (as shown by his minimal institutional disciplinary record - only one minor report in 26 years); deter him and others from criminal conduct, (as shown by the national average for his crimes); provide just punishment, and protect the public.

## 2. NATURE and CIRCUMSTANCES of the OFFENSE, and HISTORY and CHARACTERISTICS of WYRICK

Wyrick admits that the nature and the circumstances of his offense is serious. However, he has expressed remorse, both in words and actions. He gave his life to the Lord Jesus Christ. He has prayed for forgiveness, and that the victim's family

not only forgive him, but find peace in their lives. He has
spent countless hours mentoring and guiding other inmates. This
and the time and effort spent in programs, classes, and study,
his nearly perfect disciplinary record; even though he had
no realistic possibility of ever being released from prison,
he endeavored to reform.

His criminal history is minor, only one felony, and two
misdemeanors. Wyrick's time in prison is characterized by many
years of programming, and coursework designed for self-improvement.

Wyrick has numerous family ties, including family members
who will provide for him. His Father, Jerry Wyrick, who lives
at 106 Trinity Cir. Harrisonville, MO. 64701, has graciously
offered His home and help in obtaining a job. Before, being
arrested Wyrick, was a Marine, who received an "Honorable"
discharge, and a professional boxer. While incarcerated he has
studied to learn new skills to assist him in finding gainful
employment.

Therefore, while his offense was serious, his change in
character, exemplified by his extraordinary rehabilitation
effort, weighs in favor of his not being a danger to the
community, as shown by the Department of Justice, and Federal
Bureau of Prison's "PATTERN" score sheet, which shows Wyrick
to be a "MINIMUM" risk of recidivism. (See exhibit #I).

Moreover, Wyrick plans to continue his mentoring of people,
especially "at risk" youth upon his release. He plans to
volunteer through his church to give his story to people, to
see, not only that they should not make the poor decisions he

made, but also so they can see that people can change, especially with the Lord in their lives.

Wyrick is 60 years old. Because of his age, according to the U.S. Sentencing Commission's, 'The Effects of Aging on Recidivism Among Federal Offenders', he has "aged out" of criminal conduct. Id. See also, United States v. Rodriguez, 2020 WL 5810161, at *6 (observing that the defendant's release at age of 60 would "mak[e] the likelihood of re-offending even more remote").

"[R]ight or wrongly, this country's criminal justice system is premised on the idea that a person can – and hopefully will – change after several years locked in prison". Ledezma-Rodriguez, 2020 WL 3971517, at *6 (S.D. Iowa July 14, 2020). "The BOP tries to facilitate this through classes, case managers, reentery programs, time credits, and security classifications," which Wyrick has taken full advantage. This is shown through his extraordinary efforts to reform himself, his BOP PATTERN score of minimum risk, as well as presently Wyrick has 8 security points which would make him a minimum security inmate. He is awaiting transfer to a low security facility, as soon as the BOP starts transfering inmates again. (They stopped transfers during the coronavirus pandemic). (See exhibit #J).

3. DISPARITY in SENTENCE ANALYSIS

Finally, the discrepancy between the sentence Wyrick received in 1995 and the sentence he would have received today

is significant. (According to the national average for murder (255 months), and drug offenses (76 months) in 2020, see U.S. Sentencing Commission, Fisical Year (FY) 2019 Overview of Federal Criminal Cases (2020); see also, U.S. Sentencing Commission, 2020 Anual Report and Sourcebook of Federal Sentencing Statistics (2020). available at https://www.ussc.gov/research/sourcebook-2020). Combined the national average for murder and drug offenses is 331 months. See United States v. Quinn, No. 91-CR-00608-DLJ1-RS,2020 U.S. Dist. LEXIS 110247, 2020 WL 327536, at *3 (N.D. Cal. June 17, 2020).

Considering this data, it is indisputable that Wyrick received an unusually long sentence.

This Court sentenced Wyrick in 1995 to a "Life" sentence, under the then mandatory U.S. Sentencing Guidelines. IN 2005 the U.S. Supreme Court ruled that district courts are empowered, at their discretion, to consider how a defendant's circumstances may call for imposing a sentence either above or below the guideline range. United States v. Booker, 543 U.S. 220, 264-65 (2005).

In other words, following Booker, the ranges in the Sentencing Guidelines are no longer mandatory so long as a sentence follows statutory requirements.

This Court, in sentencing Wyrick, was not allowed to consider a sentence outside the range. Thus, it is now proper for the Court to consider the fact that the Guidelines have changed - from mandatory to discretionary - in determining whether to grant compassionate release. S. Rep. No. 98-221 at

121 ("Specific review and reduction of a term of imprisonment for "extraordinary and compelling reasons' and to respond to changes in the guidelines.")

Moreover, the marijuana laws across this country have, and continue to, change the drug Wyrick was convicted of was marijuana. Eleven states have legalized the recreational use of marijuana, and thirty-three states, including Missouri; have legalized marijuana for medical use. Deborah M. Ahrens, "REtroactive Legality: Marijuana Convictions and Restoritive Justice in an Era of Criminal Justice Reform, 110 J. Crim. L. & Criminology 379, 393-97 (2020)" Twenty-three years ago, marijuana was formally illicit for all purposes in all states and under federal law; .... the legal landscape for marijuana has changed rapidly and reflects broader trends in criminal law reform." Id. at 393.

Federal Law continues to make possession and distribution of marijuana a crime. But, it is questionable whether this will stand scrutiny, as marijuana under federal law is listed as a Schedule I drug. Schedule I drugs must have no recognizable legitimate Medical use. However, the Food and Drug Administration ("FDA") now recognized CBD, a chemical found only in the marijuana plant, has a legitimate medical use. Therefore, is is doubtful this law will withstand judicial scrutiny.

Wyrick opines that if he was sentenced today his sentence on the marijuana conviction would be significantly less than life. The disparity between what he received then, and what he received now, is both a factor in finding extraordinary and

compelling reasons to grant Wyrick relief, and a disparity in sentencing under §3553(a) compelling relief.

According to Wyrick's research, which is limited to lexis-nexis electronic law library, in the BOP, no one has been charged with a continuing criminal enterprise in over twenty years, in the Western District of Missouri.

Wyrick submits that is is hard to reconcile his two life sentences, with modern sentencing regimes and statistics, and especially with an ever-increasing body of research that questions the effectiveness of imprisoning convicted defendants for a period greater that reasonably necessary. See generally, Marc Mauer, "Long Term Sentences; Time to Reconsider the Scale of Punishment," 87 UMKC L. Rev. 113,114 (2018)(collecting governmental and non-governmental works and studies on the minimal effect of long federal prison sentences on deterrence, especially on drug-related crimes).

Therefore, there is certainly a sentencing disparity between what Wyrick received in 1995, and what he would receive if sentenced today.

CONCLUSION

WHEREFORE, for good cause shown in the foregoing, Wyrick requests this Court grant his Motion for Compassionate Release, and either release him, or reduce his sentence to thirty years.

Respectfully submitted this 27th day of May, 2021.

Keven L. Wyrick, 'pro se'
#
U.S. Penetentiary
P.O. Box 1000
Leavenworth, KS 66048

## CERTIFICATE OF SERVICE

I, Keven Wyrick, do hereby certify that I served a true copy of the foregoing motion for compassionate release, on the Respondent, via First Class U.S. Mail, addressed to:

> Western District of Missouri
> United States Attorney's Office
> 400 E 9th Street, Room 5510
> Kansas City, Missouri  64106

and placing same into inmate legal mail, at U.S.P. Leavenworth, this *May 27*

Signed and sworn, under the penalty of perjury, pursuant to 28 U.S.C. §1746.

*Keven Wyrick*
Keven Wyrick, 'pro se'

# INDEX OF EXHIBITS

| ITEM | No. |
|------|-----|
| Doctorate in Biblical Studies From Calvary Christian College and Seminary ........ | A |
| Masters (PHD) Degree in Theology from Calvary Christian College and Seminary ........ | B |
| Letters from Inmates/L.C.P. Class Mentor ........ | C |
| Letters from Inmates Teaching about the Lord ........ | D |
| Program/Class Certificates, diplomas, etc. ........ | E |
| Medical Records ........ | F |
| Statement from Wyrick concerning what the Lord has done in his life ....... | G |
| Letter from federal Public Defender showing five (5) inmate deaths after "recovery" from COVID-19 ........ | H |
| PATTERN SCORE SHEET ........ | I |
| Security Score Sheet ........ | J |

*Letters from family*

# EXIBIT A

Honorable Judge

I am Keven Wyrick's father
writing this in his behalf.

If there is one man in the
prison system that has been
rehabilitated he is the one that has.

Keven has been in prison
for 26 years and in all that time
he has educated himself to
having a Doctor Degree in
Philosophy in Theology and has
taken all the classes offered by
the prison system.

Since Keven has been in prison
he has had a good clear conduct
and work ethic beyond reproach.
As well as ~~had~~ having a good Repore

with the Prison offical.

Steven is most remorseful for all the things he has done when he was younger.

If by your decision he is released he has a place to live and a way to get to the places he needs to go even when he gets a job.

Since I have worked for Honeywell for 33 years and Security for the Federal Court House in downtown Kansas City for 18 years I have Never asked for Anything from the Court System but now that I am 85 years old and not much left

I would like some leniency
for my son so I could spend
some time with him befor I
Pass on.



Respectfully

Jerry Wyrick
Father

Dear Honorable Judge,

I, Justin Wyrick, am writing to ask you to consider clemency towards my father, Keven Wyrick. I won't bore you with appeals to innocence or theorize how long someone should serve for a murder charge. While I hadn't been born yet, I feel confident when I say my father is not the man he once was.

Rehabilitation obviously can't be predicted with certainty but I believe my father has had the change of mind and attitude in addition to the family support necessary to live in a civilized society again. During his sentence thus far, he has shown a great track record of behavior and has been a spiritual comrade to many in his faith based progress. My father has gotten his paralegal degree and 3 other degrees showing his desire to seek out new streams of thought and knowledge. He even assisted my Sociology studies when looking at the impact of religion on American and Middle Eastern culture. Considering all this and his continued progress through the Life Connections program, I believe my father deserves a second chance. I fully admit my bias, but I hope you think he deserves a second chance too.

Yours Truly,

Honorable Judge

My name is Tina Wyrick Sister to Keven Wyrick.

My Brother, Keven Wyrick has accomplished so much in the Past 25 years while Being incarcerated many diploma's in theology and a Certificate in Paralegal.

He Has always had an amazing work ethic working no matter what the pay and only missing 2-3 days in the past 25 years while incarcerated.

What has impressed me and Brought Joy to my Heart, was the moment he accepted The Lord Jesus Christ as his personal Savior. He began over 20 years ago afterwards Reading the Bible, studying and prac what he Applying what he learned to his.

Everyday Life. I Remember thinking if this is Real only time would tell. I had visited my brother in prison and when talking with him in person and on the phone. I knew it was, By how he talked with all always Respectful, Humble and Gratefull for the littlest thing. Even all that was not what convinced me that he was a changed man with a heart for God.

When talking with him, he has always expressed to me how Sorry he was for all the Pain he has caused and on several occassions became Emotional as we were talking over the regrets and the Fact nothing can take Back what he has done. he has such remorse and with that I knew he was a changed man and deserves a Second Chance in Society.

Sincerely

Tina Wyrich

Dear Honorable Judge,

My name is Theresa Gray. And I am writing this letter to let you know that my Brother Keven L Wyrick has the support of his family.

Keven is extremely Remorseful of his actions in his younger years. He has been very active in his rehabilitation. He has gotten numerous Certifications and Degrees in this 25 years he chas been incarcerated.

Keven is currently enrolled in a Class (program) that is to prepare him for integration in to the World outside of the prison walls. I am sure he will do well. He has been a model prisoner for the whole time he has been in prison.

As I told you in the beginning of this letter, we support him fully. He has a choice of places to live after his release. My house in Garden City Missouri and my fathers in Harrisonville Missouri.

Thank You for your Consideration in this matter.

Thank You

Theresa Gray

# CALVARY CHRISTIAN COLLEGE & SEMINARY

## SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the
approval of the Board of Directors

### THIS CERTIFIES THAT

## Keven Lee Wyrick

Having honorably and successfully completed the prescribed requirements of
CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

# DOCTOR OF BIBLICAL STUDIES

Awarded this 15th day of October, 2010 A.D.

_Dr. Michael L. Johnston, President_

_Dr. Jack Van Impe, Board of Reference_

_Rev. Robert L. Johnston, Dean Emeritus_

_Dr. Kenneth F. Piermont_

Case 4:94-cr-00194-GAF   Document 1110   Filed 06/01/21   Page 38 of 142



# CALVARY CHRISTIAN COLLEGE & SEMINARY

## SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the approval of the
Board of Directors

### THIS CERTIFIES THAT

## Keven Lee Wyrick

Having honorably and successfully completed the prescribed requirements of
CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

# MASTER OF BIBLICAL STUDIES

Awarded this 21st day of May, 2010 A.D.

Dr. Michael L. Johnston, President

Dr. Jack Van Impe, Board of Reference

Rev. Robert L. Johnston, Dean Emeritus

# CALVARY CHRISTIAN COLLEGE & SEMINARY

## SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the approval of the Board of Directors

### THIS CERTIFIES THAT

## Keven Lee Wyrick

Having honorably and successfully completed the prescribed requirements of CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

# BACHELOR OF BIBLICAL STUDIES

Awarded this 20th day of March, 2010 A.D.



Dr. Michael L. Johnston, President

Dr. Jack Van Impe, Board of Refere...

Rev. Robert L. Johnston, Dean Emeritus

# EXIBIT B

# Calvary Christian College and Seminary

## SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the approval of the Board of Directors

## Keven Lee Wyrick

Having honorably and successfully completed the prescribed requirements of CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

## DOCTOR OF PHILOSOPHY IN THEOLOGY

Awarded this 21st day of February, 2012 A.D.

Dr. Michael L. Johnston, Board of Reference

Dr. Jack Van Impe, Board of Reference

Rev. Robert L. Johnston, Dean Emeritus

Dr. Kenneth F. Pierpont

# Calvary Christian College and Seminary

## SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the approval of the
Board of Directors

## Keven Lee Wyrick

Having honorably and successfully completed the prescribed requirements of
CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

# DOCTOR OF THEOLOGY

Awarded this 15th day of February, 2011 A.D.



Dr. Michael L. Johnston, Board of Reference

Dr. Jack Van Impe, Board of Reference

Rev. Robert L. Johnston, Dean Emeritus

Dr. Kenneth F. Pierpont, ___

# Calvary Christian College and Seminary

## SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the approval of the Board of Directors

### Keven Lee Wyrick

Having honorably and successfully completed the prescribed requirements of CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

## MASTER OF THEOLOGY

Awarded this 15th day of January, 2011 A.D.



Dr. Michael L. Johnston, Board of Reference

Dr. Jack Van Impe, Board of Reference

Rev. Robert L. Johnston, Dean Emeritus

Dr. Kenneth F. Pierpont, CCC&S D

# EXIBIT C

To whom it may concern                    5/9/21

My name is Billy Emery #32037-171
I met Keven Wysick About 2 years Ago
we Both came To Bruper for the LCP.
Life connecting Program it is a faith Basied
Program. I got to know Keven thou Bible
Study and while we wore locked Down for
the Coud-19 here at Leavenworth USP
he lived 3 Doors Down from me he also
works in landry So every tuseday night
he would hollar Landry By the Door. Alot
of time on tuseday cirly in the Day I
would Hollar what Day is it Keven Just
to have Something to do. Keven has made
mistake Just like us All my opinion is
he has leaned from his mistake and is
a change Man and a GOD fearing Man,
So I hope This letter help him,

Thank you Billy Emery
Billy Emery 32037-171

To Whom it May concern,

God bless you.
I am writing this letter for Keven Wyrick. I have known Keven for 2½ years. He has been a great mentor, and friend. He has taught me much about our Lord Jesus Christ. He has great knowledge, and shares freely with anyone who will listen.

Keven is a true mentor. He has encouraged me to continue in my studies about the Bible, and to join the Life Connections Program. I have witnessed him, telling others not to return to the criminal life, but instead to seek lawful employment. He tells his story as a compelling reason to go straight. He really loves, and misses, his family.

If there is anyone who I have met since my incarceration who has truly changed for the better, and deserves a chance to return to their community, it is Keven Wyrick. Thank you.

Sincerely,

Ronald Myers

# EXIBIT D

I met Keven Wyrick in 1997 and he was finding his way
through life in a difficult situation called prison. After
years of being around him daily and I started seeing a
change in him, he had because a Christian and built a
relationships with the Creator. At first I just thought it
was something dude's in prison do because I've seen it many
time's but his change and love for the Creator was real not
by his word's but by his actions!... Me and Keven got closer
and closer because we both was basically in the same
situation we both had a life sentence at that time. And he
never wavered from his belief and his actions of becoming a
better man never changed either. So I said that to say this,
day's change, month's change, years change, time's change
and people change to and that's always good if the change is
for the better. Keven Wyrick has changed to become a good
and better man and though we can't erase our past we can
change our future. So Keven deserve a chance to change his
future and show is family and society the man he has
become... Everyone has made some bad decisions in life and
everyone deserves a chance to be better if they do better.
So, from being around Keven Wyrick for many years daily an
becoming his friend and seeing the man he has become he
deserves another chance! to....

May peace be with you

Sincerely yours
Mr. Quary

Jamet Quary

Sunday May 9th, 2021

To Whom it may concern,

My name is Colter Ketter and I am currently incarcerated at the U.S. Penitentiary in Leavenworth, Kansas and have been so since May of 2019. In this time I have come to know Mr. Wyrick as a caring and compassionate individual whose spiritual goodness radiates throughout our entire prison community. Mr. Wyrick's generosity toward anyone in need of help is unsurpassed. He is kind-hearted and willing to give any amount of his own time to assist someone that may be spiritually struggling with their beliefs, Christian or otherwise. I am proud to call Mr. Wyrick a great spiritual mentor, role model and most important of all, a great friend.

Thank You,

Colter Ketter
30349-047

# EXIBIT E

```
REGISTER NO: 08724-045      NAME..: WYRICK                FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: LVN-LEAVENWORTH USP
```

```
------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
LVN  ESL HAS   ENGLISH PROFICIENT        06-12-1997 1541 CURRENT
LVN  GED HAS   COMPLETED GED OR HS DIPLOMA 06-30-1997 1845 CURRENT
```

```
------------------------- EDUCATION COURSES -------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV  HRS
LVN        ADVANCED CORE EXERCISE CLASS 05-20-2021 CURRENT
LVN        RPP6 LCP RELIGIOUS TOLERANCE 06-15-2020 07-13-2020  P   C  P   14
LVN        RPP6 LCP MANAGING EMOTIONS   07-27-2020 09-01-2020  P   C  P   20
LVN        RPP6 LCP CONFLICT MANAGEMENT 09-14-2020 10-30-2020  P   C  P   20
LVN        RPP6 LCP OBLG RIGHT TO WRONG 12-08-2020 01-08-2021  P   C  P   20
LVN        RPP6 LCP FOLLOW MORAL COMPASS 01-11-2021 02-04-2021 P   C  P   16
LVN        RPP6 LCP FAMILY LIFE CONNECT 02-08-2021 03-04-2021  P   C  P   32
LVN        RPP6 LCP LEADERSHIP          03-08-2021 04-01-2021  P   C  P   16
LVN        RPP6 LCP TRANSITIONAL ISSUES 04-05-2021 04-30-2021  P   C  P   20
LVN        FAITH SPECIFIC               04-05-2021 04-30-2021  P   C  P   20
LVN        RPP6 LCP SPIRITUALITY        04-20-2020 06-01-2020  P   C  P   24
LVN        RPP6 LCP CELEBRATE RECOVERY  08-28-2020 10-15-2020  P   C  P   20
LVN        ACE PROFESSIONAL WRITING     08-20-2020 10-22-2020  P   C  P   10
LVN        RPP6 LCP PREP FOR JOURNEY    02-25-2020 03-20-2020  P   C  P   24
LVN        RPP6 LCP BUILDING BLOCKS/COMM 01-14-2020 02-21-2020 P   C  P   20
LVN        RPP6 LCP ORIENTATION         12-03-2019 01-10-2020  P   C  P   16
LVN        RPP6 LCP COMFORT ZONE RETREAT 11-18-2019 11-29-2019 P   C  P   18
LVN        ACE- SIGN LANGUAGE 2         01-03-2020 03-20-2020  P   C  P   10
LVN        CANTERBURY TALES ACE COURSE  09-25-2019 01-31-2020  P   C  P   10
LVN        DEBATE ACE CLASS             09-26-2019 01-23-2020  P   C  P   10
LVN        BASKETBALL OFFICIATING       12-07-2019 01-20-2020  P   C  P    6
LVN        ACE- SIGN LANGUAGE 2         11-01-2019 12-20-2019  P   C  P   10
LVN        ADVANCED YOGA                11-19-2019 11-20-2019  P   C  P    2
LVN        ACE AMERICAN SIGN LANGUAGE   06-28-2019 09-06-2019  P   C  P   20
LVN        BEGINNING YOGA & STRETCHING  09-18-2019 10-01-2019  P   C  P    2
LVN        TUTOR TRAINING COURSE        07-17-2019 08-05-2019  P   C  P   10
MAR GP     CERTIFIED PRODUCTION TECH VT 02-15-2017 10-18-2017  P   C  C  140
MAR GP     REENTRY SIMULATION           09-14-2017 09-14-2017  P   C  P    2
MAR GP     RE-ENTRY ADV CAREER SEARCH   01-19-2017 03-21-2017  P   C  P    8
MAR GP     INFORMATION PROCESSING VT 1200 04-11-2016 03-14-2017 P  C  C  300
MAR GP     ACE COMPUTER KEYBOARDING 3   09-14-2016 11-02-2016  P   C  P    8
MAR GP     ACE COMPUTER KEYBOARDING 2   09-14-2016 11-02-2016  P   C  P    8
MAR GP     ANTHROPOLOGY ACE CLASS       09-15-2016 11-03-2016  P   C  P    8
MAR GP     U.S. HISTORY VIDEO ACE CLASS 09-12-2016 11-07-2016  P   C  P    8
MAR GP     BEYOND BARS #6               08-31-2016 09-22-2016  P   C  P    6
MAR GP     ACE COMPUTER KEYBOARDING 1   04-07-2016 05-27-2016  P   C  P    8
MAR GP     ADVANCED NUTRITION           01-11-2016 03-14-2016  P   C  P   10
MAR GP     PHYSIOLOGY CLASS             01-20-2016 03-16-2016  P   C  P    9
MAR GP     ACE CLASS - LEGAL RESEARCH   01-13-2016 03-02-2016  P   C  P    8
MAR GP     ACE CLASS SPANISH 2          01-04-2016 03-03-2016  P   C  P    8
```

```
G0002.     MORE PAGES TO FOLLOW . . .
```

# Calvary Christian College and Seminary

### SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the approval of the
Board of Directors

## Keven Lee Wyrick

Having honorably and successfully completed the prescribed requirements of
CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

## DOCTOR OF PHILOSOPHY IN THEOLOGY

Awarded this 21st day of February, 2012 A.D.

_Dr. Michael L. Johnston, Board of Reference_

_Dr. Jack Van Impe, Board of Reference_

_Rev. Robert L. Johnston, Dean Emeritus_

_Dr. Kenneth F. Pierpont_



# Calvary Christian College and Seminary

## SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the approval of the
Board of Directors

### Keven Lee Wyrick

Having honorably and successfully completed the prescribed requirements of
CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

## DOCTOR OF THEOLOGY

Awarded this 15th day of February, 2011 A.D.

Dr. Michael L. Johnston, Board of Reference

Dr. Jack Van Impe, Board of Reference

Rev. Robert L. Johnston, Dean Emeritus

Dr. Kenneth F. Pierpont, Vice-

# CALVARY CHRISTIAN COLLEGE & SEMINARY

## SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the approval of the Board of Directors

### THIS CERTIFIES THAT

# Keven Lee Wyrick

Having honorably and successfully completed the prescribed requirements of CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

# DOCTOR OF BIBLICAL STUDIES

Awarded this 15th day of October, 2010 A.D.

_Dr. Michael L. Johnston, President_

_Dr. Jack Van Impe, Board of Reference_

_Rev. Robert L. Johnston, Dean Emeritus_

_Dr. Kenneth F. Pierpont_

# Calvary Christian College and Seminary

## SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the approval of the Board of Directors

## Keven Lee Wyrick

Having honorably and successfully completed the prescribed requirements of CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

# MASTER OF THEOLOGY

Awarded this 15th day of January, 2011 A.D.

Dr. Michael L. Johnston, Board of Reference

Dr. Jack Van Impe, Board of Reference

Rev. Robert L. Johnston, Dean Emeritus

Kenneth F. Pierpont, CCC&S Board

# CALVARY CHRISTIAN COLLEGE & SEMINARY

## SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the approval of the Board of Directors

### THIS CERTIFIES THAT

## Keven Lee Wyrick

Having honorably and successfully completed the prescribed requirements of CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

# MASTER OF BIBLICAL STUDIES

Awarded this 21st day of May, 2010 A.D.



Dr. Michael L. Johnston, President

Dr. Jack Van Impe, Board of Reference

Rev. Robert L. Johnston, Dean Emeritus

# CALVARY CHRISTIAN COLLEGE & SEMINARY

## SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the approval of the Board of Directors

### THIS CERTIFIES THAT

## Keven Lee Wyrick

Having honorably and successfully completed the prescribed requirements of CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

# BACHELOR OF BIBLICAL STUDIES

Awarded this 20th day of March, 2010 A.D.

_____
Dr. Michael L. Johnston, President

_____
Dr. Jack Van Impe, Board of Reference

_____
Rev. Robert L. Johnston, Dean Emeritus

# CALVARY CHRISTIAN COLLEGE & SEMINARY

## SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the approval of the
Board of Directors

THIS CERTIFIES THAT

### Keven Lee Wyrick

Having honorably and successfully completed the prescribed requirements of
CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

## ASSOCIATE OF BIBLICAL STUDIES

Awarded this 29th day of September, 2009 A.D.



Dr. Michael L. Johnston, President

Dr. Jack Van Impe, Board of Reference

Rev. Robert L. Johnston, Dean Emeritus

# CALVARY CHRISTIAN COLLEGE & SEMINARY

## SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the approval of the Board of Directors

### THIS CERTIFIES THAT

## Keven Lee Wyrick

Having honorably and successfully completed the prescribed requirements of CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

# COUNSELOR OF BIBLICAL STUDIES

Awarded this 29th day of July, 2009 A.D.



Dr. Michael L. Johnston, President

Dr. Jack Van Impe, Board of Reference

Rev. Robert L. Johnston, Dean Emeritus

DATE DRAFTED:

Keven Wyrick 08724-045
US Penitentiary Marion
PO Box 1000
Marion, IL 62959

PMI CENTER FOR BIBLICAL STUDIES
POB 177 Battle Creek, MI 49016-0177
NOT OFFICIAL TRANSCRIPT WITHOUT SEAL

2/21/2012 ENROLLED: 12/10/2010 PMI EVANG:

PROGRAM: THEOLOGY

| | PMI CRDTS | 60 |
| | TRANSFER | 150 |
| | TOT CRDTS | 210 |

DATE: 2/21/2012

DEGREE: PhD

LICENSED:

Tran Copies:

ORDAINED:

| DATE | COURSE TITLE | HOURS | GRADE |
|------|-------------|-------|-------|
| 9/18/2011 | Module 1: Introduction – Bible | 15 | 99% A |
| 11/23/2011 | Module 2: God – Creation | 15 | 99% A |
| | 1st YEAR | 30 | |
| 1/15/2012 | Module 3: Sin – Salvation | 15 | |
| 2/1/2012 | Module 4: Church – Last Things | 15 | 98% A |
| | 2nd Year | 30 | |

| DATE | COLLATERAL READING | GRADE |
|------|-------------------|-------|
| 2/21/2012 | INTRO THE KING JAMES APOLOGETICS | PASS |
| 2/21/2012 | MESSIANIC JUDAISM REFUTED | PASS |
| 2/21/2012 | SDA HERESIES | PASS |
| 2/21/2012 | SABBATH WORSHIP REFUTED | PASS |



REGISTRAR APPROVED
WITH SCHOOL SEAL HERE

DATE DRAFTED:
Keven Wyrick 08724-045
US Penitentiary Marion
PO Box 1000
Marion, IL 62959

DATE
11/29/2010   Module 1

COURSE TITLE

Scofield Studies- 101
Biographical Studies- 102
Biblical Studies- 103
Theme Studies- 104
Theology Proper Studies- 105

12/9/2010 Collateral Rdg: Attack on Bible, Mss Facts
12/28/2010 Module 2

Scofield Studies- 201
Biographical Studies- 202
Biblical Studies- 203
Theme Studies- 204
Theology Proper Studies- 205

1st YEAR

1/20/2011 ENROLLED:
PROGRAM:
PMI CRDTS
Trans Crdts
TOT CRDTS

45
120
165

HOURS
15

COMP
15

30

PMI CENTER FOR BIBLICAL STUDIES
POB 177  Battle Creek, MI 49016-0177
NOT OFFICIAL TRANSCRIPT WITHOUT SEAL
9/25/2010   PMI EVANG:
THEOLOGY (SCOFIELD)

DATE:
DEGREE:
GRADE
97% A

COMP
98% A

LICENSED:
Tran Copies:

ORDAINED:

TH.C
DATE
1/14/2011  Module 3

TH.A

TH.B
COURSE TITLE

1/15/2011
TH.M

TH.D
HOURS
15

GRADE
99% A

Scofield Studies- 301
Biographical Studies- 302
Biblical Studies- 303
Theme Studies- 304
Theology Proper Studies- 305

SENT  Module 4
Scofield Studies- 401
Biographical Studies- 402
Biblical Studies- 403
Theme Studies- 404
Theology Proper Studies- 405

[15]

2nd YEAR
[1/14/2011 GRADUATION CERTIFICATE

15

GREAT JOB ONCE AGAIN BROTHER KEVEN.

SHALOM MY FRIEND, DR. MIKE 2 TIM. 2:2

CALVARY CHRISTIAN COLLEGE AND SEMINARY
PMI CENTER FOR BIBLICAL STUDIES
POB 177 Battle Creek, MI 49016-0177
NOT OFFICIAL TRANSCRIPT WITHOUT SIGNATURE AND SEAL

DATE DRAFTED:
Keven Wyrick 08724-045          6/21/2011
US Penitentiary Marion
PO Box 1000
Marion, IL 62959

ENROLLED:        2/20/2009
PROGRAM:              Bible
PMI CRDTS        180
A/S CRDTS        0
TOT CRDTS        180
HOURS
GRADE

PMI EVANG:

LICENSED:
Tran Copies:      7/29/2009

ORDAINED:

| DATE COMP | COURSE TITLE | HOURS | GRADE |
|---|---|---|---|
| 6/21/2011 | Bible Talks | N/C | A |
| 6/6/2009 | Genesis | 3 | 99% A |
| 6/17/2009 | Matthew | 3 | 99% A |
| 6/23/2009 | Exodus | 3 | 99% A |
| 7/1/2009 | Mark | 3 | 98% A |
| 7/6/2009 | Leviticus | 3 | 98% A |
| 7/18/2009 | Luke | 3 | 98% A |
| 7/18/2009 | Numbers | 3 | 99% A |
| 7/21/2009 | John | 3 | 99% A |
| 7/29/2009 | Deuteronomy | 3 | 99% A |
| 7/29/2009 | Acts | 3 | 98% A |
| 8/10/2009 | CERTIFICATE- 1st Year | 30 | |
| 8/10/2009 | Joshua | 3 | |
| 8/15/2009 | Romans | 3 | 99% A |
| 8/20/2009 | Judges/Ruth | 3 | 99% A |
| 8/26/2009 | 1 Corinthians | 3 | 99% A |
| 9/4/2009 | 1&2 Samuel | 3 | 99% A |
| 9/4/2009 | 2 Corinthians | 3 | 99% A |
| 9/8/2009 | Galatians | 3 | 100% A+ |
| 9/15/2009 | 1 Kings/Chronicles | 3 | 99% A |
| 9/15/2009 | Ephesians | 3 | 99% A |
| 9/29/2009 | 2 Kings/Chronicles | 3 | 99% A |
| 10/4/2009 | CERTIFICATE- 2nd Year | 30 | |
| 10/13/2009 | Ezra/Nehem/Esther | 3 | |
| 10/19/2009 | Philippians | 3 | |
| 10/26/2009 | Job | 3 | 98% A |
| 11/5/2009 | Colossians/Philemon | 3 | 98% A |
| 11/9/2009 | Psalms | 3 | 98% A |
| 11/16/2009 | Eccles/Song/Lamentations | 3 | 99% A |
| 11/25/2009 | Proverbs | 3 | 99% A |
| | Isaiah | 3 | 99% A |
| | | 3 | 99% A |
| | | 3 | 98% A |

DATE: 7/29/2009
DEGREE:        CBS
DATE        9/29/2009  1/4/2010  3/20/2010
                ABS       GBS      BBS
COURSE TITLE              HOURS    MBS
                                   GRADE

5/21/2010   10/15/2010
   DBS

| DATE | COURSE TITLE | HOURS | GRADE |
|---|---|---|---|
| 12/8/2009 | Jeremiah | 3 | 98% A |
| 12/14/2009 | Eze | 3 | 98% A |
| 1/4/2010 | CERTIFICATE- 3rd Year | 30 | |
| 1/5/2010 | Daniel | 3 | |
| 1/5/2010 | Hosea/Joel/Amos | 3 | 98% A |
| 1/12/2010 | Obadaiah/Jonah/Micah | 3 | 98% A |
| 1/19/2010 | Hahum/Habakkuk/Zeph | 3 | 98% A |
| 1/19/2010 | 1&2 Thessalonians | 3 | 99% A |
| 2/5/2010 | 1&2 Timothy/Titus | 3 | 99% A |
| 2/9/2010 | Hebrews | 3 | 100% A+ |
| 2/18/2010 | James | 3 | 99% A |
| 2/25/2010 | 1&2 Peter | 3 | 99% A |
| 3/8/2010 | Thesis | 3 | 99% A |
| [2/25/2010 | CERTIFICATE- 4th Year | 30 | |
| 3/20/2010 | 1-3 John-Jude | 3 | |
| 3/29/2010 | Haggai/Zech/Malachi | 3 | 99% A |
| 4/13/2010 | Last Days-Mid East | 3 | 99% A |
| 5/8/2010 | OT Survey | 3 | 99% A |
| 5/8/2010 | NT Survey | 6 | 99% A |
| 5/13/2010 | Thesis 510- Doctrinal | 6 | 100% A+ |
| 5/17/2010 | Thesis 511- Biblical | 3 | 98% A |
| [5/13/2010 | CERTIFICATE- 5th Year | 30 | |
| 7/31/2010 | Ind Research 610 | 6 | |
| 8/7/2010 | Ind Research 611 | 6 | 99% A |
| 8/10/2010 | Ind Research 612 | 6 | 98% A |
| 10/2/2010 | Revelation Revealed | 6 | 100% A+ |
| 8/31/2010 | Thesis | 6 | 99% A |
| 10/15/2010 | CERTIFICATE- 6th Year | 30 | 98% A |

TOTAL CLASSROOM HRS
2700



# Blackstone Career Institute

Established 1890

## Confers this Diploma of
## Legal Assistant/Paralegal

upon

## Keven Lee Wyrick

who has fulfilled all the requirements prescribed by the School and is entitled to all of the honors rights and privileges thereunto appertaining.

In Testimony Whereof this recognition of achievement is

Given this 4th day of March 2008

President

Director B.S. M. Ed

# Certificate

## of Achievement

Presented to

### Keven L. Wyrick

Who has successfully completed the required curriculum for hands-on computer training in Microsoft Windows 2000 and the following Microsoft Office XP applications, using the MOS curriculum: Word, Excel, and Power Point, to receive certification in

## Introduction to Business Computers

180 Hours

Presented on by:

_Course Instructor_

December 1, 2007

Date

# Certificate

THIS CERTIFIES THAT _____ *Kevin Wyrick* _____

has satisfactorily completed _____ *Basic Keyboarding Skills* _____

in _____ *Microcomputers Applications* _____ conducted by

## Louisiana Technical College
### Alexandria Campus

Given this _25th_ day of _May_ , _2006_

_____
Campus Dean, Louisiana Technical College Campus

_____
Instructor

# CERTIFICATE OF COMPLETION

*is hereby presented to*

*Kevin Wyrick*

*to certify that he has completed*

*Legal Research*

*Constitutional Law*

ADULT CONTINUING EDUCATION COURSE

USP Pollock, LA

November 12, 2005

*S. Crawford, ACE Coordinator*

*Ron Martinez, Supervisor of Education*

# CERTIFICATE OF COMPLETION

is hereby presented to

Kevin Wyrick

to certify that he has completed

Legal Research
"Supreme Court Decisions"
ADULT CONTINUING EDUCATION COURSE
USP Pollock, LA
November 24, 2005

S. Crawford, ACE Coordinator

Ron Martinez, Supervisor of Education

# Certificate of Completion



USP
Pollock, Louisiana

Keven Wyrick

Reg#: 08724-045

has successfully completed the requirements for the

"Stress-Less" Group

December 9, 2005

_____
K. Francois, Counselor

_____
D. Mott, Unit Manager

Case 4:19-cr-00194-CAF   Document 1170   Filed 06/02/21   Page 69 of 142

*Certificate of Completion*

# A STUDY IN EXISTENTIALISM

*This certifies that*

# Keven Wyrick

has successfully completed  Non-Residential DAP Module: Existentialism on August 18, 2005, at the United States Penitentiary, Leavenworth, Kansas.

_____
T. A. Majerus, M.A., Drug Treatment Specialist

# Certificate of Training
# Certified Operator

*This is to certify that*

WYRICK

*has successfully completed the*

# Powered Industrial Trucks
# Training Program

AUGUST 1, 2005

Safety Department
1300 Metropolitan Ave.
Leavenworth, Kansas

*Earl Coleman Ber*
Instructor

*J Wheeler*
Safety Manager

# *Certificate of Completion*

## NON-RESIDENTIAL DRUG ABUSE PROGRAM: ANGER MANAGEMENT

*This certifies that*

## *Keven Wyrick*

*has successfully completed Non-Residential DAP Module: Anger Management on June 16, 2005, at the United States Penitentiary, Leavenworth, Kansas.*

*T. A. Majerus, M.A., Drug Treatment Specialist*

*Certificate of Completion*

# NON-RESIDENTIAL DRUG ABUSE PROGRAM: PARENTING 101

*This certifies that*

## Keven Wyrick

*has successfully completed Non-Residential DAP Module: Parenting 101 on June 16, 2005, at the United States Penitentiary, Leavenworth, Kansas.*



T. A. Majerus, M.A., Drug Treatment Specialist

*Certificate of Completion*

# DRUG EDUCATION PROGRAM

*This certifies that*

# *Keven Wyrick*

*has successfully completed the requirements for the Drug Education Program on June 15, 2005, at the United States Penitentiary, Leavenworth, Kansas.*



_____
*T. A. Majerus, M.A., Drug Treatment Specialist*



# OSHA

# 10-HOUR GENERAL INDUSTRY SAFETY & HEALTH OUTREACH TRAINING PROGRAM

PRESENTED TO

## Keven L. Wyrick

RODUCTION TO OSHA
RSONAL PROTECTIVE EQUIPMENT
ZARD COMMUNICATION
MMABLE AND COMBUSTIBLE LIQUIDS

MEANS OF EGRESS AND FIRE PROTECTION
ELECTRICAL AND LOCKOUT/TAGOUT
WALKING AND WORKING SURFACES
MACHINE GUARDING



ch 28 – April 1, 2005

SAFETY DEPARTMENT
P.O. Box 1000
Leavenworth, Kansas 66048
(913) 682-8700 Ext. 1165

OSHA Outreach Trainer

# Certificate of Participation

## USP Marion
## Recreation Department

### THIS IS TO CERTIFY THAT

# K. Wyrick

## Has Completed All Required Course Work
## For The Piano class

_____
M.D. West. Sports Specialist

Dec 22nd , 2013

# CERTIFICATE OF COMPLETION

THIS CERTIFIES THAT

## KEVIN WYRICK

HAS SUCCESSFULLY COMPLETED 500 MILES IN THE WALK/JOG
CLASS CONDUCTED AT

# U.S.P. MARION, IL

GIVEN THIS _____22ND_____ DAY OF _JUNE  2014_

_____

K. MILES, SPORTS SPECIALIST

# CERTIFICATE OF COMPLETION

THIS CERTIFIES THAT

## KEVEN WYRICK

HAS SUCCESSFULLY COMPLETED 1000 MILES AND ALL REQUIRED COURSE MATERIAL IN THE WALK/JOG CLASS CONDUCTED AT

## U.S.P. MARION, IL

GIVEN THIS 28th DAY OF JUNE 2014

M. HAYES SPORTS SPECIALIST

# CERTIFICATE OF COMPLETION

### THIS CERTIFIES THAT

## KEVIN WYRICK

HAS SUCCESSFULLY COMPLETED 1000 MILES AND ALL REQUIRED
COURSE MATERIAL IN THE WALK/JOG CLASS CONDUCTED AT

# U.S.P. MARION, IL

GIVEN THIS ___18TH___ DAY OF __AUGUST 2014__

_____

K. MILES, SPORTS SPECIALIST

This Certificate is hereby awarded to

Keven Wyrick

For Completing the following Act Class

Paralegal Careers





Case 4:94-cr-00194-GAF Document 1110 Filed 06/01/21 Page 81 of 142

# Certificate of Completion

*This Certificate is Hereby Awarded To*

## Keven Wyrick

*For Completing the Following A.C.E. Class*

## Legal Research 1

*United States Penitentiary—Marion, IL*
*Adult Continuing Education Program*

*Class End Date: December 2014*

K. Bennett
Supervisor of Education

D. Pratt
Adult Continuing Education Supervisor

# Certificate of Completion

This Certificate is Hereby Awarded To

## Keven Wyrick

For Completing the Following A.C.E. Class

## Legal Writing

United States Penitentiary – Marion, IL
Adult Continuing Education Program

Class End Date: December 2014

K. Bennett
Supervisor of Education

D. Prater
Adult Continuing Education Supervisor

# Certificate

of

# Completion

*This Certificate is Hereby Awarded To*

*Keven Wyrick*

*For Completing the A.C.E. Class*

*Home Improvement*

United States Penitentiary - Marion, Illinois
Adult Continuing Education Program

Class End Date: March 2015
Session: One

R. Bennett
Supervisor of Education

Education Specialist

# Certificate of Completion

This Certificate is Hereby Awarded To

## Keven Wyrick

For Completing the A.C.E. Class

## Home Plumbing

United States Penitentiary - Marion, Illinois
Adult Continuing Education Program

Class End Date: March 201_
Session One

Supervisor of Education

# CERTIFICATE OF COMPLETION

### THIS CERTIFIES THAT

## KEVEN WYRICK

### HAS SUCCESSFULLY COMPLETED ALL REQUIRED COURSE MATERIAL FOR THE RUNNING GROUP CONDUCTED AT

# U.S.P. MARION, IL

GIVEN THIS __8TH__ DAY OF __OCTOBER 2015__



K. MILES, SPORTS SPECIALIST

# Certificate of Completion

for successful completion of U.S.P. Marion's:

## Beginner's Fitness Class

*awarded to:*

Keven Wyrick

1/20/2016 – 3/16/2016

Certified by: *V. Fields*, Recreation Specialist

# Certificate of Completion

This certificate is awarded to

## Keven Wyrick

In recognition for completion of:

## Personal Finance 1

Granted: March 21, 2016

TAMMY CASTELLANO

_____
T. Castellano   Supervisor of Education

K. Kirkpatrick Teacher

# Certificate of Completion

This certificate is awarded to

## Keven Wyrick

In recognition for completion of:

## Legal research 1

Granted: March 21, 2016

TAMMY CASTELLANO

_____
T. Castellano   Supervisor of Education

_____
K. Kirkpatrick Teacher

# Certificate of Completion

This certificate is awarded to

## Keven Wyrick

In recognition for completion of:

### Spanish 2

Granted: March 21, 2016

_____
TAMMY CASTELLANO
T. Castellano  Supervisor of Education

K. Kirkpatrick Teacher

*Certificate of Completion*

# NON-RESIDENTIAL DRUG ABUSE PROGRAM:  PERSONAL CHANGE

This certifies that

## Kevin Wyrick

has successfully completed five hours of Non-Residential DAP: Personal Change on August 25, 2004, at the United States Penitentiary, Leavenworth, Kansas.



_____
T. A. Majerus, M.A., Drug Treatment Specialist



# Certificate of Recognition

presented to:

## Keven Wyrick

Reg. No.   08724-045

successfully completed the

### Beyond Bars

### Release Preparation Class

United States Penitentiary
Marion, Illinois

September 22, 2016

_K. Sanders_

K. Sanders, Case Manager

# CERTIFICATE OF COMPLETION
## NON-RESIDENTIAL DRUG ABUSE PROGRAM

This certifies that

*Keven Wyrick*
Reg. No. 08724-045

has successfully completed the requirements for the
Non-Residential Drug Abuse Program



USP Marion, Illinois
February 7, 2017

D. Shaw, M.S.
Drug Treatment Specialist

A. Figueredo, Psy.D
Drug Abuse Program Coordinator

# A.C.E.

## Certificate of Completion

*Is hereby granted to*

### Keven Wyrick

*For the completion of the Adult Continuing Education Course of*

### Typing 1

*Granted: May 27, 2016*



Kirkpatrick, Teacher

TAMMY CASTELLANO

T. Castellano, Education Supervisor

# A.C.E.

# Certificate of Completion

*Is hereby granted to:*

## Keven Wynick

*For his completion of the Adult Continuing Education Course of:*

## Typing 2

*Granted: November 2, 2016*





K. Kirepatrick, Teacher

TAMMY CASTELLANO

T. Castellano, Education Supervisor

# A.C.E.

# Certificate of Completion

Is hereby granted to

## Keven Wynick

For his completion of the Adult Continuing Education Course of

## Typing 3

Granted: November 2, 2016



_Kirkpatrick, Teacher_



TAMMY CASTELLANO

T. Castellano, Education Supervisor



# Certificate of Completion

This certificate is awarded to

## Keven Wyrick

In recognition for completion of

## Anthropology/American History

Granted: November 10, 2016

TAMMY CASTELLANO

T. Castellano  Supervisor of Education

Participant's Teacher

# Certificate of Completion

This certificate is awarded to

## Keven Wyrick

In recognition for completion of

## United States History/Wars

Granted November 10, 2016

TAMMY CASTELLANO

T. Castellano, Supervisor of Education

Eric Balance, Warden

This award presented to:

# Certificate of Completion

# Keven Wyrick

In recognition of completing

Completion Date: 3/15/2017

## ADVANCED CAREER SEARCH

_____
Reentry Affairs Coordinator

3-15-17
_____
Date



CENTURY COLLEGE

# Certificate of Completion

*awarded to*

## Keven Wyrick

*Has Successfully Completed  300 Contact Hours and 30  Continuing Education Units*

*for*

## VT Information Processing

*In acknowledgement thereof these signatures are affixed on this day,*
*Tuesday, March 14, 2017*



Interim Dean of Continuing Education & Customized Training

* This educational program was taught by Federal Bureau of Prison Instructors.  Century College performs annual review and certification of this vocational program in compliance with American Correctional Association standards.

STUDENT OF THE YEAR

THIS CERTIFICATE IS AWARDED TO:

*Kevan Wynick 087-24-045*

In recognition of his outstanding accomplishments as Microsoft Office Student



# CENTURY COLLEGE

Continuing Education & Customized Training

# CONTINUING EDUCATION TRANSCRIPT

Keven Wyrick
USP-Marion
PO Box 2000
Marion, IL  62959

13595742

| Course ID | Name | End Date | Hours | CEUs |
|-----------|------|----------|-------|------|
| 20165-002777 | VT Information Processing | 3/14/2017 | 300 | 30 |

Authorized Signature: _____  4/3/2017

* This educational program was taught by Federal Bureau of Prison Instructors.  Century College performs annual review and certification of this vocational program in compliance with American Correctional Association standards.

century.edu/continuing-education

# MANUFACTURING SKILL STANDARDS COUNCIL

### HAS CONFERRED UPON

## KEVEN WYRICK

### THE CERTIFIED PRODUCTION TECHNICIAN$_{AE}$ CERTIFICATION

For the successful completion of all four CPT production technician assessments in the areas of
SAFETY, QUALITY PRACTICE & MEASUREMENT, MANUFACTURING PROCESSES
AND PRODUCTION, MAINTENANCE AWARENESS.

### GIVEN ON THIS 19TH DAY OF SEPTEMBER IN THE YEAR 2017



 THE NATIONAL ASSOCIATION OF MANUFACTURERS ENDORSED
Skills Certification System
*Producing a High-Performance Manufacturing Workforce*

Certification can be verified at verify.msscusa.org

*[signature]*

CHIEF EXECUTIVE OFFICER
Candidate ID: 80764
Expiration Date: 9/19/2022
Certification Date: 9/19/2017




# CERTIFIED PRODUCTION TECHNICIAN

## CRITICAL PRODUCTION FUNCTIONS COVERED BY MSSC COURSES AND ASSESSMENTS:

The Manufacturing Skill Standards Council (MSSC) credentialing system leading to a CPT covers the four critical production functions, as defined by MSSC's industry-led, nationally validated skills standards, common to all sectors of manufacturing: Safety, Quality & Continuous Improvement, Manufacturing Processes & Production, and Maintenance Awareness. Each area is addressed with a separate assessment. MSSC training and assessments are organized around those four modules. An individual can earn a "Certificate" if they pass one or more assessments. However, they must pass all four assessments to earn the full "CPT" certification. MSSC strongly recommends that individuals be at the 9th grade level of math and 10th grade level of English before attempting MSSC courses and assessments. The four critical functions and their related key activities are described below:

### SAFETY

1. Work in a Safe and Productive Manufacturing Workplace
2. Perform safety and environmental inspections
3. Perform emergency drills and participate in emergency teams
4. Identify unsafe conditions and take corrective action
5. Provide safety orientation for all employees
6. Train personnel to use equipment safely
7. Suggest processes and procedures that support safety of work environment
8. Fulfill safety and health requirements for maintenance, installation, and repair
9. Monitor safe equipment and operator performance
10. Utilize effective, safety-enhancing workplace practices

### QUALITY PRACTICES & MEASUREMENT

1. Participate in periodic internal quality audit activities
2. Check calibration of gages and other data collection equipment
3. Suggest continuous improvements
4. Inspect materials and product/process at all stages to ensure they meet specifications
5. Document the results of quality tests
6. Communicate quality problems
7. Take corrective actions to restore or maintain quality
8. Record process outcomes and trends
9. Identify fundamentals of blueprint reading
10. Use common measurement systems and precision measurement tools

### MANUFACTURING PROCESSES & PRODUCTION

1. Identify customer needs
2. Determine resources available for the production process
3. Set up equipment for the production process
4. Set team production goals
5. Make job assignments
6. Coordinate work flow with team members and other work groups
7. Communicate production and material requirements and product specifications
8. Perform and monitor the process to make the product
9. Document product and process compliance with customer requirements
10. Prepare final product for shipping or distribution

### MAINTENANCE AWARENESS

1. Perform preventive maintenance and routine repair
2. Monitor indicators to ensure correct operations
3. Perform all housekeeping to maintain production schedule
4. Recognize potential maintenance issues with basic production systems, including knowledge of when to inform maintenance personnel about problems with:
   - Electrical systems
   - Pneumatic systems
   - Hydraulic systems
   - Machine automation systems
   - Lubrication processes
   - Bearings and couplings
   - Belts and chain drives

**NOTE:** MSSC assesses core understanding of the key work activities and core technical knowledge and skills needed in high-performance manufacturing, as defined by MSSC Production Skill Standards. Given online, MSSC Assessments also help measure basic computer, problem-solving and analytical skills and one's ability to apply knowledge to specific situations identified in the assessments. There are no experiential or hands-on requirements for MSSC certification as it is expected that individual employers will determine those requirements based upon their own specific needs. MSSC does not require that individuals take MSSC courses prior to testing.




# CERTIFIED PRODUCTION TECHNICIAN

## CRITICAL PRODUCTION FUNCTIONS COVERED BY MSSC COURSES AND ASSESSMENTS:

The Manufacturing Skill Standards Council (MSSC) credentialing system leading to a CPT covers the four critical production functions, as defined by MSSC's industry-led, nationally validated skills standards, common to all sectors of manufacturing: Safety, Quality & Continuous Improvement, Manufacturing Processes & Production, and Maintenance Awareness. Each area is addressed with a separate assessment. MSSC training and assessments are organized around those four modules. An individual can earn a "Certificate" if they pass one or more assessments. However, they must pass all four assessments to earn the full "CPT" certification. MSSC strongly recommends that individuals be at the 9th grade level of math and 10th grade level of English before attempting MSSC courses and assessments. The four critical functions and their related key activities are described below:

### SAFETY

1. Work in a Safe and Productive Manufacturing Workplace
2. Perform safety and environmental inspections
3. Perform emergency drills and participate in emergency teams
4. Identify unsafe conditions and take corrective action
5. Provide safety orientation for all employees
6. Train personnel to use equipment safely
7. Suggest processes and procedures that support safety of work environment
8. Fulfill safety and health requirements for maintenance, installation, and repair
9. Monitor safe equipment and operator performance
10. Utilize effective, safety-enhancing workplace practices

### QUALITY PRACTICES & MEASUREMENT

1. Participate in periodic internal quality audit activities
2. Check calibration of gages and other data collection equipment
3. Suggest continuous improvements
4. Inspect materials and product/process at all stages to ensure they meet specifications
5. Document the results of quality tests
6. Communicate quality problems
7. Take corrective actions to restore or maintain quality
8. Record process outcomes and trends
9. Identify fundamentals of blueprint reading
10. Use common measurement systems and precision measurement tools

### MANUFACTURING PROCESSES & PRODUCTION

1. Identify customer needs
2. Determine resources available for the production process
3. Set up equipment for the production process
4. Set team production goals
5. Make job assignments
6. Coordinate work flow with team members and other work groups
7. Communicate production and material requirements and product specifications
8. Perform and monitor the process to make the product
9. Document product and process compliance with customer requirements
10. Prepare final product for shipping or distribution

### MAINTENANCE AWARENESS

1. Perform preventive maintenance and routine repair
2. Monitor indicators to ensure correct operations
3. Perform all housekeeping to maintain production schedule
4. Recognize potential maintenance issues with basic production systems, including knowledge of when to inform maintenance personnel about problems with:
   - Electrical systems
   - Pneumatic systems
   - Hydraulic systems
   - Machine automation systems
   - Lubrication processes
   - Bearings and couplings
   - Belts and chain drives

NOTE: MSSC assesses core understanding of the key work activities and core technical knowledge and skills needed in high-performance manufacturing, as defined by MSSC Production Skill Standards. Given online MSSC Assessments also help measure basic computer, problem-solving and analytical skills and one's ability to apply knowledge to specific situations identified in the assessments. There are no experiential or hands-on requirements for MSSC certification as it is expected that individual employers will determine those requirements based upon their own specific needs. MSSC does not require that individuals take MSSC courses prior to testing.

# MANUFACTURING SKILL STANDARDS COUNCIL

*HAS CONFERRED UPON*

## KEVEN WYRICK

## THE CERTIFIED PRODUCTION TECHNICIAN PROCESS & PRODUCTION CERTIFICATE

GIVEN ON THIS 11TH DAY OF JULY IN THE YEAR 2017



THE NATIONAL ASSOCIATION OF MANUFACTURERS ENDORSED
**Skills Certification System**
Producing a High-Performance Manufacturing Workforce

**CHIEF EXECUTIVE OFFICER**
**Candidate ID: 80764**




# CERTIFIED PRODUCTION TECHNICIAN

## CRITICAL PRODUCTION FUNCTIONS COVERED BY MSSC COURSES AND ASSESSMENTS:

The Manufacturing Skill Standards Council (MSSC) credentialing system leading to a CPT covers the four critical production functions, as defined by MSSC's industry-led, nationally validated skills standards, common to all sectors of manufacturing: Safety, Quality & Continuous Improvement, Manufacturing Processes & Production, and Maintenance Awareness. Each area is addressed with a separate assessment. MSSC training and assessments are organized around those four modules. An individual can earn a "Certificate" if they pass one or more assessments. However, they must pass all four assessments to earn the full "CPT" certification. MSSC strongly recommends that individuals be at the 9th grade level of math and 10th grade level of English before attempting MSSC courses and assessments. The four critical functions and their related key activities are described below:

### SAFETY

1. Work in a Safe and Productive Manufacturing Workplace
2. Perform safety and environmental inspections
3. Perform emergency drills and participate in emergency teams
4. Identify unsafe conditions and take corrective action
5. Provide safety orientation for all employees
6. Train personnel to use equipment safely
7. Suggest processes and procedures that support safety of work environment
8. Fulfill safety and health requirements for maintenance, installation, and repair
9. Monitor safe equipment and operator performance
10. Utilize effective, safety-enhancing workplace practices

### QUALITY PRACTICES & MEASUREMENT

1. Participate in periodic internal quality audit activities
2. Check calibration of gages and other data collection equipment
3. Suggest continuous improvements
4. Inspect materials and product/process at all stages to ensure they meet specifications
5. Document the results of quality tests
6. Communicate quality problems
7. Take corrective actions to restore or maintain quality
8. Record process outcomes and trends
9. Identify fundamentals of blueprint reading
10. Use common measurement systems and precision measurement tools

### MANUFACTURING PROCESSES & PRODUCTION

1. Identify customer needs
2. Determine resources available for the production process
3. Set-up equipment for the production process
4. Set team production goals
5. Make job assignments
6. Coordinate work flow with team members and other work groups
7. Communicate production and material requirements and product specifications
8. Perform and monitor the process to make the product
9. Document product and process compliance with customer requirements
10. Prepare final product for shipping or distribution

### MAINTENANCE AWARENESS

1. Perform preventive maintenance and routine repair
2. Monitor indicators to ensure correct operations
3. Perform all housekeeping to maintain production schedule
4. Recognize potential maintenance issues with basic production systems, including knowledge of when to inform maintenance personnel about problems with:
   - Electrical systems
   - Pneumatic systems
   - Hydraulic systems
   - Machine automation systems
   - Lubrication processes
   - Bearings and couplings
   - Belts and chain drives

NOTE: MSSC assesses core understanding of the key work activities and core technical knowledge and skills needed in high-performance manufacturing as defined by MSSC Production Skill Standards. Given online, MSSC Assessments also help measure basic computer, problem-solving and analytical skills and one's ability to apply knowledge to specific situations identified in the assessments. There are no experiential or hands-on requirements for MSSC certification as it is expected that individual employers will determine those requirements based upon their own specific needs. MSSC does not require that individuals take MSSC courses prior to testing.

# MANUFACTURING SKILL STANDARDS COUNCIL

*HAS CONFERRED UPON*

## KEVEN WYRICK

## THE CERTIFIED PRODUCTION TECHNICIAN QUALITY PRACTICES & MEASUREMENT CERTIFICATE

GIVEN ON THIS 30TH DAY OF MAY IN THE YEAR 2017



Skills Certification System

CHIEF EXECUTIVE OFFICER

Candidate ID: 80764




# CERTIFIED PRODUCTION TECHNICIAN

## CRITICAL PRODUCTION FUNCTIONS COVERED BY MSSC COURSES AND ASSESSMENTS:

The Manufacturing Skill Standards Council (MSSC) credentialing system leading to a CPT covers the four critical production functions, as defined by MSSC's industry-led, nationally validated skills standards, common to all sectors of manufacturing: Safety, Quality & Continuous Improvement, Manufacturing Processes & Production, and Maintenance Awareness. Each area is addressed with a separate assessment. MSSC training and assessments are organized around those four modules. An individual can earn a "Certificate" if they pass one or more assessments. However, they must pass all four assessments to earn the full "CPT" certification. MSSC strongly recommends that individuals be at the 9th grade level of math and 10th grade level of English before attempting MSSC courses and assessments. The four critical functions and their related key activities are described below:

### SAFETY

1. Work in a Safe and Productive Manufacturing Workplace
2. Perform safety and environmental inspections
3. Perform emergency drills and participate in emergency teams
4. Identify unsafe conditions and take corrective action
5. Provide safety orientation for all employees
6. Train personnel to use equipment safely
7. Suggest processes and procedures that support safety of work environment
8. Fulfill safety and health requirements for maintenance, installation, and repair
9. Monitor safe equipment and operator performance
10. Utilize effective, safety-enhancing workplace practices

### QUALITY PRACTICES & MEASUREMENT

1. Participate in periodic internal quality audit activities
2. Check calibration of gages and other data collection equipment
3. Suggest continuous improvements
4. Inspect materials and product/process at all stages to ensure they meet specifications
5. Document the results of quality tests
6. Communicate quality problems
7. Take corrective actions to restore or maintain quality
8. Record process outcomes and trends
9. Identify fundamentals of blueprint reading
10. Use common measurement systems and precision measurement tools

### MANUFACTURING PROCESSES & PRODUCTION

1. Identify customer needs
2. Determine resources available for the production process
3. Set up equipment for the production process
4. Set team production goals
5. Make job assignments
6. Coordinate work flow with team members and other work groups
7. Communicate production and material requirements and product specifications
8. Perform and monitor the process to make the product
9. Document product and process compliance with customer requirements
10. Prepare final product for shipping or distribution

### MAINTENANCE AWARENESS

1. Perform preventive maintenance and routine repair
2. Monitor indicators to ensure correct operations
3. Perform all housekeeping to maintain production schedule
4. Recognize potential maintenance issues with basic production systems, including knowledge of when to inform maintenance personnel about problems with:
   - Electrical systems
   - Pneumatic systems
   - Hydraulic systems
   - Machine automation systems
   - Lubrication processes
   - Bearings and couplings
   - Belts and chain drives

**NOTE:** MSSC assesses core understanding of the key work activities and core technical knowledge and skills needed in high-performance manufacturing, as defined by MSSC Production Skill Standards. Given online, MSSC Assessments also help measure basic computer, problem-solving and analytical skills and one's ability to apply knowledge to specific situations identified in the assessments. There are no experiential or hands-on requirements. MSSC certification as it is expected that individual employers will determine those requirements based upon their own specific needs. MSSC does not require that individuals take MSSC courses prior to testing.

# MANUFACTURING SKILL STANDARDS COUNCIL

*HAS CONFERRED UPON*

## KEVEN WYRICK

## THE CERTIFIED PRODUCTION TECHNICIAN SAFETY CERTIFICATE

GIVEN ON THIS 18TH DAY OF APRIL IN THE YEAR 2017





THE NATIONAL ASSOCIATION OF MANUFACTURING ENDORSED
Skills Certification System

*Promoting a High-Performance Manufacturing Workforce*

CHIEF EXECUTIVE OFFICER
Candidate ID: 80764




# CERTIFIED PRODUCTION TECHNICIAN

## CRITICAL PRODUCTION FUNCTIONS COVERED BY MSSC COURSES AND ASSESSMENTS:

The Manufacturing Skill Standards Council (MSSC) credentialing system leading to a CPT covers the four critical production functions, as defined by MSSC's industry-led, nationally validated skills standards, common to all sectors of manufacturing: Safety, Quality & Continuous Improvement, Manufacturing Processes & Production, and Maintenance Awareness. Each area is addressed with a separate assessment. MSSC training and assessments are organized around those four modules. An individual can earn a "Certificate" if they pass one or more assessments. However, they must pass all four assessments to earn the full "CPT" certification. MSSC strongly recommends that individuals be at the 9th grade level of math and 10th grade level of English before attempting MSSC courses and assessments. The four critical functions and their related key activities are described below:

### SAFETY

1. Work in a Safe and Productive Manufacturing Workplace
2. Perform safety and environmental inspections
3. Perform emergency drills and participate in emergency teams
4. Identify unsafe conditions and take corrective action
5. Provide safety orientation for all employees
6. Train personnel to use equipment safely
7. Suggest processes and procedures that support safety of work environment
8. Fulfill safety and health requirements for maintenance, installation, and repair
9. Monitor safe equipment and operator performance
10. Utilize effective, safety-enhancing workplace practices

### QUALITY PRACTICES & MEASUREMENT

1. Participate in periodic internal quality audit activities
2. Check calibration of gages and other data collection equipment
3. Suggest continuous improvements
4. Inspect materials and product/process at all stages to ensure they meet specifications
5. Document the results of quality tests
6. Communicate quality problems
7. Take corrective actions to restore or maintain quality
8. Record process outcomes and trends
9. Identify fundamentals of blueprint reading
10. Use common measurement systems and precision measurement tools

### MANUFACTURING PROCESSES & PRODUCTION

1. Identify customer needs
2. Determine resources available for the production process
3. Set up equipment for the production process
4. Set team production goals
5. Make job assignments
6. Coordinate work flow with team members and other work groups
7. Communicate production and material requirements and product specifications
8. Perform and monitor the process to make the product
9. Document product and process compliance with customer requirements
10. Prepare final product for shipping or distribution

### MAINTENANCE AWARENESS

1. Perform preventive maintenance and routine repair
2. Monitor indicators to ensure correct operations
3. Perform all housekeeping to maintain production schedule
4. Recognize potential maintenance issues with basic production systems, including knowledge of when to inform maintenance personnel about problems with:
   - Electrical systems
   - Pneumatic systems
   - Hydraulic systems
   - Machine automation systems
   - Lubrication processes
   - Bearings and couplings
   - Belts and chain drives

NOTE: MSSC assesses core understanding of the key work activities and core technical knowledge and skills needed in high-performance manufacturing, as defined by MSSC Production Skill Standards. Given online, MSSC Assessments also help measure basic computer, problem-solving and analytical skills and one's ability to apply knowledge to specific situations identified in the assessments. There are no experiential or hands-on requirements for MSSC certification as it is expected that individual employers will determine those requirements based upon their own specific needs. MSSC does not require that individuals take MSSC courses prior to testing.

# MANUFACTURING SKILL STANDARDS COUNCIL

*HAS CONFERRED UPON*

## KEVEN WYRICK

## THE CERTIFIED PRODUCTION TECHNICIAN MAINTENANCE AWARENESS CERTIFICATE

GIVEN ON THIS 19TH DAY OF SEPTEMBER IN THE YEAR 2017



THE NATIONAL ASSOCIATION OF MANUFACTURERS ENDORSED
Skills Certification System
Producing a High-Performance Manufacturing Workforce

CHIEF EXECUTIVE OFFICER
Candidate ID: 80764

# CERTIFICATION OF APPRECIATION

THIS CERTIFICATE IS AWARDED TO

Keven Wyrick

IN RECOGNITION OF VOLUNTEERING YOUR SERVICE TO THE

## REENTRY SIMULATION

SEPTEMBER 14, 2017

DATE OF COMPLETION

_M. Sheffer_     Reentry Affairs Coordinator

# Certificate of Achievement

This certifies that

*Steven Wynek*

has completed a 10-week, 20-hour Adult Continuing Education
course in American Sign Language.

**Ms. Jackson**
Ms. Jackson, Coordinator

**09-06-2019**
Date

Adult Continued Education (ACE) Program
Education Department
United States Penitentiary Leavenworth, KS

# CERTIFICATE OF COMPLETION

## USP LEAVENWORTH EDUCATION DEPARTMENT

This certifies that

## Keven Wyrick

Has satisfactorily completed 10 total participation hours
On this 5th day of August, 2019 in

## Tutor Training

_____
T. Gardner, Teacher

# CERTIFICATE OF COMPLETION

## THIS IS TO CERTIFY THAT

KEVIN WYRICK 08724-045

## HAS SUCCESSFULLY COMPLETED ALL REQUIREMENTS FOR
## USP LEAVENWORTH RECREATION DEPARTMENT'S

ADVANCED YOGA CLASS



M. ABRON

# CERTIFICATE OF COMPLETION

### THIS IS TO CERTIFY THAT

KEVIN WYRICK 08724-045

## HAS SUCCESSFULLY COMPLETED ALL REQUIREMENTS FOR
## USP LEAVENWORTH RECREATION DEPARTMENT'S

YOGA BEGINNERS



# Certificate of Achievement

This certifies that

## Keven Wyrick

has completed a 10-week, 10-hour Adult Continuing Education course in American Sign Language 2.

**Ms. Jackson**
Ms. Jackson, Coordinator

**12-20-2019**
Date

Adult Continued Education (ACE) Program
Education Department
United States Penitentiary Leavenworth, KS

# CERTIFICATE
## of ACHIEVEMENT


THIS ACKNOWLEDGES THAT

# Keven Wyrick


HAS SUCCESSFULLY COMPLETED THE

Debate Class

January 23, 2020

B. Dean-Felton, Teacher

# CERTIFICATE *of* COMPLETION

THIS ACKNOWLEDGES THAT

## Kevin Wyrick

HAS SUCCESSFULLY COMPLETED THE

Canterbury Tales Class

**JANUARY 31 2020**

SIGNED, *B. Dean-Felton, Teacher*

February 10, 2017

FROM: *[signature]*
Recreation

SUBJECT: Keven Wyrick

To whom it may concern,

Keven Wyrick has worked in the Recreation Department at the United States Penitentiary in Marion, Illinois since October 2010 to present. During this time, Mr. Wyrick has worked on multiple work details within the department. Mr. Wyrick often works 7 days a week in order to accomplish the multiple tasks that he is accountable for. During his tenure in recreation, he has displayed an excellent work ethic while exceeding in his roles of responsibility. He has worked on the snow and ice removal crew, the yard mowing crew, as an orderly, as an issue clerk and institutional photographer. His evaluations on these work details are always exceptional and he has been awarded numerous bonuses and achievements for his work performance.



**U.S. Department of Justice**
Federal Bureau of Prisons

*United States Penitentiary*

Marion, IL 62959

February 16, 2017

MEMORANDUM FOR ALL CONCERNED

FROM:        C. Wright, Teacher

SUBJECT:        Wyrick, Keven #08724-045

This correspondence serves to inform you that inmate Keven Wyrick is currently enrolled in the USP Marion Vocational Training Program - Information Processing. He has been enrolled since April of 2016, and is in good standing. He maintains excellent attendance and satisfactory progress in class. Upon completion of the program, he will receive a college certification for Information Processing from Century College.

Thank you for your time and attention in this manner.

3-28-17

Dear Sir:

My name is Jerry Wyrick father of Neven Wyrick. I'm writing this on his behalf hoping to get his time reduced in order I might spend some time with him.

Even though he has been locked up for about 22 years his entire family, Son, Sisters, nephews & inlaws all love him very much and are willing to find him a place to live, a job and a way to get to and from his work.

Neven has educated himself since he has been in prison to a level that he will not have

any problem finding work that he wants to do which is teaching and counciling in theology since he has a Doctors degree and a Doctor of Philosophy in Theology.

As for myself I am 82 Came July 17, 2017 and have worked for Bendix + Honeywell for 33 years as a maintance supervisor, than Worked as a security officer for Rea's Contract services that supplied Security for the Federal Buildings in the Heartland area for 18 years. Thirteen of the 18 years was at the new Federal Court house at 601 And I never once mention my son

in prison or asked for any
kind of help. But now I'm asking
for him and myself to be shown
some leniency so I might be
able to spend a little time
with him for whatever time
I have left.

Respectfully

Jerry Wyrick

# EXIBIT F



US Penitentiary at Leavenworth  LVN-B05303L
1300 Metropolitan Ave

164820-LVN   Gregory, J. FNP-C
WYRICK, KEVEN L                    08724-045
**Activate inhaler and inhale 1
puff by mouth each day
**rinse mouth after use****

Mometasone Furoate Inhal 220 MCG/Inh [
30 doses]    Expires 07/30/2021
(8) Refills 07/30/2020  WXP   Refill Until: 04/29/2021
#1                 Don't Confiscate Before: 10/28/2020

---

Rinse mouth thoroughly after each use.
⇒ WARNING: Do not exceed dose prescribed by your doctor. Contact doctor if difficulty breathing persists.
⇒ WARNING: This medicine WILL NOT STOP an asthma attack once one has started.
⇒ Consult your doctor if you plan to become pregnant while using this medicine.

POWDER FOR INHALATION

---

US Penitentiary at Leavenworth   LVN-B05303L
1300 Metropolitan Ave                       F-16

LVN-B05303L
                                            08724-045

163679-LVN   Clark, Jason MD
WYRICK, KEVEN L    Expires 08/31/2021
Take one tablet by mouth
each day

hydroCHLOROthiazide 25 MG Tab
Lot#: GS031186   Expires 08/31/2021
(2) Refills 07/16/2020  WXP   Refill Until: 03/20/2021
#90                Don't Confiscate Before: 10/14/2020

Avoid prolonged or excessive exposure to direct and/or artificial sunlight while taking this medicine.

Round Lt. Orange
2093/TEVA

---

US Penitentiary at Leavenworth   LVN-B05303L
1300 Metropolitan Ave

Bu-303

164819-LVN   Gregory, J. FNP-C
WYRICK, KEVEN L                    08724-045
**Don't use daily. Inhale 2 puffs by
mouth 4 times a day as needed to
prevent/relieve asthma attack
(inhaler to last 90 days. If need
more, make sick call)**
Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
                   Expires 07/24/2021
(3) Refills 07/24/2020  WXP   Refill Until: 05/04/2021
#8.5               Don't Confiscate Before: 10/22/2021

---

Shake well before using.
⇒ WARNING: Do not exceed dose prescribed by your doctor. Contact doctor if difficulty breathing persists.
⇒ For oral inhalation only.

INHALER

---

US Penitentiary at Leavenworth   LVN-B05303L
1300 Metropolitan Ave                       D-18

166247-LVN   Gregory, J. FNP-C
WYRICK, KEVEN L                    08724-045
Take two capsules (0.8 MG)
by mouth each evening

Tamsulosin HCl 0.4 MG Cap
Lot#: KF5819   Expires 11/30/2021
(4) Refills 07/02/2020  WXP   Refill Until: 07/02/2021
#90/180            Don't Confiscate Before: 09/30/2020

---

⇒ Medicine may impair your ability to drive or operate machinery. Use care until you know how it affects you.
Take one-half hour following the same meal each day.
May cause drowsiness and dizziness. Alcohol may intensify this effect. Use extreme care when operating a car or dangerous machines.
⇒ Do not chew or crush. Swallow whole.

Capsule-shaped
Lt. Green/Yellow
TML 0.4/TML 0.4

---

US Penitentiary at Leavenworth   LVN-B05303L
1300 Metropolitan Ave                       E-18

LVN-B05303L
                                            08724-045

163677-LVN   Clark, Jason MD
WYRICK, KEVEN L    
Take one tablet by mouth
each day

Aspirin 81 MG EC Tab
Lot#: P118717   Expires 01/31/2022
(2) Refills 07/16/2020  WXP   Refill Until: 03/20/2021
#90                Don't Confiscate Before: 10/14/2020

Medicine should be taken with plenty of water.
Take with snack or small meal if stomach upset occurs.
Limit use of alcohol while taking this medication. Daily use of alcohol may increase the risk of stomach bleeding.
⇒ Do not chew or crush. Swallow whole.

Round Yellow L

---

US Penitentiary at Leavenworth   LVN-B05303L
1300 Metropolitan Ave                       D-19

166244-LVN   Gregory, J. FNP-C
WYRICK, KEVEN L                    08724-045
Take one tablet (5 MG) by
mouth at bedtime

Finasteride 5 MG TAB
Lot#: NB001902   Expires 05/31/2022
(3) Refills 07/30/2020  WXP   Refill Until: 07/02/2021
#90                Don't Confiscate Before: 10/28/2020

---

⇒ Do not use this medication if you are pregnant, plan to become pregnant, or are breastfeeding.
⇒ Crushed tablets should not be handled by women who are pregnant or who may become pregnant.

Round Blue
412/IIG
IG

# EXIBIT G

Your Honor

I write this letter to the court in regards to the crimes I committed in this indictment. I accept responsibility for the things I did and participated in and have been remorseful beyond expression for many years. I gave my life to the Lord in 1989 and tried to put my past behind me. It wasnt realized at that point, but eventually became apparent, you cant hide from GOD. After coming to prison my walk with the Lord continued and have dedicated my life to bettering myself. I apologize to his family and my family as well for the sadness and hardship thats been caused because of my actions. I cant take it back and am very sorry. I have asked the Lord for forgiveness but really need to ask the family for their forgiveness. I was a stupid young man and am sorry.

Keven Wyrick
08724-045
Keven Wyrick

# EXIBIT H

**OFFICE OF THE**

# FEDERAL DEFENDER

**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

*KATHERIAN D. ROE
Federal Defender

*MANNY ATWAL
First Assistant Defender

*DOUGLAS OLSON
Senior Litigator

CHAD M. SPAHN
Senior Investigator

JAMES BECKER
*SHANNON ELKINS
LISA LOPEZ
KEALA EDE
DOUGLAS MICKO
ROB MEYERS
ERIC RIENSCHE
*ANDREW MOHRING
SARAH WEINMAN
Assistant Defenders

*MSBA Certified Criminal Law Specialist

January 26, 2021

*VIA ECF*

The Honorable John R. Tunheim
Chief U.S. District Judge, District of Minnesota
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

Re:     *United States v. Jeffery Dulwonh Gbor*, No. 14-cr-00344(5) (JRT/TNL)

Dear Chief Judge Tunheim:

With regard to the pending compassionate release Motions for Reduction of Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF Nos. 1793 & 1803), filed in July and August of 2020, I write to advise the Court of additional pertinent, significant, and persuasive information regarding coronavirus reinfection and mortality.

In addition to the BOP reinfection death cases of Ricky Lynn Miller, Adrian Solarzano, Gerald Porter, and Robert Hague-Rogers discussed in Mr. Gbor's initial brief (*see* ECF No. 1828 at 31-34), and on top of the COVID-19 death at Memphis FCI that occurred during the briefing schedule for this case (*see* ECF No. 1831 at 1, 3-4), the coronavirus has now claimed the life of another prisoner at Memphis FCI, this time after a reported recovery and presentation with no symptoms. Harry Edward Cunningham tested positive on December 20, 2020, "was converted to a status of recovered following completion of medical isolation and presenting with no symptoms" on December 29, and, approximately two weeks later, died on January 12, 2021.[1] In stating that Mr. Cunningham was pronounced deceased by hospital staff, the BOP's press release specifically reports that Mr. Cunningham "had long-term pre-existing medical conditions, which the CDC lists as risk factors for developing more severe COVID-19 disease[.]"[2]

---

[1]     BOP Press Release, *Inmate Death at FCI Memphis* (Jan. 15, 2021), *available at* https://www.bop.gov/resources/news/pdfs/20210115_press_release_mem_cunningham.pdf (last visited Jan. 25, 2021; copy enclosed herewith).

[2]     *Ibid.*

I have also become aware of four other such mortalities:

- Barry Johnson, an inmate at Edgefield FCI, tested positive in August of 2020, "remained asymptomatic[,]," and was released from isolation on Thursday, August 27, 2020"; on September 23, 2020, he stopped breathing and died;[3]

- Christopher Carey, a prisoner at Lompoc FCI, was "considered recovered after completing isolation and presenting no symptoms" on May 20, 2020, following his May 4 infection; seven months later, "[o]n Tuesday, December 15, 2020, Mr. Carey, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced deceased by hospital medical staff";[4]

- Carmelo Estrada, an inmate at MCFP Springfield, tested positive on October 24, 2020, "was found to be stable and asymptomatic for COVID-19 related symptoms" on November 13, but became unresponsive and died on December 23;[5] and

- Kevin Gayles, a prisoner at FCI Jesup, tested positive on November 9, 2020, "was converted to a status of recovered following the completion of medical isolation and presenting with no symptoms" on November 19, but died on January 8, 2021.[6]

It has now been 60 days since Mr. Gbor was infected with COVID-19 at Memphis FCI. (*See* ECF No. at 320, 326.) Several of the foregoing cases of reinfection deaths occurred within 90 days, and "the CDC [has] acknowledged that immunity from COVID-19 is limited to no more than three months after contracting the virus." *United States v. Smith*, No. 7:03-cr-00135-EKD, ECF No. 443 (W.D. Va. Dec. 17, 2020) (citing www.cdc.gov/media/releases/2020/s0814-updated-isolation-guidance.html, collecting cases, and granting compassionate release to a defendant who had previously been infected and was since listed as "recovered" from the coronavirus).

---

[3]    BOP Press Release, *Inmate Death at FCI Edgefield* (Sept. 25, 2020), *available at* https://www.bop.gov/resources/news/pdfs/220200926_press_release_johnson.pdf (last visited Jan. 25, 2021; copy enclosed herewith).

[4]    BOP Press Release, *Inmate Death at FCI Lompoc* (Dec. 18, 2020), *available at* *https://www.bop.gov/resources/news/pdfs/20201217_press_release_lom.pdf* (last visited Jan. 25, 2021; copy enclosed herewith).

[5]    BOP Press Release, *Inmate Death at MCFP Springfield* (Dec. 29, 2020), *available at* https://www.bop.gov/resources/news/pdfs/202012292_press_release_spg.pdf (last visited Jan. 25, 2021; copy enclosed herewith).

[6]    BOP Press Release, *Inmate Death at FCI Jesup* (Jan. 12, 2021), *available at* https://www.bop.gov/resources/news/pdfs/20210113_press_release_jes.pdf (last visited Jan. 25, 2021; copy enclosed herewith).

Hon. John R. Tunheim                    Page 3                    RE: *United States v. Gbor*
January 26, 2021                                                  No. 14-cr-00344(5) (JRT/TNL)

At the same time, the infection rate at Memphis FCI has continued to grow—from 28.44% on December 14, 2020,[7] to 37.04% on January 13, 2021,[8] to 38.45% today (*i.e.*, 21 inmates are currently positive, two inmates have died, and 375 inmates are listed as "recovered,"[9] out of a total of 1,035 prisoners now at the facility).[10]   And recent reports have called into question vaccine effectiveness upon new, more contagious COVID-19 variants that are emerging.[11]   I therefore remain deeply concerned about Mr. Gbor's significant reinfection and mortality risk at Memphis FCI, and respectfully urge the Court to order his immediate release from custody.

Thank you for your time and attention to Mr. Gbor's case.

Sincerely,

*/s/Keala C. Ede*

Keala C. Ede, Assistant Federal Defender

Cc:    Amber M. Brennan, Assistant United States Attorney (*via ECF*)
       Jeffrey Dulwonh Gbor (*via U.S. mail*)

Encl. (5)

---

[7]    *See* ECF No. 1828 at 14.

[8]    *See* ECF No. 1833 at 2.

[9]    *See* Federal Bureau of Prisons, *COVID-19: Coronavirus, available at* https://www.bop.gov/coronavirus/ (last visited Jan. 26, 2020).

[10]   *See* Federal Bureau of Prisons, *FCI Memphis, available at* https://www.bop.gov/locations/institutions/mem/ (last visited Jan. 26, 2021).

[11]   *See, e.g.,* Grady et. al., *As Virus Grows Stealthier, Vaccine Makers Reconsider Battle Plans,* THE NEW YORK TIMES (Jan. 25, 2021), *available at* https://www.nytimes.com/2021/01/25/health/coronavirus-moderna-vaccine-variant.html?action=click&module=RelatedLinks&pgtype=Article (last visited Jan. 26, 2021) (explaining that "two drug makers reported on Monday that their vaccines, while still effective, offer less protection against one variant and began revising plans to turn back an evolving pathogen that has killed more than two million people").



U.S. Department of Justice
Federal Bureau of Prisons

**FOR IMMEDIATE RELEASE**
December 18, 2020

Contact: Office of Public Affairs
202-514-6551

### Inmate Death at FCI Lompoc

WASHINGTON, D.C.: On Monday, May 4, 2020, inmate Christopher Carey tested positive for COVID-19 and was placed in medical isolation at the Federal Correctional Institution (FCI) Lompoc in Lompoc, California. Institution staff provided treatment and monitored his condition. On Wednesday, May 20, 2020, in accordance with Centers for Disease Control and Prevention (CDC) guidelines, Mr. Carey was considered recovered after completing isolation and presenting no symptoms.

On Thursday, August 20, 2020, Mr. Carey was transported from FCI Lompoc to a local hospital due to progressive paralysis requiring bedside care. On Tuesday, December 15, 2020, Mr. Carey, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced deceased by hospital medical staff.

Mr. Carey was a 72-year-old male who was sentenced in the District of Nevada to a 135-month sentence for Possession of Child Pornography. He had been in custody at the Federal Correctional Complex (FCC) Lompoc since February 10, 2016.

FCI Lompoc is a low security facility that currently houses 947 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp

Additional information about the Bureau of Prisons can be found at www.bop.gov.

### ###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**
December 29, 2020

Contact: Office of Public Affairs
202-514-6551

### Inmate Death at MCFP Springfield

WASHINGTON, D.C.: On Saturday, October 24, 2020, inmate Carmelo Estrada tested positive for COVID-19 and was placed in medical isolation at the Medical Center for Federal Prisoners (MCFP) Springfield in Springfield, Missouri. On Monday, November 2, 2020, Mr. Estrada was evaluated by medical staff for decreased oxygen saturation and transported to a local hospital for further treatment and evaluation. On Friday, November 6, 2020, Mr. Estrada returned to MCFP Springfield. On Friday, November 13, 2020, he was found to be stable and asymptomatic for COVID-19 related symptoms, and assigned to a unit with 24-hour nursing staff. On Wednesday, December 23, 2020, Mr. Estrada became unresponsive and life-saving measures were initiated. Staff requested emergency medical services (EMS) and transported Mr. Estrada by EMS to a local hospital. On the same day, Mr. Estrada, who had long-term pre-existing medical conditions, which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced deceased by outside hospital medical staff.

Mr. Estrada was a 58 year-old male who was sentenced in the Western District of Tennessee to a 240-month sentence for Conspiracy to Possess with Intent to Distribute at Least 1,000 Kilograms of Marijuana. He had been in custody at MCFP Springfield since May 5, 2014.

MCFP Springfield is an administrative security facility that currently houses 806 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

### ###



U.S. Department of Justice
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**
January 12, 2021

Contact: Office of Public Affairs
202-514-6551

### Inmate Death at FCI Jesup

WASHINGTON, D.C.:   On Monday, November 9, 2020, inmate Kevin Gayles tested positive for COVID-19 at the Federal Correctional Institution (FCI) Jesup in Jesup, Georgia, and was immediately placed in medical isolation.   On Thursday, November 19, 2020, in accordance with Centers for Disease Control and Prevention (CDC) guidelines, Mr. Gayles was converted to a status of recovered following the completion of medical isolation and presenting with no symptoms.

On Friday, January 8, 2021, he was evaluated by institution medical staff for chest pains and subsequently transported to a local hospital for further treatment and evaluation.   On the same day, Mr. Gayles who had pre-existing medical conditions, which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced deceased by hospital staff.

Mr. Gayles was a 38-year-old male who was sentenced in the Eastern District of Virginia to a 132-month sentence for Possession of Cocaine Base.   He had been in custody at FCI Jesup since September 7, 2018.

FCI Jesup is a medium security facility that currently houses 1,337 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

<p style="text-align:center">###</p>



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**
January 15, 2021

Contact: Office of Public Affairs
202-514-6551

### Inmate Death at FCI Memphis

WASHINGTON, DC:  On Sunday, December 20, 2020, inmate Harry Edward Cunningham tested positive for COVID-19 at the Federal Correctional Institution (FCI) Memphis in Memphis, Tennessee, and was placed in medical isolation.  On Tuesday, December 29, 2020, in accordance with Centers for Disease Control and Prevention (CDC) guidelines, Mr. Cunningham was converted to a status of recovered following the completion of medical isolation and presenting with no symptoms.  On Sunday, January 10, 2021, Mr. Cunningham was evaluated by institution medical staff and subsequently transported to a local hospital for paracentesis for massive ascites.  On Tuesday, January 12, 2021, Mr. Cunningham, who had long-term pre-existing medical conditions, which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced deceased by hospital staff.

Mr. Cunningham was a 54-year old male who was sentenced in Middle District of Tennessee to a 72-month sentence for Bank Robbery and Hobbs Act Robbery.  He had been in custody at FCI Memphis since August 26, 2020.

FCI Memphis is a medium security facility that currently houses 1,036 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

### ###

# EXIBIT I

# MALE PATTERN RISK SCORING

| Register Number: | 08724-045 | Date: | 2/9/2021 |
|---|---|---|---|
| Inmate Name: | Wyrick, Keven L. | | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|
| **1. Current Age** | > 60 | 0 | | 0 | |
| 51-60 | 51-60 | 7 | | 4 | |
| Click on gray dropdown box to select, then click on | 41-50 | 14 | 7 | 8 | 4 |
| dropdown arrow | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| **2. Walsh w/Conviction** | No | 0 | | 0 | |
| No | Yes | 1 | 0 | 0 | 0 |
| **3. Violent Offense (PATTERN)** | No | 0 | | 0 | |
| No | Yes | 5 | 0 | 5 | 0 |
| **4. Criminal History Points** | 0 - 1 Points | 0 | | 0 | |
| 4 - 6 Points | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | 16 | 8 | 8 |
| | 7 - 9 Points | 24 | | 12 | |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| **5. History of Escapes** | None | 0 | | 0 | |
| None | > 10 Years Minor | 2 | | 1 | |
| | 5 - 10 Years Minor | 4 | 0 | 2 | 0 |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| **6. History of Violence** | None | 0 | | 0 | |
| None | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | | 3 | |
| | 10 - 15 Years Serious | 4 | 0 | 4 | 0 |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| **7. Education Score** | Not Enrolled | 0 | | 0 | |
| HS Degree / GED | Enrolled in GED | -2 | -4 | -1 | -2 |
| | HS Degree / GED | -4 | | -2 | |
| **8. Drug Program Status** | No DAP Completed | 0 | | 0 | |
| No Need | NRDAP Complete | -3 | | -1 | |
| | RDAP Complete | -6 | -9 | -2 | -3 |
| | No Need | -9 | | -3 | |
| **9. All Incident Reports (120 months)** | 0 | 0 | | 0 | |
| 0 | 1 | 1 | 0 | 1 | 0 |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| **10. Serious Incident Reports (120 months)** | 0 | 0 | | 0 | |
| 0 | 1 | 2 | 0 | 2 | 0 |
| | 2 | 4 | | 4 | |
| | > 2 | 6 | | 6 | |
| **11. Time Since Last Incident Report** | 12+ months or no incidents | 0 | | 0 | |
| 12+ months or no incidents | 7-12 months | 2 | 0 | 1 | 0 |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| **12. Time Since Last Serious Incident Report** | 12+ months or no incidents | 0 | | 0 | |
| 12+ months or no incidents | 7-12 months | 1 | 0 | 1 | 0 |
| | 3-6 months | 2 | | 2 | |
| | <3 | 3 | | 3 | |
| **13. FRP Refuse** | NO | 0 | | 0 | |
| NO | YES | 1 | 0 | 1 | 0 |
| **14. Programs Completed** | 0 | 0 | | 0 | |
| > 10 | 1 | -2 | | -1 | |
| | 2 - 3 | -4 | -8 | -2 | -4 |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| **15. Work Programs** | 0 Programs | 0 | | 0 | |
| >1 Program | 1 Program | -1 | -2 | -1 | -2 |
| | >1 Program | -2 | | -2 | |
| **Total Score (Sum of Columns)** | | General: | 0 | Violent: | 1 |
| **General/Violent Risk Levels** | | General: | Minimum | Violent: | Minimum |

| OVERALL MALE PATTERN RISK LEVEL | Minimum |
|---|---|

# EXIBIT J

(A) IDENTIFYING DATA

REG NO..: 08724-045          FORM DATE: 03-08-2021          ORG: LVN
NAME....: WYRICK, KEVEN L

                                   MGTV: PSF WAV
PUB SFTY: GRT SVRTY,SENT LGTH      MVED: N/A

(B) BASE SCORING

DETAINER: (0) NONE              SEVERITY.......: (7) GREATEST
MOS REL.: 540                   CRIM HIST SCORE: (04) 4 POINTS
ESCAPES.: (0) NONE              VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A               AGE CATEGORY...: (0) 55 AND OVER
EDUC LEV: (0) VERFD HS DEGREE/GED   DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS

(C) CUSTODY SCORING

TIME SERVED.....: (3) 0-25%     PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD      TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE      FAMILY/COMMUN..: (4) GOOD


--- LEVEL AND CUSTODY SUMMARY ---

| BASE | CUST | VARIANCE | SEC TOTAL | SCORED LEV | MGMT SEC LEVEL | CUSTODY | CONSIDER |
|------|------|----------|-----------|------------|----------------|---------|----------|
| +11  | +19  | -3       | +8        | HIGH       | MEDIUM         | IN      | DECREASE |


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED