94-194-12
GAF KW

Keven L Wyrick 08784-045
United States Penitentiary Leavenworth
PO BOX 1000
Leavenworth, Ks 66048

Clerk of the Court
United States District Court
Western District of Missouri
400 E 9th Street
Kansas City, Missouri 64106

Legal.

RECEIVED
2021 JUL -6 PM 12:18
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO