United States of America

Plaintiff - Appellee

v.

Keven L. Wyrick, also known as Kevin L. Wyrick

Defendant - Appellant

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:94-cr-00194-GAF-12)

**JUDGMENT**

Before WOLLMAN, BENTON, and GRASZ, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the district court's denial of compassionate release is summarily affirmed. See Eighth Circuit Rule 47A(a).

August 18, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans