# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-2842

United States of America

Appellee

v.

Keven L. Wyrick, also known as Kevin L. Wyrick

Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:94-cr-00194-GAF-12)

---

## MANDATE

In accordance with the judgment of 08/18/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 15, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit