# EXHIBIT

# A

The following is a list of hand picked cases for this court to review that were individuals who filed a motion for 18 U.S.C 3582 for Compassionate release and granted in each case. It should be noted many of these are far more henious crimes and lacking the reform in that has been evidenced in Mr. Wyrick's own instance. We respectfully ask this court to review these:

- U.S.v. Perez U.S. Dist Ct. Lexis 41040 (District of new haven, march 4, 2021 citing Cunningham 669 F3d 733 (6th cir 2012 post-conviction rehabilitation. See U.S. v. Fisher 2020 U.S dist lexis 188065 NL 5992390 (s.d.n.y. oct 9th 2020) [GRANTED] immediate release, murder four (4) govt witness).

- U.S. v Rodriguez U.S dist lexis 181004 (sd NY oct 9th 2020) compassionate release granted- tortured (govt witness) [GRANTED] compassionate release due to age, family support)

- U.S. v. Turner 2020 U.S.dist lexis 237719 (W.D. wash dec 17th, 2020) to alleviate fears about potential future dangerousness, and to avoid disparity in sentence's for similar crimes, [GRANTED] the remaining unserved portion of defendants term of imprisonment "SHALL" be served on "Supervised release" (citing 18 U.S.C. 3582 (c)(1)(a).

- U.S. v. Bass 2021 Y.S. app lexis 3334 (6th circuit 2020) [make note of and consider the amount of time served/spent in prison rather than the portion he has served on his 120 month sentence][GRANTED].

- U.S. v Cruz lexis 68857/ life to immediate release [GRANTED] despite 2 murders in furtherance of conspiracy.

- U.S. v. Rollins sentence reduction [GRANTED] 106 1/2 years to 28 years, despite history including murder.

- U.S. v William Underwood cce life to time served, leader of heroin-trafficking organization "vigilantes" crew responsible for at least 5 murders. [GRANTED] immediate release.

- U.S. v. Mathison WL 3263042 (ND Iowa 2020) served less than 14 years, leading drug organization, release [GRANTED].

- U.S. v. Esparza WL 1696084 (D Idaho 2020) [GRANTED] release served 12 years imprisonment, was a recidivist offender who was convicted for drug dealing over a span of several decades.

- U.S. v. Speed 2020 U.S. dist lexis 207678 (D. MD Nov. 2020) [GRANTED] release on murder for hire.

- Qadar v. U.S. E.D NY lexis 136980. [GRANTED] release from life sentence to time served.

- U.S. v McCreen 2211987 dist of Idaho lexis 221987 [GRANTED] immediate release.