# EXHIBIT C

Your Honor,

My name is Keven Wyrick and you are aware of the petition in front of you is for relief, but it does not adequately express the remorse felt from what I did that horrible day and the manner as well as the energy from that remorse channeled, helped me become the man I am today. First of all, the day it happened, my life was given to GOD. My whole thought process changed and went straight and started boxing professionally. 6 years later my past caught up with me and came to prison. After coming to prison, I saw everything clearly and made it a decision to live a life of significance and be the best version of myself possible. My perspective was through the eyes and heart of a child. I've taken 3 drug treatment programs. 3 computer programs and each one 6 months to a year long. Graduating all of them no matter how extensive. I enrolled in college and achieved an Associate, Bachelor, 2 Master degrees as well as a Docorate in Biblical Studies and a ThD and PhD in Theology. I also graduated the extensive 18 month Life Connections Program. I have now signed up for the new pilot Veteran's program which is also 18 months and am waiting to be

Case 4:94-cr-00194-GAF   Document 1122-3   Filed 01/31/23   Page 2 of 3

transferred to Inglewood low security. This has all been done while working full time. Working full time and most of the time a second job at every institution I've been at. It should also be said keeping excellent conduct for 28 years. Not only do I work full time at laundry, but also work on the suicide cadre doing what can be done for the community. My door is always open to help counsel young men in order to help them make better decisions here and when they go home. I hope to open a boxing gym in my community out in the world someday. Help young men become Champions in life. It is my desire to take the same discipline they use in training techniques and working out and make it a staple in their character to help them make good decisions at home, work, school and anywhere in their community. See, it takes tough kids to make tough men. Tough doesn't necessarily mean the greatest fighter in the world. It means you get up every day no matter what adversity you find in front of you and you do right, you be right, you stay right and you live right. Keven Wyrick