Keven Wyrick #08724-045
United States Penitentiary
P.O. Box 1000
Leavenworth, Ks. 66048



2023 JAN 30 PM 1:32
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

RECEIVED
2023 JAN 30 PM 1:32
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

94-cr-194-GAF+12
District Court
Court
Courthouse
Street
    , MO 64106

Legal: