## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 94-00194-12-CR-W-GAF** |
| | ) | |
| **KEVEN L WYRICK,** | ) | |
| **aka Kevin L Wyrick,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER DENYING *PRO SE* THIRD MOTION FOR COMPASSIONATE RELEASE

Now pending before the Court is defendant's *pro se* Third Motion for Compassionate Release (Doc. #1122). The Court having considered defendant's motion and considering all 18 U.S.C. § 3553 factors, including but not limited to the nature and circumstances of defendant's offense, his criminal history, the danger his release would present to the community, all relevant information in his pre-sentence report, the statutory and guideline range of punishment for his offense, together with the response of the Bureau of Prisons to the COVID-19 virus, defendant's request for Compassionate Release is DENIED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: March 21, 2023