IN THE UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA,
    PLAINTIFF, RESPONDENT

VS

    DEFENDANT, PETITIONER
KEVEN L. WYRICK

CAUSE # 94-00194-12-GF-W-GAF

### NOTICE OF APPEAL

Notice is hereby given that Keven L. Wyrick, petitioner in the above entitled matter, appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on March 21, 2023

Date 3-28-2023

Keven Wyrick, #08724-045
USP Leavenworth.
P.O. BOX 1000
Leavenworth KS 66048-1000

*Keven Wyrick*

Keven Wyrick 08724-045  
United States Penitentiary Leavenworth  
PO Box 1000  
Leavenworth, KS



RECEIVED  
2023 APR -3 AM 8:33  
CLERK U.S. DIST. COURT  
WEST DIST. OF MO  
KANSAS CITY, MO

SCREENED  
U.S. MARSHAL

KANSAS CITY MO  
30 MAR 2023 PM 4 L

Clerk of the Court  
United States District Court  
Western District of Missouri  
Kansas City, Missouri  
64106

64106-999955