# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 03, 2023

Mr. Keven L. Wyrick
U.S. PENITENTIARY
08724-045
P.O. Box 1000
Leavenworth, KS  66048-0000

     RE:  23-1632  United States v. Keven Wyrick

Dear Mr. Wyrick:

     The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     Your appeal is being referred to the court. No briefing schedule will be established, and no additional pleadings are required from you. Our office will advise you of any action taken in your case.

     Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

     Please contact us if you have any questions about the case.

                                         Michael E. Gans
                                         Clerk of Court

CJO

Enclosure(s)

cc:    Mr. Joseph M. Marquez
        Ms. Paige A. Wymore-Wynn

     District Court/Agency Case Number(s):   4:94-cr-00194-GAF-12

**Caption For Case Number: 23-1632**

United States of America

    Plaintiff - Appellee

v.

Keven L. Wyrick, also known as Kevin L. Wyrick

    Defendant - Appellant

**Addresses For Case Participants:   23-1632**

Mr. Keven L. Wyrick
U.S. PENITENTIARY
08724-045
P.O. Box 1000
Leavenworth, KS  66048-0000

Mr. Joseph M. Marquez
U.S. ATTORNEY'S OFFICE
Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO  64106-2149

Ms. Paige A. Wymore-Wynn
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO  64106-0000