# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-1632
_____

United States of America

Plaintiff - Appellee

v.

Keven L. Wyrick, also known as Kevin L. Wyrick

Defendant - Appellant

------

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:94-cr-00194-GAF-12)

------

**JUDGMENT**

Before BENTON, WOLLMAN, and GRASZ, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the denial of compassionate release is summarily affirmed. See Eighth Circuit Rule 47A(a).

April 05, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans