IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No.94-00194-12-CR-W-GAF |
| KEVEN L. WYRICK, a/k/a Kevin L. Wyrick, | |
| Defendants. | |

## **WITHDRAW OF ENTRY OF APPEARANCE**

Comes now the United States of America, by and through its undersigned attorney, David M. Ketchmark, Assistant United States Attorney, and provides notice of his request to withdraw his appearance as attorney of record for the United States of America in the above-referenced case.

David M. Ketchmark is no longer associated with this case and other counsel for the United States, who are already receiving notice of filings, will be handling any governmental responses. Therefore, AUSA Ketchmark is seeking to withdraw or terminate his entry of appearance and requesting that he no longer receive any further Notices of Electronic Filings relating to activity in this case:

Respectfully submitted,

Teresa A. Moore
United States Attorney

By      */s/ David M. Ketchmark*

David M. Ketchmark
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri   64106
Telephone:   (816) 426-3122

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was delivered on January 18, 2024, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.


*/s/ David M. Ketchmark*
David M. Ketchmark
Assistant United States Attorney