IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 94-00194-12-CR-W-GAF |
| ) | |
| KEVEN L WYRICK, ) | |
| also known as Kevin L Wyrick, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now before the Court is defendant's *pro se* Motion to Reduce Sentence (Doc. #1133). Defendant seeks a reduction of his sentence in his fourth motion for the same herein. In his current motion, defendant argues that the amended sentencing guidelines under Section 1B1.13(b)(6) should be considered in granting him a sentence reduction. Defendant argues that he received an unusually long sentence at a time when the guidelines were mandatory which presents an extraordinary and compelling reason for a sentence reduction. 18 U.S.C. § 3582(c)(1)(A)(i) does create a narrow exception to the general rule that a federal court may not modify a sentence once it has been imposed when extraordinary and compelling reasons are found to warrant a reduction. However, non-retroactive changes in sentencing law are neither.

Furthermore, the sentence defendant received is not unusually long or grossly disparate considering the record herein. Additionally, as with defendant's previous three motions for compassionate release, weighing of the 18 U.S.C. § 3553 factors do not support defendant's request for a reduced sentence.

Defendant's Motion for Sentence Reduction (Doc. 1133) is denied for the reasons stated herein all as more fully set forth in the government's response in opposition (Doc. 1140).

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: February 21, 2024