Keven Wyrick
Prisoner No. 08724-045
FCI Englewood
9595 W. Quincy Ave.
Littleton, Colorado 80123
Appearing Pro Se

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,

Plaintiff,

v,

KEVEN WYRICK,

Defendant.

Case No. 94-000194-12-CR-W-GAF

MOTION FOR EXTENSTION OF TIME TO FILE REPLY TO GOVERNMENT'S OPPOSITION (Doc. 1140)

Defendant Keven Wyrick requests leave of the Court to file a reply to the Government's Opposition (Doc. 1140) to Wyrick's Motion to Reduce Sentence (Doc. 1133) for the reasons stated herein.

Defendant received the Government's Opposition to his compassionate release motion via certified mail on 2/13/2024 via the prison mailroom. In receiving the Government's Opposition, Defendant Wyrick noticed that the docket text attached to the filing indicates that Wyrick has until 2/14/2024 to file a reply to the Government's Opposition. Given that Defendant Wyrick is incarcerated and has limited access to the prison's law library, it is unfeasible for Wyrick to respond to the Government's pleading within twenty-four hours time. In addition to this, the prison has an issue with its power source and has been on lockdown for two out of the last three days due to the electricity problem.

In light of these facts, Defendant Wyrick humbly requests leave

-1-

Case 4:94-cr-00194-GAF   Document 1143   Filed 02/22/24   Page 1 of 2

of the Court for an extension of time to file a reply to the Government Opposition up to and including March 4, 2024.

Respectfully submitted,

Dated: 2/14/2024

*Keven Wyrick*

Keven Wyrick