Keven Wyrick #08724-045
Federal Correctional Institution
9595 W. Quincy Ave.
Littleton, Colorado 80123

DENVER CO 802
15 FEB 2024 PM 6 L

RECEIVED
2024 FEB 22 PM 12:51
CLERK U.S. DIST COURT
WEST DIST OF MO
KANSAS CITY, MO



94-cr-1cu-GAF-R

02

Clerk of the Court
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

SCREENED BY U.S. MARSHALS

64106-260725

Case 4:94-cr-00194-GAF   Document 1143-1   Filed 02/22/24   Page 1 of 1