IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 94-00194-12-CR-W-GAF |
| ) | |
| KEVEN L WYRICK, ) | |
| also known as Kevin L Wyrick, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now before the Court is defendant's *pro se* Motion (Doc. 1143) requesting an extension of time in which to file a reply to his *pro se* Motion to Reduce Sentence (Doc. 1133). Defendant's *pro se* Motion to Reduce Sentence (Doc. 1133) has already been denied and found to be without merit. Accordingly, it is

ORDERED that defendant's *pro se* Motion (Doc. 1143) requesting an extension of time is denied.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: February 23, 2024