Keven Wyrick 08724-045
Federal Correctional Institute Englewood Low
9595 W. Quincy Ave.
Littleton, Colorado 80123

RECEIVED
2024 FEB 29 PM 12:44
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO



SCREENED BY
U.S. MARSHALS

Clerk of the Court
Western District of Missouri
Charles Evans Whittaker Courthouse
400 E 9th Street
Kansas City, Missouri 64106

94-cr-194-G

NO HOLDS