Keven L. Wyrick
Prisoner No. 08724-045
FCI Englewood Low
9595 W. Quincy Ave.
Littleton, Colorado 80123
Appearing Pro Se

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
Western Division

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**KEVEN WYRICK,**

Defendant.

Case No. 94-00194-12-CR-W-GAF

NOTICE OF APPEAL

Notice is hereby given that Keven Wyrick, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the order (Doc. No. 1142) denying defendant's compassionate release motion.

Dated: 2/26/2024

*Keven Wyrick*

Keven Wyrick
Defendant

# Certificate of Service

I hereby certify that on this <u>27th</u> day of <u>February</u>, 20<u>23</u>, a true and accurate copy of the foregoing was mailed, first class postage pre-paid, addressed as follows:

**FROM/BY**

KEVEN WYRICK #08724-045
F.C.I. Englewood <u>Low</u>
9595 West Quincy Avenue
Littleton, Colorado
80123-1159

<u>**TO**</u>

Clerk of the Court
U.S. District Court
400 East Ninth Street
Room 1510
Kansas City, MO 64106

[For service by ECF on all parties]

## DECLARATION
### Under Penalty of Perjury

The undersigned declares under penalty of perjury that he is the movant in the above action, that he has read the above pleading and that the information contained therein is true and correct. Pursuant to 28 U.S.C. § 1746; and 18 U.S.C. § 1621.

Executed at F.C.I. Englewood on <u>2/27/2024</u>.
(Date)

*Keven Wyrick* (signature)

Keven Wyrick
(Movant's Original Signature)