Keven Wyrick #08724-045  
Federal Correctional Institution  
9595 W. Quincy Ave.  
Littleton, Colorado 80123



RECEIVED  
2024 MAR 11 PM 1:21  
CLERK U.S. DIST. COURT  
WEST DIST. OF MO  
KANSAS CITY, MO

SCREENED BY  
U.S. MARSHALS

Clerk of the Court  
U.S. Courthouse  
400 East Ninth Street  
Room 1510  
Kansas City, MO 64106

CERTIFIED MAIL  
7019 0700 0000 7658 8646

LEGAL MAIL     LEGAL MAIL     LEGAL MAIL