Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| Case Caption: USA v. Moore et al | Case No. 94-cr-00194-GAF-12 |
|---|---|
| Appellant: **Keven L Wyrick** | Appellee: **USA** |
| Appellant's Attorney(s): | Appellee's Attorney(s): |
| **Keven L Wyrick**<br>08724-045<br>ENGLEWOOD<br>FEDERAL CORRECTIONAL INSTITUTION<br>Inmate Mail/Parcels<br>9595 WEST QUINCY AVENUE<br>LITTLETON, CO 80123<br>Email:<br>PRO SE | **Joseph M. Marquez**<br>United States Attorney's Office-KCMO<br>400 E 9th Street<br>Suite 5510<br>Kansas City, MO 64106<br>(816) 426-4286<br>Fax: (816)426-4328<br>Email: joseph.marquez@usdoj.gov |
| Court Reporter(s):<br><br>N/A | Please return files and documents to:<br>**United States District Court**<br>**400 East 9th Street, Room 1510**<br>**Kansas City, MO   64106**<br><br>Contact Person for Appeal:<br>Jason_Terry@mow.uscourts.gov |

| Length of Trial:<br>N/A | Fee:<br>Not Paid | IFP:<br>No | Pending IFP Motion:<br>No |
|---|---|---|---|
| Counsel:<br>Pro Se | Pending Motions?<br>No | Local Interest?<br>No | Simultaneous Release?<br>No |

**Criminal Cases / Prisoner Pro Se Cases Only:**

| **Defendant Incarcerated?**<br>Yes | **Where?**<br>FCI Englewood<br>Littleton, CO | **Multiple Defendants?**<br>Yes |
|---|---|---|

**Special Comments:** None