United States of America

Plaintiff - Appellee

v.

Keven L. Wyrick

Defendant - Appellant

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:94-cr-00194-GAF-12)

**JUDGMENT**

Before SMITH, GRUENDER, and BENTON, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

June 05, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik