# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

UNITED STATES OF AMERICA

     THE RESPONDENT,

v.

KEVEN L. WYRICK

     THE PETITIONER.

CASE NO. 4:94-cr-00194-012

HON. JUDGE, GARY A. FENNER

---

## MR. WYRICK'S FOURTH MOTION UNDER 18 U.S.C. §3582(c)(1)(A)(i)
### SEEKING COMPASSIONATE RELEASE OR MODIFICATION OF SENTENCE

---

TO THE HONORABLE JUDGE,
GARY A. FENNER:

### PRO SE LITIGANTS' STANDARD

a.     COMES NOW, Keven L. Wyrick, henceforth, Mr. Wyrick, a PRO SE litigant, who most humbly and respectfully files the foregoing in the above style.

b.     Mr. Wyrick asks the Court to consider that courts like this one review PRO SE pleadings under a less stringent standard than those drafted by attorneys, and that such pleadings are entitled to a liberal construction that includes all reasonable inferences which can be drawn from them. See, e.g., Haines v. Kerner, 404 U.S. 519, 520-21 (1972).

c.     Any VITIUM SCRIPTORIS within the body of the foregoing or the cited authorities within, are neither deliberate nor voluntary, as this document was typed using an archaic equipment with no spell check.

d.     "The care of human life and hapinness, and not their destruction, is the FIRST and ONLY object of good government."
                                 PRESIDENT THOMAS JEFFERSON

Pg. 1 of 14

Case 4:94-cr-00194-BP    Document 1152    Filed 05/18/26    Page 1 of 87

## PROCEDURAL BACKGROND

a.      Mr. Wyrick was arrested in connection to the instant offense on May 26th, AD1995. On May 22nd, AD1997, after being found guilty by a jury on Counts related to "engaging in continuing criminal enterprise causing intentional killing of individual" in violation to 21 U.S.C. §848(e)(1)(A) & (2); and "conspiracy to distribute marijuana, a schedule I controlled substance," in violation to 21 U.S.C. §841(a)(1) and 841(b)(1)(A) and 846.

1.  To this date, Mr. Wyrick has served over 31-years, 6-months as of February 6th, AD2026.

b.      Mr. Wyrick appealed the judgment. The Eighth Circuit affirmed.

c.      Mr. Wyrick sought relief via 28 U.S.C. §2255, and 18 U.S.C. §3582(c). All motions were denied.

d.      There are no pending proceedings neither in this Court, nor in any other Court. This Motion follows.

## JURISDICTION TO HEAR THIS MOTION

a.      Mr. Wyrick submitted a request for compassionate release to FCI Oxford's Warden, E. Emmerich, via the BOP's PS5050.50. His request was denied. See, EXHIBIT 1.

b.      Mr. Wyrick meets the exhaustion requirement of 18 U.S.C. §3582(c)(1)(A) because this Motion is properly before the Court after a "30-day lapse" from the date Warden Emmerich was served with the petition for compassionate release.

## ARGUMENT

## REQUEST FOR COMPASSIONATE RELEASE OR MODIFICATION OF SENTENCE

a.      Noteworthy, pursuant USSG §1B1.13(b)(5), the Court may consider Mr. Wyrick's circumstances under the "similar in gravity" standard.

Case 4:94-cr-00194-BP      Document 1152      Filed 05/18/26      Page 2 of 87

1. MEDICAL CIRCUMSTANCES OF THE DEFENDANT:

   Mr. Wyrick is the first to acknowledge that his medical circumstances may not conform an extraordinary and compelling reason. Nevertheless, his current deterioration in health is a characteristic that the Court is called to assess under 18 U.S.C. §3553(a)(1).

   A. Mr. Wyrick will turn 65-years-old on May 17th, AD2026.

   B. Mr. Wyrick suffers from High Blood Pressure; his prostate is causing him trouble to urinate; he suffers from Irritable Bowel Syndrome (IBS); and also suffers from Rhinitus. See, EXHIBIT 2.

   C. Besides the above, Mr. Wyrick also has cognitive problems which cause him to have memory loss. id.

   D. Relevant here, these conditions—despite being partially treated—are progressively deteriorating and require constant medical care and treatment.

   E. Compassionate release will afford Mr. Wyrick the meaningful opportunity to receive "specialized medical care" through the Veterans' Affairs Health Services Program for the rest of his life. Thus, Mr. Wyrick will not be a burden to tax-payers.

2. CHANGES IN LAW CIRCUMSTANCES:

   A. Under USSG §1B1.13(b)(6), Mr. Wyrick has a meaningful opportunity to have his sentence being revised in light of President Trump's recent re-scheduling of marijuana from such sunstance being a Schedule I controlled substance, to now being a Schedule III substance. Thus, the penalties that his marijuana conviction carried at the time of sentencing can no longer be the same if he came before this Court today under similar circumstances.

   B. The Guideline provides that--

"If a defendant received an unusually long sentence and has served at least 10-years of the term of imprisonment, a change in the law [...] may be considered in determining whether the defendant presents an extraordinary and compelling reason, but only where such change would produce a gross disparity between the sentence being served and the sentence likely to be imposed at the time the motion is filed, and after FULL CONSIDERATION OF THE INDIVIDUALIZED CIRCUMSTANCES." (emphasis and ellipsis added).

C.  The Court may also consider together with §1B1.13(b)(6), section 1B1.13(c) and (e) provisions. USSG §1B1.13(c) provides that--

"...[I]f a defendant otherwise establishes that extraordinary and compelling reasons warrant a sentence reduction under this policy statement, a change in the law [...] may be considered for purposes of determining the extent of any such reduction." (ellipses and brackets added).

b.      Here, because President Trump has made a significant change in the law in which marijuana is no longer considered a Schedule I controlled substance, Mr. Wyrick's charge of conviction for "conspiracy to distribute marijuana, as a 'SCHEDULE I CONTROLLED SUBSTANCE' meets the CHANGES IN LAW criteria, thus, under USSG §1B1.13(b)(6)—"Unusually Long Sentence"—provision, Mr. Wyrick's sentence —under current law—presents extraordinary and compelling reasons warranting relief.

1.  Thus, as per current law, Mr. Wyrick's sentence is "unusually long." Certainly, if he were to come before this Court under similar circumstances as when he was sentenced about 1/3 century ago, most probably than not, the Court would sentence him to a sentence shorter than life-imprisonment as to such count. Even considering the Sentencing Commission's statistics for both offenses of conviction (See, EXHIBIT 3), the Court may be persuaded to modify his sentence to a shorter sentence to anything lower than LIFE in prison after verifying that the goals of punishment have been satisfied in this case. (See, EXHIBIT 4).

2.  Thus, Mr. Wyrick makes a substantive argument based on "changes in law"

Case 4:94-cr-00194-BP     Document 1152     Filed 05/18/26     Page 4 of 87

circumstances. An argument he contends would warrant a modification in sentence which is consistent with §1B1.13's policy statement. <u>See</u>, USSG §1B1.13(a)(3).

c.      WHEREFORE, above premises considered, Mr. Wyrick most humbly and respectfully moves this Honorable Court to exercise its discretion and grant him a modification in sentence to a sentence lower than life-imprisonment which, considering the relevant §3553(a) factors, may warrant **TIME SERVED**.

REHABILITATION OF THE DEFENDANT

a.      USSG §1B1.13(d) prescribes that--

1.    "[R]ehabilitation of the defendant while serving the sentence may be considered **IN COMBINATION WITH** other circumstances in determining whether and to what extent a reduction in the defendant's term of imprisonment is warranted." (emphasis added).

2.    Here, notwithstanding his circumstances, the harsh conditions of his confinement, and that every motion seeking relief to his harsh **LIFE** sentence have been denied rather than immersing himself in bitterness and despair, Mr. Wyrick has maintained an extraordinary positive outlook and attitude towards life.

A.    For example, he never stopped seeking to improve **himself** to the utmost extent possible (<u>**Revisit**</u>, **EXHIBIT 4**). Inter alia, Mr. Wyrick, despite having a cognitive impairment has successfully completed dozens upon dozens of BOP rehabilitative, educational and vocational programs. <u>id</u>. He has worked at what amounts to a full time job. <u>id</u>. He has done his best to remain out of trouble as he has remained sanction free for a couple of decades in a row. <u>id</u>. Noteworthy, the BOP has scored him as a **MINIMUM** risk of recidivism. <u>id</u>. Finally, the BOP, in waiving his public safety factor as to gradually transfer him from a **MAXIMUM** **SECURITY** U.S. Penitentiary to a **LOW SECURITY** custody facility, appears to consider that he is **NOT** a danger to the safety of other or to the

Pg. 5 of 14

community. _id._ This is compelling, because tipically, inmate's facing a sentence similar to Mr. Wyrick's are management problems who show little regard or respect to prison rules. Thus, Mr. Wyrick is one of the very few who manage to lower their security custody points as to allow to be transferred from a MAXIMUM security facility to a LOW security facility.

B.  Noteworthy, Mr. Wyrick's educational and rehabilitative accomplishments are unique and distinctively important because he engaged in all such positive activities without any tangible incentive other than sel-improvement, for after being denied every other request for relief —in his mind—he thought he wouldn't have any other meaningful opportunity to seek relief from his harsh LIFE sentence. Simply put, Mr. Wyrick, in the face of a harsh LIFE sentence, assumed a positive outlook and attitude towards life, sought to improve himself to the utmost extent possible and was motivated to do so notwithstanding his circumstances.

C.  Besides his educational and religious transformation, Mr. Wyrick also acknowledges the substantial harm he caused. He regrets the pain and anguish that the victims of his crimes (as well as their families) suffered. Mr. Wyrick regrets and abhors the day he made the poorest decision in life. He hopes to be granted the opportunity to face those he harmed and beg them for forgiveness.

3.  "[R]ightly or wrongly, this country's criminal justice system is premised on the idea that a person can—and hopefully will—change after several years in prison." United States v. Ledezma-Rodriguez, 472 F.Supp.3d 498, 2020 U.S. Dist. LEXIS 123539, 2020 WL 3971517, at *6 (S.D. Iowa, July 14, 2020). "The BOP tries to facilitate this through classes, case managers, reentry programs, time credits, and security classifications," which

Case 4:94-cr-00194-BP     Document 1152     Filed 05/18/26     Page 6 of 87

Mr. Wyrick has taken full advantage of. That, together with his spiritual and moral transformation, "appears to offer a success story that cuts in favor of extraordinary and compelling reasons supporting release." id.

### ADDITIONAL GROUNDS SUPPORTING COMPASSIONATE RELEASE

a.      Looking beyond Mr. Wyrick's extraordinary rehabilitation, the Court may find that there are several additional grounds that merit compassionate release consideration. Those include, Mr. Wyrick's physical limitations, cognitive problems and his current age, over 61-years old. "Defendant now is a [61-years old], making him about half as likely to be convicted of a crime as when he was convicted of his latest offense" Ledezma-Rodriguez, WL at *7 (citing U.S. Sentencing Comm'n The Effects of Aging On Recidivism Among Federal Offenders, at 23 (2017).

b.      Mr. Wyrick has maintained an impressive prison record with only one (1) minor infraction during his more than 31-years in prison. "[M]aintaing a clear disciplinary record" is "no minor feat in any prison." United States v. Stephenson, 461 F.Supp.3d 864, 2020 U.S. Dist. LEXIS 89591, 2020 WL 2566760, at *7 (S.D. Iowa May 21, 2020), and that Mr. Wyrick maintained that record in the face of a harsh LIFE sentence strongly supports the likelihood that he would remain a rule-abiding individual if released. See, Ledezma-Rodriguez, WL at *5 (Noting thatto not incurre a single disciplinary infractions in decades in a row is "no small feat in a closely monitored federal prison."); United States v. Adeyemi, 470 F.Supp.3d 489, 2020 U.S. Dist. LEXIS 117743, 2020 WL 3642478, at *27 (E.D. Pa. July 6, 2020) (finding disciplinary record favored release based on no infractions in the past three years and only four minor infractions during the defendant's fourteen years in prison); United States v. Marks, 455 F.Supp.3d 17, 27, 36 (W.D.N.Y. 2020) (granting compassionate release and noting the defendant's "claen disciplinary record for many years past," with no violations for the past seven years and no violent infractions for the past ten years).

c.     The Court may also find that Mr. Wyrick appears to not represent a danger to society as he was recently transferred from a medium-security facility to a low-security facility (he began his incarceration, however, at a maximum-security facility). See, Ledezma-Rodriguez, WL at *8 & n.6 ("The BOP generally gives defendants with life sentences a 'high' security classification unless an administrator waives certain public factors," and granting compassionate release noting that "[t]he BOP appears to agree that Defendant has made progress" since "Defendant entered the BOP with a 'high' security classification, which recently was reduced to ~~medium~~ *Low*'".

1.  Although Mr. Wyrick's crimes are serious and violent, those crimes occurred more than 37-years ago and "[n]othing in [his] prison disciplinary record raises any concern about him having a continued propensity for violence." United States v. Clausen, 2020 U.S. Dist. LEXIS 131070, 2020 WL 4260795, at *8 (E.D. Pa. July 24, 2020). To the contrary, as discussed supra, Mr. Wyrick has maintained a clean record for decades in a row.

### CONSIDERATION OF THE 18 U.S.C. §3553(a) FACTORS, AND 18 U.S.C. §3142(g) DANGEROUSNESS ANALYSIS

a.     18 U.S.C. §3553(a) FACTORS ANALYSIS:

1.  Having met his burden showing that "extraordinary and compelling reasons" **EXIST** herein, the Court must now move to the next step of the inquiry, id est, weigh "the factors set forth in 18 U.S.C. §3553(a) to the extent that they are applicable" as to determine whether and to what extent a modification of sentence is warranted. See, USSG §1B1.13(a).

2.  Mr. Wyrick acknowledges that his past criminal behavior was, and continues to be, serious, egregious and abhorrent. Nevertheless, he urges the Court to rather than looking at him back in time, to see him as he stands today (more than a third century later) before the Court. Today he is a reformed,

rehabilitated man who mourns, regrets and feels ashamed for his past criminal life. Mr. Wyrick's prison record provides the evidence the Court needs to attest that he is no longer a risk of recidivism. There is simply not sufficient evidence to suggest that Mr. Wyrick is a dangerous violent person. WHEREFORE, to speculate that he will continue to engage in narcotic, pecunary or any other criminal/violent activity is no legal basis to establish that he is a danger to the safety of others or to the community. However, to the extent there are lingering public safety concerns—which there are none—those concerns are MOOT by the fact that Mr. Wyrick will be under a strict supervised release once he completes his sentence.

## EXTRAORDINARY AND COMPELLING REASONS OUTWEIGH THE §3553(a) FACTORS

a.      "Because Mr. [Wirick's] sentence was mandatory, this is [this Honorable Court's] first opportunity to functionally weigh the §3553(a) factors in his case." United States v. Perez, 2021 U.S. Dist. LEXIS 41040  2021 WL 837425, at *4 (D. Conn. Mar. 4, 2021).

1. Turning first to the nature and circumstances of the offense, it is well established that Mr. Wyrick committed a serious and heinous crime. "There is no crime more serious than murder." United States v. Cruz, 2021 U.S. Dist. LEXIS 68857, 2021 WL 1326851, at *12.

2. This Court cannot ignore that Mr. Wyrick received a mandatory LIFE sentence for "engaging in continuing criminal enterprise causing intentional lilling of individual" in violation to 21 U.S.C. §848(e)(1)(A) & (2). That being said, "the gravity of the offense does not categorically preclude [this Court] from reducing [Mr. Wyrick's] sentence." Perez, WL at *5. Nor does "the mandatory component" of his sentence bar relief. id.

3. Turning to his history and characteristics, "evidence of postsentencing rehabilitation may plainly be relevant to 'the history and characteristics

of the defendant.'" Pepper v. United States, 552 U.S. 476, 491 (2011) Revist, EXHIBIT 4). Mr. Wyrick maintained constant contact with his family and obtained numerous certificates while imprisoned "despite having...no realistic hope of release." United States v. Fisher, 493 F.Supp.3d at 237; United States v. Cabrera, 2021 Wl 3046824, at *1 (observing that, for a defendant serving a life sentence, "[t]he sincerity of his [rehabilitation] efforts is made manifest by the fact that he had no reason to expect he would ever see the outside of the prison walls").

4. Turning to the need for the sentence imposed to reflect the seriousness of the offense and provide just punishment, Mr. Wyrick has served a third of a century in prison. See, United States v. Barron, 2020 U.S. Dist. LEXIS 231659, 2020 Wl 4196194, at *5 (C.D. Cal July 9, 2020) (finding just punishment where the defendant had served the 20-year sentence the sentencing judge had considered appropriate but could not issue because the court was bound to impose a mandatory life sentence). Mr. Wyrick's more than 31-years in prison also affords adequate deterrence to similar conduct. A mandatory LIFE sentence for his charges of conviction remain the default and this Court may depart from that component here only because of Mr. Wyrick's unique circumstances.

5. Turning to protection of the public, the government may argue that Mr. Wyrick poses a danger or risk of recidivism. However, Mr. Wyrick's prison record, being over 60-years old which combined with his extensive incarceration and rehabilitative efforts "mak[es] the likelihood of re-offending...remote." United States v. Rodriguez, 492 F.Supp.3d at 315; See also, United States v. Rios, 2020 U.S. Dist. LEXIS 230074, 2020 Wl 7246440, at *4 (D. Conn. Dec. 8, 2020).

6. Turning to the need for educational or vocational training, medical care,

Case 4:94-cr-00194-BP     Document 1152     Filed 05/18/26     Page 10 of 87

or other correctional treatment, Mr. Wyricks prison record memorandum (

(EXHIBIT 4) reflects that this factor has been met; additionally, he enjoys

of the medical benefits of the Veteran's Affairs Health Services for life.

7.  Turning to the need to avoid unwarranted sentence disparities, the Court

may properly find that others convicted of charges similar to Mr. Wyrick's

are serving mandatory sentences. But that fact alone "does not create

impermissible sentencing disparities." **Perez WL at \*6.** Notably, a sentence

of **360-months** (a little less than what Mr. Wyrick has already served)

exceeds both the average federal murder sentence in FY2024, which "was

approximately 21-years [in FY2020]," and the median sentence, which "was

approximately 19-years [in FY2020]." **Cruz, WL at \*13.**

b.      Overll, the sentencing factors supporting Mr. Wyrick's modification

of sentence outnumbers those opposing it. **See Perez, WL at \*5** (finding §3553(a)

factors supported reducing mandatory life sentence for murder[] to time served).

While Mr. Wyrick played an integral role in a most serious offense that triggered

a mandatory life sentence, he has become fully rehabilitated. Thus, the §3553(a)

factors **DO NOT** outweigh the extraordinary and compelling reasons for Mr. Wyrick's

modification of sentence, rather, in fact bolster them.

c.      18 U.S.C. §3142(g) DANGEROUSNESS ANALYSIS:

1.  After assessing the applicable §3553(a) factors, the Court must now move

to the third step of the inquiry, id est, determine if Mr. Wyrick "is not

a danger to the safety of any other person or to the community, as provided

in 18 U.S.C. §3142(g); and" assess if "the reduction is consistent with

[§1B1.13's] policy statement." USSG §1B1.13(a)(2) and (3).

2.  As Mr. Wyrick showed supra, and **EXHIBITS 2-4)** support, the "reduction is

consistent wit [§1B1.13's] policy statement." **id.** at (3). Thus, the only

question here is whether or not Mr. Wyrick "is a danger to the safety of

Pg. 11 of 14

any other person or to the community." id. at (2).

3. Mr. Wyrick's history of criminal behavior is about one third of a century behind him, and nothing in his prison record raises concerns about criminal activity within prison.

4. In relation to dangerousness, relevant here are the BOP's scores for Mr. Wyrick's FSA Recidivism Risk Assessment (PATTERN 01.03.00) and his Male Custody Classification Form (Revist, EXHIBIT 4). Such documents reflect not only that Mr. Wyrick has matured and evolved into a law-abiding person, but that the BOP DOES NOT consider him to be a "danger to the safety of any other person or to the community." USSG §1B1.13(a)(2).

## CONCLUSION

a. Mr. Wyrick indisputably has shown "extraordinary and compelling reasons." The only issue is thus whether MODIFYING his sentence under 18 U.S.C. §3582 (c)(1)(A)(i) is outweighed by the risk posed to the safety of others or to the community in "modifying" his sentence from LIFE to 360-months. On this issue, the record reflects that he poses NO THREAT whatsoever. His prison record, stained with only one minor infraction, indicates that he has invested mightly in his postconviction future. That investment has paid off. He has earned valuable skills through his various work details as well as from his BOP programming which he can put into practice to earn his living descently.

b. WHEREFORE, above premises considered, Mr. Wyrick most humbly and respectfully asks the Court to MODIFY his sentence from LIFE imprisonment to 360-months.

1. This Court's decision will not cease to be an "exercise of reason simply because it is also an exercise of compassion." United States v. likens, 464 F.3d 823, 827 (8th Cir. 2006), cited with approval in Gall.

2. "Justice consists not only on convicting the guilty, but also of assigning

Pg. 12 of 14

them a lawful and just punishment." **United States v. Mikalajunas, 186 F.3d 490, at 502 (4th Cir. 1999).** The Court can properly **GRANT** Mr. Wyrick's Motion because it is **SUPPORT** by "extraordinary and compelling reasons," the authorities cited within, 18 U.S.C. §3142(g), 18 U.S.C. §3553(a) and by 18 U.S.C. §3661.

Respectfully submitted on this 11th day of May, Year of the LORD 2026.

Keven L. Wyrick

KEVEN L  WYRICK, PRO SE

REG. NO. 08724-045

## VERIFICATION

a.      I, Kevin L. Wyrick, do hereby **VERIFY** that the information provided herein is true and correct to the best of my knowledge, understanding and belief under penalty of perjury. 28 U.S.C. §1746; 18 U.S.C. §1621.

b.      I further **VERIFY** that I was assisted by the Acting Jailhouse Clerk, Fausto Aguero, Reg. No. 98068-004, as I am unlearned in the complexities of the science of law and suffer from cognitive problems.

Executed on this 11th day of May, Year of the LORD 2026.

_Keven L. Wyrick_
KEVEN L. WYRICK, PRO SE
REG. NO. 08724-045
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OXFORD, WISCONSIN 53952

Case 4:94-cr-00194-BP    Document 1152    Filed 05/18/26    Page 14 of 87

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      THE RESPONDENT,<br><br>v.<br><br>KEVEN L. WYRICK<br><br>      THE PETITIONER. | CASE NO. 4:94-cr-00194-012<br><br>HON. JUDGE, GARY A. FENNER |

## ORDER OF THE EXHIBITS FOR
## MR. WYRICK'S FOURTH MOTION UNDER 18 U.S.C. §3582(c)(1)(A)(i)
## SEEKING COMPASSIONATE RELEASE OR MODIFICATION OF SENTENCE

EXHIBIT 1     Mr. Wyrick's petition to Warden Emmerich for compassionate release under the BOP's Program Statement 5050.50 and Warden Emmerich's denial to such petition;

EXHIBIT 2     Mr. Wyrick's Medical Records;

EXHIBIT 3     U.S. Sentencing Commission's Statistics for Drug related offenses and murder;

EXHIBIT 4     Mr. Wyrick's Prison Record Memorandum.

# EXHIBIT 1

REQUEST FOR COMPASSIONATE RELEASE PURSUANT TO THE BOP'S
PS5050.50 "OTHER REASONS" PROVISION IN LIGHT OF THE
UNITED STATES SENTENCING COMMISSION'S USSG §1B1.13(b)

a.        COMES NOW, Wyrick, Keven L., Reg. No. 08724-045, henceforth, Mr. Wyrick,
who most humbly and respectfully requests FCI Oxford's Warden, E. Emmerich, to
consider filing for him a motion for compassionate release under the "catch all"
provision ("other reasons") of PS5050.50, and the Sentencing Commission's USSG
§1B1.13(b)(1)(C); (b)(5); (b)(6); (c); (d) and (e).

## CHARGES AND TIME SERVED

a.        On May 22nd, AD1997, Mr. Wyrick was sentenced to life imprisonment
after having been found guilty by a jury on Counts related to "Engaging in
continuing criminal enterprise causing intentional killing of individual" in
violation to 21 U.S.C. §848(e)(1)(A) & 2; "conspiracy to distribute marijuana,
a schedule I controlled substance," in violation to 21 U.S.C. §841(a)(1) and
841(b)(1)(A) and 846.

b.        Mr. Wyrick, has been incarcerated in connection with the instant
offense since May 26th, AD1995, having served over 31-years, 6-months as of
January 22nd, AD2026 (See, Sentence Monitoring Computation Data); he has sought
to improve himself to the utmost extent possible having earned dozens upon dozens
of certificates (See, Education Data Transcript), he has worked in dozens upon
dozens work detail at every facility he has been housed at (See, Inmate History
Work Detail). He has had a single disciplinary infraction which ocurred on AD2010
for "using mail withou authorization." (See, Inmate Discipline Data-Chronological
Disciplinary Record); he is not a risk to the safety of the community nor to others
and the BOP agrees as he has been moved from USP placement to LOW custody
placement being scored with 8-Custody points with a consideration to DECREASE
(See, Male Custody Classification Form). He is currently scored as a MINIMUM
risk of recidivism inmate in both his general and violent scores. (See, FSA
Recidivism Risk Assessment (PATTERN 01.03.00)).

## EXTRAORDINARY AND COMPELLING CIRCUMSTANCES WARRANTING RELIEF

a.        Mr. Wyrick presents two (2) circumstances which working in tandem with
his rehabilitation may serve to conform one extraordinary and compelling reason
warranting compassionate release. Such circumstances are consistent with the

Pg. 1 of 3

"OTHER REASONS" clause of PS5050.50, as well as they are consistent with the Sentencing Commission's current USSG §1B1.13(b), (c), (d) and (e) clauses.

b.        Mr. Wyrick asks Warden Emmerich to review this petition in light of the Supreme Court's holding in <u>Loper Bright Enterprises v. Raimondo</u>, 603 U.S. 369 (2024) which overturned <u>Chevron</u> deference. Thus, this petition should be reviewed under current law which governs this type of petitions and not by the agency's regulations which contravene current law.

1. MR. WYRICK MEDICAL CIRCUMSTANCES:

   A. Mr. Wyrick is about to turn 65-years-old. He suffers from high blood pressure, has problems with his prostate, suffers from Irritable Bowel Syndrome (IBS), rhinitus, and has cognitive problems which cause him to have memory loss. <u>See</u>, Medical Record.

   B. Relevant here, these conditions are proggressively deteriorating and require constant medical care/treatment.

   C. Compassionate release will afford Mr. Wyrick the meaningful opportunity to receive "specialized medical care" through the Veteran's Affairs health Services for the rest of his life. Thus, he will not be a burden to the government.

2. CHANGES IN LAW CIRCUMSTANCES:

   A. The Sentencing Commission has amended the Guideline which governs motions under 18 U.S.C. §3582(c)(1)(A), to wit, USSG §1B1.13.

   B. Under §1B1.13(b)(6), Mr. Wyrick has a meaningful opportunity to have his sentence being revised in light of President Trump's recent re-scheduling of marijuana from being a Schedule I controlled substance to now being a Schedule III substance, thus, it has been decriminalized.

   C. Accordingly, this meaningful change in law together with the Supreme Court's holding in <u>Concepcion v. United States</u>, 597 U.S. 481 (2022) will move the sentencing court to conduct an in camera review of Mr. Wyrick's sentence as such sentence can no longer support a life sentence.

   D. Under §1B1.13(c) and (e), however, the changes in law present in Mr. Wyrick's case may be considered for purposes of determining the extent of any such modification in sentence. Thus, compassionate release consideration is appropriate in Mr. Wyrick's case.

3. REHABILITATION OF THE DEFENDANT:

   A. USSG §1B1.13(d) provides that "rehabilitation of the defendant while serving the sentence may be considered in combination with other circumstances

Case 4:94-cr-00194-BP     Document 1152     Filed 05/18/26     Page 18 of 87

in determining whether and to what extent a reduction in the defendant's term of imprisonment is warranted."

B. As his prison record reflects, Mr. Wyrick is not a threat to society or to the community. He has taken advantage of every opportunity afforded to him by the BOP to continue bettering himself (Revisit, BOP documents referred above, at p.1).

## REENTRY PLAN

a. Ms. Theresa Gray, Mr. Wyrick's sister, has a firm and workable release plan in place for him. She and her husband, Mr. Clayton Gray, welcome Mr. Wyrick into their residence located at 705 Fir Street, Garden City, Missouri, 64747. Ms. Gray can be contacted at (816)738-1598.

b. Mr. Wyrick has also other form of support system in the form of other family and friends, all of which Ms. Gray may confirm. ALL of these support system are willing and ready to assist Mr. Wyrick for him to have a successful reentry into society.

c. Mr. Wyrick will seek VA health care protection. Thus, all of his medical needs will be covered and he will be afforded proper treatment to resolve his medical needs.

## CONCLUSION

a. WHEREFORE, given Mr. Wyrick's personal circumstances, he numbly asks Warden E. Emmerich to file for him a compassionate release motion on his behalf with his sentencing court.

Signed under penalty of perjury. 28 U.S.C. §1746; 18 U.S.C. §1621.

WYRICK, KEVEN L.
REG. NO. 08724-045

Pg. 3 of 3



January 29, 2026

Response to Inmate Request to Staff Member

Wyrick, Keven
Reg. No.: 08724-045

You requested a reduction in sentence (RIS) based on health concerns, changes in sentencing law, and your rehabilitation efforts. After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

Upon review of all information, a reduction in sentence would minimize the severity of your offense. Your request for a motion under 18 U.S.C. 3582(c)(1)(A) for compassionate release is denied.

E. Emmerich, Warden                    2.4.26
                                        Date

# EXHIBIT 2

# Bureau of Prisons
## Health Services
## Consultation Request

| | | |
|---|---|---|
| **Inmate Name:** WYRICK, KEVEN L | **Reg #:** 08724-045 | **Complex** ENG |
| **Date of Birth:** 05/17/1961 | **Sex:** M | |

**Consultation/Procedure Requested:** Audiology

**Subtype:** Offsite Appt

**Priority:** Routine

**Target Date:** 09/30/2025

**Reason for Request:**

Failed in house hearing test
Needs Audiology consult

**Medications (As of 05/06/2025)**

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT Exp: 06/26/2025 SIG: Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call)
Atorvastatin 10 MG Tab Exp: 06/26/2025 SIG: Take one tablet (10 MG) by mouth every night at bedtime for control of cholesterol
Finasteride 5 MG TAB Exp: 06/26/2025 SIG: Take one tablet (5 MG) by mouth at bedtime for prostate
hydroCHLOROthiazide 25 MG Tab Exp: 06/26/2025 SIG: Take one tablet (25 MG) by mouth each day for blood pressure and fluid
Mometasone Furoate Inhal 220 MCG/Inh [60 doses] Exp: 06/25/2025 SIG: Twist cap to activate and take 1 inhalation by mouth each day [1 device = 60 days]
Tamsulosin HCl 0.4 MG Cap Exp: 06/26/2025 SIG: Take two capsules (0.8 MG) by mouth each evening for prostate

**Allergies (As of 05/06/2025)**

No Known Allergies

**Health Problems (As of 05/06/2025)**

Other dental caries ICD-9 521.09, Hypertension, Benign Essential ICD-9 401.1, Retained dental root ICD-9 525.3, Dental caries extending into dentine ICD-9 521.02, Myopia ICD-9 367.1, Limited Oral Evaluation - Problem Focused ICD-9 D0140, Unspecified disorder of conjunctiva ICD-10 H119, Enlarged prostate with lower urinary tract symptoms (BPH) ICD-10 N401, Ventral hernia ICD-10 K439, Pain in unspecified hand ICD-10 M79643, Hyperlipidemia, unspecified ICD-10 E785, Unspecified hereditary corneal dystrophies, unspecified eye ICD-10 H18509, Prediabetes ICD-10 R7303, Tinnitus ICD-10 H9319, Unspecified hearing loss ICD-10 H9190

**Inmate Requires Translator:** No          **Language:**

**Additional Records Required:**

**Comments:**

**Requested By:** Daya, Jennifer (MOUD) PA-C

**Ordered Date:** 03/24/2025 11:16

**Scheduled Target Date:** 09/30/2025 00:00

**Level of Care:** Medically Necessary - Non-Emergent

FORM 291

# BAPTIST MEDICAL CENTER
## KANSAS CITY, MISSOURI

G. E. STAAB, M.D.     R. R. MacDONALD, M.D.     C. B. McCLURE, M.D.     M. S. REINSEL, M.D.     D. L. NELSON, M.D.

CLINICAL DATA:     PROBLEMS WITH SHORT AND LONG-TERM MEMORY

CT HEAD, COMPLETE:

Pre and postcontrast injection scanning was performed.  Thin
axial sectioning was done through the base following
administration of contrast.

FINDINGS:

No region of abnormal enhancement is seen.  There is no evidence
of superficial cerebral atrophy.  The ventricles are normal in
size and are in the midline.

A focal area of low brain density paralleling that of
cerebrospinal fluid is seen posteriorly and laterally in the
right basal ganglia.  This abnormal focus most likely represents
the site of an old small lacunar brain infarct.

CONCLUSION:

THE FINDINGS ARE CONSISTENT WITH A SMALL RIGHT BASAL GANGLIA
LACUNAR INFARCT.  MR IMAGING IS SUGGESTED TO DETERMINE WHETHER
ADDITIONAL MORE SUBTLE ABNORMALITIES SUCH AS SHEAR INJURY ARE
PRESENT.

GERALD E. STAAB, M.D./dlc

---

## RADIOLOGY CONSULTATION

CHART

D 06/04/94   T 06/04/94      NAME: WYRICK, KEVIN

EXAM DATE: 04 JUN 94                DOCTOR: POPPA          RM. NO.    OP

CCT. NO./X-RAY NO.: 1354258/381083     DOCU NAME: WYRICK     DOB: 05-17-61   SEX: M

# EXHIBIT 3

# Table 13

## SENTENCE TYPE BY TYPE OF CRIME[1]
### Fiscal Year 2022

| TYPE OF CRIME | TOTAL | TOTAL RECEIVING IMPRISONMENT | | Prison Only | | Prison and Alternatives[2] | | TOTAL RECEIVING PROBATION | | Probation and Alternatives[2] | | Probation Only | | TOTAL RECEIVING FINE ONLY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| TOTAL | 64,142 | 59,070 | 92.1 | 57,106 | 89.0 | 1,964 | 3.1 | 4,738 | 7.4 | 1,002 | 1.6 | 3,736 | 5.8 | 334 | 0.5 |
| Administration of Justice | 652 | 473 | 72.5 | 441 | 67.6 | 32 | 4.9 | 173 | 26.5 | 29 | 4.4 | 144 | 22.1 | 6 | 0.9 |
| Antitrust | 8 | 3 | 37.5 | 3 | 37.5 | 0 | 0.0 | 5 | 62.5 | 0 | 0.0 | 5 | 62.5 | 0 | 0.0 |
| Arson | 106 | 99 | 93.4 | 96 | 90.6 | 3 | 2.8 | 7 | 6.6 | 1 | 0.9 | 6 | 5.7 | 0 | 0.0 |
| Assault | 850 | 791 | 93.1 | 765 | 90.0 | 26 | 3.1 | 51 | 6.0 | 6 | 0.7 | 45 | 5.3 | 8 | 0.9 |
| Bribery/Corruption | 360 | 277 | 76.9 | 258 | 71.7 | 19 | 5.3 | 83 | 23.1 | 25 | 6.9 | 58 | 16.1 | 0 | 0.0 |
| Burglary/Trespass | 112 | 83 | 74.1 | 83 | 74.1 | 0 | 0.0 | 29 | 25.9 | 10 | 8.9 | 19 | 17.0 | 0 | 0.0 |
| Child Pornography | 1,435 | 1,417 | 98.7 | 1,390 | 96.9 | 27 | 1.9 | 18 | 1.3 | 5 | 0.3 | 13 | 0.9 | 0 | 0.0 |
| Commercialized Vice | 73 | 53 | 72.6 | 51 | 69.9 | 2 | 2.7 | 20 | 27.4 | 3 | 4.1 | 17 | 23.3 | 0 | 0.0 |
| Drug Possession | 296 | 124 | 41.9 | 123 | 41.6 | 1 | 0.3 | 91 | 30.7 | 4 | 1.4 | 87 | 29.4 | 81 | 27.4 |
| Drug Trafficking | 19,938 | 19,261 | 96.6 | 18,493 | 92.8 | 768 | 3.9 | 673 | 3.4 | 131 | 0.7 | 542 | 2.7 | 4 | 0.0 |
| Environmental | 153 | 47 | 30.7 | 44 | 28.8 | 3 | 2.0 | 101 | 66.0 | 14 | 9.2 | 87 | 56.9 | 5 | 3.3 |
| Extortion/Racketeering | 121 | 102 | 84.3 | 96 | 79.3 | 6 | 5.0 | 18 | 14.9 | 4 | 3.3 | 14 | 11.6 | 1 | 0.8 |
| Firearms | 9,318 | 8,775 | 94.2 | 8,551 | 91.8 | 224 | 2.4 | 542 | 5.8 | 130 | 1.4 | 412 | 4.4 | 1 | 0.0 |
| Food and Drug | 40 | 24 | 60.0 | 22 | 55.0 | 2 | 5.0 | 16 | 40.0 | 0 | 0.0 | 16 | 40.0 | 0 | 0.0 |
| Forgery/Counter/Copyright | 111 | 86 | 77.5 | 79 | 71.2 | 7 | 6.3 | 25 | 22.5 | 8 | 7.2 | 17 | 15.3 | 0 | 0.0 |
| Fraud/Theft/Embezzlement | 5,520 | 4,194 | 76.0 | 3,910 | 70.8 | 284 | 5.1 | 1,285 | 23.3 | 302 | 5.5 | 983 | 17.8 | 41 | 0.7 |
| Immigration | 17,652 | 16,891 | 95.7 | 16,562 | 93.8 | 329 | 1.9 | 760 | 4.3 | 192 | 1.1 | 568 | 3.2 | 1 | 0.0 |
| Individual Rights | 92 | 60 | 65.2 | 59 | 64.1 | 1 | 1.1 | 30 | 32.6 | 1 | 1.1 | 29 | 31.5 | 2 | 2.2 |
| Kidnapping | 128 | 124 | 96.9 | 122 | 95.3 | 2 | 1.6 | 4 | 3.1 | 1 | 0.8 | 3 | 2.3 | 0 | 0.0 |
| Manslaughter | 80 | 78 | 97.5 | 70 | 87.5 | 8 | 10.0 | 2 | 2.5 | 0 | 0.0 | 2 | 2.5 | 0 | 0.0 |
| Money Laundering | 1,192 | 1,039 | 87.2 | 1,006 | 84.4 | 33 | 2.8 | 152 | 12.8 | 47 | 3.9 | 105 | 8.8 | 1 | 0.1 |
| Murder | 410 | 409 | 99.8 | 404 | 98.5 | 5 | 1.2 | 1 | 0.2 | 0 | 0.0 | 1 | 0.2 | 0 | 0.0 |
| National Defense | 180 | 138 | 76.7 | 130 | 72.2 | 8 | 4.4 | 25 | 13.9 | 7 | 3.9 | 18 | 10.0 | 17 | 9.4 |
| Obscenity/Other Sex Offenses | 344 | 324 | 94.2 | 295 | 85.8 | 29 | 8.4 | 20 | 5.8 | 5 | 1.5 | 15 | 4.4 | 0 | 0.0 |
| Prison Offenses | 499 | 479 | 96.0 | 458 | 91.8 | 21 | 4.2 | 19 | 3.8 | 2 | 0.4 | 17 | 3.4 | 1 | 0.2 |
| Robbery | 1,444 | 1,422 | 98.5 | 1,381 | 95.6 | 41 | 2.8 | 22 | 1.5 | 6 | 0.4 | 16 | 1.1 | 0 | 0.0 |
| Sexual Abuse | 1,499 | 1,492 | 99.5 | 1,463 | 97.6 | 29 | 1.9 | 6 | 0.4 | 1 | 0.1 | 5 | 0.3 | 1 | 0.1 |
| Stalking/Harassing | 266 | 233 | 87.6 | 216 | 81.2 | 17 | 6.4 | 33 | 12.4 | 10 | 3.8 | 23 | 8.6 | 0 | 0.0 |
| Tax | 496 | 302 | 60.9 | 279 | 56.3 | 23 | 4.6 | 192 | 38.7 | 40 | 8.1 | 152 | 30.6 | 2 | 0.4 |
| Other | 767 | 270 | 35.2 | 256 | 33.4 | 14 | 1.8 | 335 | 43.7 | 18 | 2.3 | 317 | 41.3 | 162 | 21.1 |

[1] Descriptions of variables used in this table are provided in Appendix A.

[2] Alternatives include all cases in which offenders received conditions of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

## Table 15

### SENTENCE IMPOSED BY TYPE OF CRIME[1]
### Fiscal Year 2022

| TYPE OF CRIME | SENTENCE LENGTH[2] | | | LENGTH OF IMPRISONMENT[3] | | |
|---|---|---|---|---|---|---|
| | Mean Months | Median Months | N | Mean Months | Median Months | N |
| **TOTAL** | **51** | **26** | **64,141** | **56** | **30** | **59,068** |
| **Administration of Justice** | 12 | 8 | 651 | 16 | 12 | 472 |
| **Antitrust** | 5 | 0 | 8 | 12 | 15 | 3 |
| **Arson** | 45 | 42 | 106 | 48 | 48 | 99 |
| **Assault** | 64 | 42 | 850 | 69 | 46 | 791 |
| **Bribery/Corruption** | 19 | 12 | 360 | 24 | 17 | 277 |
| **Burglary/Trespass** | 18 | 10 | 112 | 25 | 18 | 83 |
| **Child Pornography** | 110 | 96 | 1,435 | 111 | 96 | 1,417 |
| **Commercialized Vice** | 24 | 16 | 73 | 33 | 20 | 53 |
| **Drug Possession** | 2 | 0 | 296 | 6 | 0 | 124 |
| **Drug Trafficking** | 78 | 60 | 19,938 | 80 | 60 | 19,260 |
| **Environmental** | 4 | 0 | 153 | 10 | 7 | 47 |
| **Extortion/Racketeering** | 61 | 27 | 121 | 72 | 33 | 102 |
| **Firearms** | 49 | 39 | 9,318 | 52 | 41 | 8,775 |
| **Food and Drug** | 11 | 0 | 40 | 19 | 10 | 24 |
| **Forgery/Counter/Copyright** | 16 | 12 | 111 | 19 | 18 | 86 |
| **Fraud/Theft/Embezzlement** | 22 | 12 | 5,520 | 28 | 21 | 4,194 |
| **Immigration** | 12 | 8 | 17,652 | 13 | 9 | 16,891 |
| **Individual Rights** | 41 | 18 | 92 | 63 | 36 | 60 |
| **Kidnapping** | 184 | 160 | 128 | 190 | 168 | 124 |
| **Manslaughter** | 86 | 68 | 80 | 88 | 74 | 78 |
| **Money Laundering** | 61 | 33 | 1,192 | 69 | 41 | 1,039 |
| **Murder** | 261 | 240 | 410 | 261 | 240 | 409 |
| **National Defense** | 35 | 15 | 180 | 46 | 30 | 138 |
| **Obscenity/Other Sex Offenses** | 22 | 18 | 344 | 23 | 18 | 324 |
| **Prison Offenses** | 12 | 9 | 499 | 12 | 9 | 479 |
| **Robbery** | 106 | 96 | 1,444 | 107 | 96 | 1,422 |
| **Sexual Abuse** | 207 | 180 | 1,499 | 208 | 180 | 1,492 |
| **Stalking/Harassing** | 26 | 18 | 266 | 30 | 24 | 233 |
| **Tax** | 14 | 9 | 496 | 21 | 14 | 302 |
| **Other** | 3 | 0 | 767 | 7 | 1 | 270 |

[1] Of the 64,142 cases, one was excluded due to missing or indeterminable sentencing information. Sentences of 470 months or greater (including life) were included in the sentence average computations as 470 months. Descriptions of variables used in this table are provided in Appendix A.

[2] Sentences of probation only are included here as zero months of imprisonment. In addition, the information presented in this column includes conditions of confinement as described in USSG §5C1.1.

[3] Length of imprisonment does not include probation or any conditions of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

Case 4:94-cr-00194-BP Document 1152 Filed 05/18/26 Page 26 of 87

# Table 27

## SENTENCE LENGTH IN EACH CRIMINAL HISTORY CATEGORY BY TYPE OF CRIME[1]
### Fiscal Year 2022

| TYPE OF CRIME | TOTAL Mean Mths | Median Mths | N | I Mean Mths | Median Mths | N | II Mean Mths | Median Mths | N | III Mean Mths | Median Mths | N | IV Mean Mths | Median Mths | N | V Mean Mths | Median Mths | N | VI Mean Mths | Median Mths | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 52 | 27 | 63,763 | 40 | 14 | 26,377 | 38 | 14 | 8,817 | 49 | 24 | 10,866 | 60 | 37 | 6,580 | 74 | 51 | 4,250 | 98 | 77 | 6,873 |
| Administration of Justice | 12 | 8 | 647 | 9 | 4 | 415 | 13 | 10 | 53 | 13 | 8 | 71 | 16 | 18 | 31 | 20 | 18 | 35 | 32 | 30 | 42 |
| Antitrust | 5 | 0 | 8 | 5 | 0 | 7 | -- | -- | 0 | -- | -- | 1 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Arson | 45 | 42 | 106 | 34 | 27 | 53 | 55 | 44 | 12 | 43 | 30 | 17 | 59 | 60 | 10 | 60 | 60 | 3 | 76 | 76 | 11 |
| Assault | 65 | 43 | 833 | 40 | 24 | 292 | 51 | 36 | 93 | 74 | 42 | 147 | 75 | 60 | 100 | 87 | 68 | 72 | 102 | 84 | 129 |
| Bribery/Corruption | 19 | 12 | 360 | 18 | 12 | 327 | 40 | 36 | 9 | 22 | 20 | 12 | 9 | 4 | 4 | -- | -- | 2 | 48 | 41 | 6 |
| Burglary/Trespass | 19 | 11 | 111 | 5 | 2 | 47 | 23 | 7 | 10 | 15 | 18 | 17 | 22 | 21 | 8 | 28 | 30 | 13 | 51 | 33 | 16 |
| Child Pornography | 110 | 96 | 1,435 | 96 | 78 | 1,016 | 134 | 120 | 126 | 136 | 120 | 190 | 162 | 144 | 51 | 191 | 166 | 28 | 158 | 145 | 24 |
| Commercialized Vice | 24 | 16 | 73 | 19 | 13 | 42 | 47 | 18 | 7 | 20 | 14 | 12 | 31 | 27 | 3 | -- | -- | 1 | 41 | 37 | 8 |
| Drug Possession | 3 | 0 | 260 | 0 | 0 | 159 | 2 | 0 | 28 | 2 | 0 | 26 | 7 | 0 | 13 | 1 | 0 | 8 | 15 | 2 | 26 |
| Drug Trafficking | 78 | 60 | 19,930 | 54 | 37 | 8,294 | 70 | 60 | 2,340 | 81 | 65 | 3,052 | 94 | 84 | 1,963 | 106 | 92 | 1,342 | 126 | 120 | 2,939 |
| Environmental | 4 | 0 | 145 | 4 | 0 | 121 | 4 | 0 | 15 | 4 | 2 | 7 | -- | -- | 1 | -- | -- | 1 | -- | -- | 0 |
| Extortion/Racketeering | 44 | 24 | 112 | 24 | 5 | 60 | 17 | 10 | 11 | 68 | 30 | 15 | 49 | 45 | 8 | 86 | 23 | 4 | 107 | 61 | 14 |
| Firearms | 49 | 37 | 9,240 | 22 | 14 | 1,370 | 31 | 27 | 818 | 38 | 32 | 1,856 | 48 | 42 | 1,781 | 58 | 48 | 1,305 | 76 | 63 | 2,110 |
| Food and Drug | 12 | 4 | 37 | 9 | 0 | 33 | 37 | 48 | 3 | -- | -- | 0 | -- | -- | 0 | -- | -- | 1 | -- | -- | 0 |
| Forgery/Counter/Copyright | 16 | 12 | 111 | 7 | 0 | 43 | 9 | 8 | 12 | 12 | 9 | 15 | 22 | 25 | 12 | 26 | 23 | 10 | 34 | 31 | 19 |
| Fraud/Theft/Embezzlement | 22 | 12 | 5,456 | 19 | 10 | 3,850 | 22 | 14 | 446 | 27 | 19 | 508 | 35 | 26 | 224 | 34 | 24 | 155 | 35 | 30 | 273 |
| Immigration | 12 | 8 | 17,615 | 7 | 4 | 6,390 | 10 | 8 | 4,138 | 14 | 12 | 3,968 | 21 | 18 | 1,792 | 29 | 27 | 829 | 35 | 30 | 498 |
| Individual Rights | 41 | 18 | 91 | 41 | 20 | 82 | 100 | 0 | 3 | -- | -- | 2 | -- | -- | 0 | 10 | 3 | 3 | -- | -- | 1 |
| Kidnapping | 182 | 160 | 127 | 144 | 120 | 42 | 139 | 120 | 17 | 180 | 186 | 17 | 178 | 168 | 13 | 198 | 210 | 13 | 271 | 235 | 25 |
| Manslaughter | 86 | 68 | 80 | 68 | 60 | 47 | 94 | 87 | 8 | 120 | 97 | 12 | 87 | 87 | 6 | -- | -- | 2 | 176 | 180 | 5 |
| Money Laundering | 61 | 33 | 1,191 | 41 | 24 | 844 | 73 | 51 | 114 | 104 | 72 | 125 | 137 | 99 | 48 | 129 | 108 | 23 | 191 | 180 | 37 |
| Murder | 260 | 240 | 408 | 258 | 221 | 152 | 266 | 240 | 54 | 254 | 216 | 77 | 224 | 192 | 39 | 287 | 270 | 28 | 279 | 300 | 58 |
| National Defense | 37 | 17 | 174 | 20 | 12 | 133 | 29 | 34 | 12 | 47 | 40 | 9 | -- | -- | 1 | -- | -- | 0 | 155 | 180 | 19 |
| Obscenity/Other Sex Offenses | 22 | 18 | 342 | 24 | 15 | 45 | 21 | 12 | 42 | 17 | 13 | 91 | 18 | 17 | 58 | 27 | 27 | 48 | 27 | 25 | 58 |
| Prison Offenses | 12 | 9 | 499 | 5 | 2 | 28 | 4 | 2 | 9 | 5 | 4 | 102 | 11 | 8 | 105 | 14 | 12 | 86 | 17 | 15 | 169 |
| Robbery | 106 | 96 | 1,443 | 81 | 65 | 369 | 96 | 84 | 171 | 104 | 90 | 280 | 114 | 108 | 197 | 119 | 102 | 135 | 133 | 120 | 291 |
| Sexual Abuse | 207 | 180 | 1,499 | 198 | 180 | 1,006 | 201 | 180 | 151 | 212 | 180 | 139 | 211 | 204 | 73 | 268 | 262 | 79 | 284 | 240 | 51 |
| Stalking/Harassing | 27 | 18 | 265 | 21 | 16 | 133 | 27 | 20 | 41 | 25 | 17 | 29 | 25 | 24 | 19 | 31 | 21 | 14 | 51 | 51 | 29 |
| Tax | 14 | 9 | 496 | 13 | 7 | 424 | 19 | 12 | 38 | 15 | 15 | 20 | 25 | 29 | 4 | 13 | 18 | 3 | 26 | 12 | 7 |
| Other | 3 | 0 | 669 | 2 | 0 | 553 | 3 | 0 | 36 | 5 | 1 | 49 | 4 | 4 | 16 | 13 | 12 | 7 | 30 | 21 | 8 |

[1] Of the 64,142 cases, 379 cases were excluded due to one of the following reasons: missing Criminal History Category (378) or missing or indeterminable sentencing information (1). Sentences of 470 months or greater (including life) and probation were included in the sentence average computations as 470 months and zero months, respectively. The information in this table includes conditions of confinement as described in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

Case 4:94-cr-00194-BP    Document 1152    Filed 05/18/26    Page 27 of 87

# Table 28

## LENGTH OF IMPRISONMENT BY CRIMINAL HISTORY CATEGORY AND TYPE OF CRIME[1]
### Fiscal Year 2022

| TYPE OF CRIME | TOTAL | | | CRIMINAL HISTORY CATEGORY | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | I | | | II | | | III | | | IV | | | V | | | VI | | |
| | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N |
| TOTAL | 56 | 30 | 58,815 | 46 | 24 | 22,366 | 40 | 15 | 8,420 | 50 | 24 | 10,538 | 61 | 40 | 6,481 | 75 | 51 | 4,190 | 99 | 77 | 6,820 |
| Administration of Justice | 16 | 12 | 469 | 13 | 9 | 258 | 14 | 12 | 45 | 16 | 12 | 60 | 16 | 18 | 30 | 20 | 18 | 34 | 32 | 30 | 42 |
| Antitrust | 12 | 15 | 3 | 12 | 15 | 3 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Arson | 48 | 48 | 99 | 38 | 35 | 46 | 55 | 44 | 12 | 43 | 30 | 17 | 59 | 60 | 10 | 60 | 60 | 3 | 76 | 72 | 11 |
| Assault | 69 | 46 | 782 | 46 | 27 | 255 | 57 | 42 | 84 | 76 | 42 | 143 | 76 | 60 | 99 | 87 | 68 | 72 | 102 | 84 | 129 |
| Bribery/Corruption | 24 | 17 | 277 | 23 | 15 | 246 | 45 | 39 | 8 | 23 | 21 | 11 | 8 | 2 | 4 | -- | -- | 2 | 48 | 41 | 6 |
| Burglary/Trespass | 25 | 18 | 82 | 9 | 5 | 26 | 43 | 14 | 5 | 16 | 19 | 15 | 22 | 21 | 8 | 30 | 31 | 12 | 51 | 33 | 16 |
| Child Pornography | 111 | 96 | 1,417 | 98 | 78 | 1,000 | 135 | 120 | 125 | 136 | 120 | 189 | 162 | 144 | 51 | 191 | 166 | 28 | 158 | 145 | 24 |
| Commercialized Vice | 33 | 20 | 53 | 31 | 18 | 25 | 65 | 60 | 5 | 22 | 15 | 11 | 31 | 27 | 3 | -- | -- | 1 | 41 | 37 | 8 |
| Drug Possession | 6 | 0 | 105 | 2 | 0 | 36 | 3 | 0 | 17 | 3 | 0 | 16 | 13 | 1 | 7 | 2 | 0 | 6 | 17 | 7 | 23 |
| Drug Trafficking | 80 | 60 | 19,254 | 56 | 42 | 7,833 | 72 | 60 | 2,243 | 82 | 66 | 2,990 | 95 | 84 | 1,936 | 107 | 96 | 1,328 | 126 | 120 | 2,924 |
| Environmental | 10 | 7 | 47 | 10 | 7 | 40 | 12 | 8 | 4 | 9 | 11 | 3 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Extortion/Racketeering | 52 | 30 | 93 | 33 | 21 | 43 | 17 | 2 | 9 | 68 | 30 | 15 | 49 | 45 | 8 | 86 | 23 | 4 | 107 | 61 | 14 |
| Firearms | 51 | 41 | 8,698 | 28 | 21 | 1,030 | 33 | 27 | 756 | 40 | 33 | 1,778 | 49 | 42 | 1,749 | 58 | 50 | 1,287 | 77 | 63 | 2,098 |
| Food and Drug | 19 | 10 | 24 | 14 | 7 | 20 | 37 | 48 | 3 | -- | -- | 0 | -- | -- | 0 | -- | -- | 1 | -- | -- | 0 |
| Forgery/Counter/Copyright | 19 | 18 | 86 | 10 | 8 | 27 | 9 | 9 | 10 | 14 | 15 | 12 | 25 | 26 | 10 | 27 | 34 | 9 | 35 | 32 | 18 |
| Fraud/Theft/Embezzlement | 28 | 21 | 4,157 | 26 | 18 | 2,744 | 26 | 20 | 362 | 31 | 24 | 437 | 36 | 27 | 211 | 36 | 27 | 146 | 37 | 30 | 257 |
| Immigration | 13 | 9 | 16,854 | 7 | 4 | 5,738 | 10 | 8 | 4,082 | 14 | 12 | 3,927 | 21 | 18 | 1,785 | 29 | 27 | 825 | 35 | 30 | 497 |
| Individual Rights | 63 | 36 | 60 | 60 | 36 | 56 | -- | -- | 1 | -- | -- | 1 | -- | -- | 0 | -- | -- | 1 | -- | -- | 1 |
| Kidnapping | 188 | 168 | 123 | 159 | 121 | 38 | 139 | 120 | 17 | 180 | 186 | 17 | 178 | 168 | 13 | 198 | 210 | 13 | 271 | 235 | 25 |
| Manslaughter | 88 | 74 | 78 | 71 | 60 | 45 | 94 | 87 | 8 | 120 | 97 | 12 | 87 | 87 | 6 | -- | -- | 2 | 176 | 180 | 5 |
| Money Laundering | 69 | 41 | 1,038 | 49 | 30 | 702 | 78 | 57 | 107 | 107 | 78 | 121 | 137 | 99 | 48 | 129 | 108 | 23 | 191 | 180 | 37 |
| Murder | 260 | 240 | 407 | 258 | 221 | 152 | 266 | 240 | 54 | 254 | 216 | 77 | 224 | 192 | 39 | 287 | 270 | 28 | 284 | 300 | 57 |
| National Defense | 46 | 30 | 136 | 26 | 24 | 97 | 35 | 40 | 10 | 47 | 40 | 9 | -- | -- | 1 | -- | -- | 0 | 155 | 180 | 19 |
| Obscenity/Other Sex Offenses | 23 | 18 | 324 | 29 | 18 | 38 | 22 | 12 | 39 | 18 | 13 | 87 | 17 | 16 | 56 | 27 | 27 | 47 | 28 | 25 | 57 |
| Prison Offenses | 12 | 9 | 479 | 8 | 6 | 15 | 4 | 2 | 9 | 6 | 4 | 100 | 11 | 8 | 104 | 13 | 12 | 84 | 18 | 15 | 167 |
| Robbery | 107 | 96 | 1,421 | 84 | 72 | 352 | 97 | 84 | 169 | 105 | 90 | 278 | 113 | 108 | 197 | 120 | 103 | 134 | 133 | 120 | 291 |
| Sexual Abuse | 208 | 180 | 1,492 | 199 | 180 | 999 | 200 | 180 | 151 | 212 | 180 | 139 | 211 | 204 | 73 | 268 | 262 | 79 | 284 | 240 | 51 |
| Stalking/Harassing | 30 | 24 | 232 | 26 | 20 | 104 | 28 | 21 | 38 | 24 | 15 | 29 | 26 | 24 | 18 | 31 | 21 | 14 | 51 | 51 | 29 |
| Tax | 21 | 14 | 302 | 20 | 13 | 248 | 24 | 15 | 30 | 22 | 20 | 13 | 29 | 30 | 3 | -- | -- | 2 | 30 | 24 | 6 |
| Other | 8 | 2 | 223 | 7 | 1 | 150 | 6 | 2 | 17 | 7 | 5 | 31 | 5 | 5 | 12 | 15 | 12 | 5 | 30 | 21 | 8 |

[1] Of the 64,142 cases, 4,738 with zero months of prison ordered were excluded. In addition, 589 cases were excluded due to one or both of the following reasons: missing Criminal History Category (305) or missing or indeterminable sentencing information (336). Sentences of 470 months or greater (including life) were included in the sentence average computations as 470 months. The information in this table does not include conditions of confinement as described in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

**Figure D-3**

## SENTENCE LENGTH OF DRUG TRAFFICKING OFFENDERS
## BY MAJOR DRUG TYPE[1]
### Fiscal Year 2022



[1] Of the 64,142 cases, in 20,037 the offender was sentenced under USSG Chapter Two, Part D (Drugs). Of these, 19,851 offenders were sentenced under §§2D1.1 (Drug Trafficking), 2D1.2 (Protected Locations), 2D1.5 (Continuing Criminal Enterprise), 2D1.6 (Use of a Communication Facility), 2D1.8 (Rent/Manage Drug Establishment), 2D1.10 (Endangering Human Life While Manufacturing), or 2D1.14 (Narco-Terrorism). Sentences of 470 months or greater (including life) and probation were included in the sentence average computations as 470 months and zero months, respectively. The information in this figure includes conditions of confinement as described in USSG §5C1.1. Italicized numbers depict median values and the bolded numbers at the end of the bar indicate average values. Descriptions of variables used in this figure are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

**Figure D-5**

## SENTENCE LENGTH OF DRUG TRAFFICKING OFFENDERS BY MAJOR DRUG TYPE OVER TIME[1]
### Fiscal Years 2013 - 2022



[1] Only offenders sentenced under §§2D1.1 (Drug Trafficking), 2D1.2 (Protected Locations), 2D1.5 (Continuing Criminal Enterprise), 2D1.6 (Use of a Communication Facility), 2D1.8 (Rent/Manage Drug Establishment), 2D1.10 (Endangering Human Life While Manufacturing), or 2D1.14 (Narco-Terrorism) are depicted in this figure. Sentences of 470 months or greater (including life) and probation were included in the sentence average computations as 470 months and zero months, respectively. The information in this figure includes conditions of confinement as described in USSG §5C1.1. Cases missing drug type or sentencing information were also excluded. Descriptions of variables used in this figure are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2013 - 2022 Datafiles, USSCFY13 - USSCFY22.

Case 4:94-cr-00194-BP    Document 1152    Filed 05/18/26    Page 30 of 87

# Table 13

## SENTENCE TYPE BY TYPE OF CRIME[1]
### Fiscal Year 2022

| TYPE OF CRIME | TOTAL | TOTAL RECEIVING IMPRISONMENT | | Prison Only | | Prison and Alternatives[2] | | TOTAL RECEIVING PROBATION | | Probation and Alternatives[2] | | Probation Only | | TOTAL RECEIVING FINE ONLY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| TOTAL | 64,142 | 59,070 | 92.1 | 57,106 | 89.0 | 1,964 | 3.1 | 4,738 | 7.4 | 1,002 | 1.6 | 3,736 | 5.8 | 334 | 0.5 |
| Administration of Justice | 652 | 473 | 72.5 | 441 | 67.6 | 32 | 4.9 | 173 | 26.5 | 29 | 4.4 | 144 | 22.1 | 6 | 0.9 |
| Antitrust | 8 | 3 | 37.5 | 3 | 37.5 | 0 | 0.0 | 5 | 62.5 | 0 | 0.0 | 5 | 62.5 | 0 | 0.0 |
| Arson | 106 | 99 | 93.4 | 96 | 90.6 | 3 | 2.8 | 7 | 6.6 | 1 | 0.9 | 6 | 5.7 | 0 | 0.0 |
| Assault | 850 | 791 | 93.1 | 765 | 90.0 | 26 | 3.1 | 51 | 6.0 | 6 | 0.7 | 45 | 5.3 | 8 | 0.9 |
| Bribery/Corruption | 360 | 277 | 76.9 | 258 | 71.7 | 19 | 5.3 | 83 | 23.1 | 25 | 6.9 | 58 | 16.1 | 0 | 0.0 |
| Burglary/Trespass | 112 | 83 | 74.1 | 83 | 74.1 | 0 | 0.0 | 29 | 25.9 | 10 | 8.9 | 19 | 17.0 | 0 | 0.0 |
| Child Pornography | 1,435 | 1,417 | 98.7 | 1,390 | 96.9 | 27 | 1.9 | 18 | 1.3 | 5 | 0.3 | 13 | 0.9 | 0 | 0.0 |
| Commercialized Vice | 73 | 53 | 72.6 | 51 | 69.9 | 2 | 2.7 | 20 | 27.4 | 3 | 4.1 | 17 | 23.3 | 0 | 0.0 |
| Drug Possession | 296 | 124 | 41.9 | 123 | 41.6 | 1 | 0.3 | 91 | 30.7 | 4 | 1.4 | 87 | 29.4 | 81 | 27.4 |
| Drug Trafficking | 19,938 | 19,261 | 96.6 | 18,493 | 92.8 | 768 | 3.9 | 673 | 3.4 | 131 | 0.7 | 542 | 2.7 | 4 | 0.0 |
| Environmental | 153 | 47 | 30.7 | 44 | 28.8 | 3 | 2.0 | 101 | 66.0 | 14 | 9.2 | 87 | 56.9 | 5 | 3.3 |
| Extortion/Racketeering | 121 | 102 | 84.3 | 96 | 79.3 | 6 | 5.0 | 18 | 14.9 | 4 | 3.3 | 14 | 11.6 | 1 | 0.8 |
| Firearms | 9,318 | 8,775 | 94.2 | 8,551 | 91.8 | 224 | 2.4 | 542 | 5.8 | 130 | 1.4 | 412 | 4.4 | 1 | 0.0 |
| Food and Drug | 40 | 24 | 60.0 | 22 | 55.0 | 2 | 5.0 | 16 | 40.0 | 0 | 0.0 | 16 | 40.0 | 0 | 0.0 |
| Forgery/Counter/Copyright | 111 | 86 | 77.5 | 79 | 71.2 | 7 | 6.3 | 25 | 22.5 | 8 | 7.2 | 17 | 15.3 | 0 | 0.0 |
| Fraud/Theft/Embezzlement | 5,520 | 4,194 | 76.0 | 3,910 | 70.8 | 284 | 5.1 | 1,285 | 23.3 | 302 | 5.5 | 983 | 17.8 | 41 | 0.7 |
| Immigration | 17,652 | 16,891 | 95.7 | 16,562 | 93.8 | 329 | 1.9 | 760 | 4.3 | 192 | 1.1 | 568 | 3.2 | 1 | 0.0 |
| Individual Rights | 92 | 60 | 65.2 | 59 | 64.1 | 1 | 1.1 | 30 | 32.6 | 1 | 1.1 | 29 | 31.5 | 2 | 2.2 |
| Kidnapping | 128 | 124 | 96.9 | 122 | 95.3 | 2 | 1.6 | 4 | 3.1 | 1 | 0.8 | 3 | 2.3 | 0 | 0.0 |
| Manslaughter | 80 | 78 | 97.5 | 70 | 87.5 | 8 | 10.0 | 2 | 2.5 | 0 | 0.0 | 2 | 2.5 | 0 | 0.0 |
| Money Laundering | 1,192 | 1,039 | 87.2 | 1,006 | 84.4 | 33 | 2.8 | 152 | 12.8 | 47 | 3.9 | 105 | 8.8 | 1 | 0.1 |
| Murder | 410 | 409 | 99.8 | 404 | 98.5 | 5 | 1.2 | 1 | 0.2 | 0 | 0.0 | 1 | 0.2 | 0 | 0.0 |
| National Defense | 180 | 138 | 76.7 | 130 | 72.2 | 8 | 4.4 | 25 | 13.9 | 7 | 3.9 | 18 | 10.0 | 17 | 9.4 |
| Obscenity/Other Sex Offenses | 344 | 324 | 94.2 | 295 | 85.8 | 29 | 8.4 | 20 | 5.8 | 5 | 1.5 | 15 | 4.4 | 0 | 0.0 |
| Prison Offenses | 499 | 479 | 96.0 | 458 | 91.8 | 21 | 4.2 | 19 | 3.8 | 2 | 0.4 | 17 | 3.4 | 1 | 0.2 |
| Robbery | 1,444 | 1,422 | 98.5 | 1,381 | 95.6 | 41 | 2.8 | 22 | 1.5 | 6 | 0.4 | 16 | 1.1 | 0 | 0.0 |
| Sexual Abuse | 1,499 | 1,492 | 99.5 | 1,463 | 97.6 | 29 | 1.9 | 6 | 0.4 | 1 | 0.1 | 5 | 0.3 | 1 | 0.1 |
| Stalking/Harassing | 266 | 233 | 87.6 | 216 | 81.2 | 17 | 6.4 | 33 | 12.4 | 10 | 3.8 | 23 | 8.6 | 0 | 0.0 |
| Tax | 496 | 302 | 60.9 | 279 | 56.3 | 23 | 4.6 | 192 | 38.7 | 40 | 8.1 | 152 | 30.6 | 2 | 0.4 |
| Other | 767 | 270 | 35.2 | 256 | 33.4 | 14 | 1.8 | 335 | 43.7 | 18 | 2.3 | 317 | 41.3 | 162 | 21.1 |

[1] Descriptions of variables used in this table are provided in Appendix A.

[2] Alternatives include all cases in which offenders received conditions of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

## Table 15

### SENTENCE IMPOSED BY TYPE OF CRIME[1]
### Fiscal Year 2022

| TYPE OF CRIME | SENTENCE LENGTH[2] | | | LENGTH OF IMPRISONMENT[3] | | |
|---|---|---|---|---|---|---|
| | Mean Months | Median Months | N | Mean Months | Median Months | N |
| TOTAL | 51 | 26 | 64,141 | 56 | 30 | 59,068 |
| Administration of Justice | 12 | 8 | 651 | 16 | 12 | 472 |
| Antitrust | 5 | 0 | 8 | 12 | 15 | 3 |
| Arson | 45 | 42 | 106 | 48 | 48 | 99 |
| Assault | 64 | 42 | 850 | 69 | 46 | 791 |
| Bribery/Corruption | 19 | 12 | 360 | 24 | 17 | 277 |
| Burglary/Trespass | 18 | 10 | 112 | 25 | 18 | 83 |
| Child Pornography | 110 | 96 | 1,435 | 111 | 96 | 1,417 |
| Commercialized Vice | 24 | 16 | 73 | 33 | 20 | 53 |
| Drug Possession | 2 | 0 | 296 | 6 | 0 | 124 |
| Drug Trafficking | 78 | 60 | 19,938 | 80 | 60 | 19,260 |
| Environmental | 4 | 0 | 153 | 10 | 7 | 47 |
| Extortion/Racketeering | 61 | 27 | 121 | 72 | 33 | 102 |
| Firearms | 49 | 39 | 9,318 | 52 | 41 | 8,775 |
| Food and Drug | 11 | 0 | 40 | 19 | 10 | 24 |
| Forgery/Counter/Copyright | 16 | 12 | 111 | 19 | 18 | 86 |
| Fraud/Theft/Embezzlement | 22 | 12 | 5,520 | 28 | 21 | 4,194 |
| Immigration | 12 | 8 | 17,652 | 13 | 9 | 16,891 |
| Individual Rights | 41 | 18 | 92 | 63 | 36 | 60 |
| Kidnapping | 184 | 160 | 128 | 190 | 168 | 124 |
| Manslaughter | 86 | 68 | 80 | 88 | 74 | 78 |
| Money Laundering | 61 | 33 | 1,192 | 69 | 41 | 1,039 |
| Murder | 261 | 240 | 410 | 261 | 240 | 409 |
| National Defense | 35 | 15 | 180 | 46 | 30 | 138 |
| Obscenity/Other Sex Offenses | 22 | 18 | 344 | 23 | 18 | 324 |
| Prison Offenses | 12 | 9 | 499 | 12 | 9 | 479 |
| Robbery | 106 | 96 | 1,444 | 107 | 96 | 1,422 |
| Sexual Abuse | 207 | 180 | 1,499 | 208 | 180 | 1,492 |
| Stalking/Harassing | 26 | 18 | 266 | 30 | 24 | 233 |
| Tax | 14 | 9 | 496 | 21 | 14 | 302 |
| Other | 3 | 0 | 767 | 7 | 1 | 270 |

[1] Of the 64,142 cases, one was excluded due to missing or indeterminable sentencing information. Sentences of 470 months or greater (including life) were included in the sentence average computations as 470 months. Descriptions of variables used in this table are provided in Appendix A.

[2] Sentences of probation only are included here as zero months of imprisonment. In addition, the information presented in this column includes conditions of confinement as described in USSG §5C1.1.

[3] Length of imprisonment does not include probation or any conditions of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

Case 4:94-cr-00194-BP    Document 1152    Filed 05/18/26    Page 32 of 87

# Table 27

## SENTENCE LENGTH IN EACH CRIMINAL HISTORY CATEGORY BY TYPE OF CRIME[1]
### Fiscal Year 2022

| TYPE OF CRIME | TOTAL Mean Mths | TOTAL Median Mths | TOTAL N | I Mean Mths | I Median Mths | I N | II Mean Mths | II Median Mths | II N | III Mean Mths | III Median Mths | III N | IV Mean Mths | IV Median Mths | IV N | V Mean Mths | V Median Mths | V N | VI Mean Mths | VI Median Mths | VI N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 52 | 27 | 63,763 | 40 | 14 | 26,377 | 38 | 14 | 8,817 | 49 | 24 | 10,866 | 60 | 37 | 6,580 | 74 | 51 | 4,250 | 98 | 77 | 6,873 |
| Administration of Justice | 12 | 8 | 647 | 9 | 4 | 415 | 13 | 10 | 53 | 13 | 8 | 71 | 16 | 18 | 31 | 20 | 18 | 35 | 32 | 30 | 42 |
| Antitrust | 5 | 0 | 8 | 5 | 0 | 7 | -- | -- | 0 | -- | -- | 1 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Arson | 45 | 42 | 106 | 34 | 27 | 53 | 55 | 44 | 12 | 43 | 30 | 17 | 59 | 60 | 10 | 60 | 60 | 3 | 76 | 76 | 11 |
| Assault | 65 | 43 | 833 | 40 | 24 | 292 | 51 | 36 | 93 | 74 | 42 | 147 | 75 | 60 | 100 | 87 | 68 | 72 | 102 | 84 | 129 |
| Bribery/Corruption | 19 | 12 | 360 | 18 | 12 | 327 | 40 | 36 | 9 | 22 | 20 | 12 | 9 | 4 | 4 | -- | -- | 2 | 48 | 41 | 6 |
| Burglary/Trespass | 19 | 11 | 111 | 5 | 2 | 47 | 23 | 7 | 10 | 15 | 18 | 17 | 22 | 21 | 8 | 28 | 30 | 13 | 51 | 33 | 16 |
| Child Pornography | 110 | 96 | 1,435 | 96 | 78 | 1,016 | 134 | 120 | 126 | 136 | 120 | 190 | 162 | 144 | 51 | 191 | 166 | 28 | 158 | 145 | 24 |
| Commercialized Vice | 24 | 16 | 73 | 19 | 13 | 42 | 47 | 18 | 7 | 20 | 14 | 12 | 31 | 27 | 3 | -- | -- | 1 | 41 | 37 | 8 |
| Drug Possession | 3 | 0 | 260 | 0 | 0 | 159 | 2 | 0 | 28 | 2 | 0 | 26 | 7 | 0 | 13 | 1 | 0 | 8 | 15 | 2 | 26 |
| Drug Trafficking | 78 | 60 | 19,930 | 54 | 37 | 8,294 | 70 | 60 | 2,340 | 81 | 65 | 3,052 | 94 | 84 | 1,963 | 106 | 92 | 1,342 | 126 | 120 | 2,939 |
| Environmental | 4 | 0 | 145 | 4 | 0 | 121 | 4 | 0 | 15 | 4 | 2 | 7 | -- | -- | 1 | -- | -- | 1 | -- | -- | 0 |
| Extortion/Racketeering | 44 | 24 | 112 | 24 | 5 | 60 | 17 | 10 | 11 | 68 | 30 | 15 | 49 | 45 | 8 | 86 | 23 | 4 | 107 | 61 | 14 |
| Firearms | 49 | 37 | 9,240 | 22 | 14 | 1,370 | 31 | 27 | 818 | 38 | 32 | 1,856 | 48 | 42 | 1,781 | 58 | 48 | 1,305 | 76 | 63 | 2,110 |
| Food and Drug | 12 | 4 | 37 | 9 | 0 | 33 | 37 | 48 | 3 | -- | -- | 0 | -- | -- | 0 | -- | -- | 1 | -- | -- | 0 |
| Forgery/Counter/Copyright | 16 | 12 | 111 | 7 | 0 | 43 | 9 | 8 | 12 | 12 | 9 | 15 | 22 | 25 | 12 | 26 | 23 | 10 | 34 | 31 | 19 |
| Fraud/Theft/Embezzlement | 22 | 12 | 5,456 | 19 | 10 | 3,850 | 22 | 14 | 446 | 27 | 19 | 508 | 35 | 26 | 224 | 34 | 24 | 155 | 35 | 30 | 273 |
| Immigration | 12 | 8 | 17,615 | 7 | 4 | 6,390 | 10 | 8 | 4,138 | 14 | 12 | 3,968 | 21 | 18 | 1,792 | 29 | 27 | 829 | 35 | 30 | 498 |
| Individual Rights | 41 | 18 | 91 | 41 | 20 | 82 | 100 | 0 | 3 | -- | -- | 2 | -- | -- | 0 | 10 | 3 | 3 | -- | -- | 1 |
| Kidnapping | 182 | 160 | 127 | 144 | 120 | 42 | 139 | 120 | 17 | 180 | 186 | 17 | 178 | 168 | 13 | 198 | 210 | 13 | 271 | 235 | 25 |
| Manslaughter | 86 | 68 | 80 | 68 | 60 | 47 | 94 | 87 | 8 | 120 | 97 | 12 | 87 | 87 | 6 | -- | -- | 2 | 176 | 180 | 5 |
| Money Laundering | 61 | 33 | 1,191 | 41 | 24 | 844 | 73 | 51 | 114 | 104 | 72 | 125 | 137 | 99 | 48 | 129 | 108 | 23 | 191 | 180 | 37 |
| Murder | 260 | 240 | 408 | 258 | 221 | 152 | 266 | 240 | 54 | 254 | 216 | 77 | 224 | 192 | 39 | 287 | 270 | 28 | 279 | 300 | 58 |
| National Defense | 37 | 17 | 174 | 20 | 12 | 133 | 29 | 34 | 12 | 47 | 40 | 9 | -- | -- | 1 | -- | -- | 0 | 155 | 180 | 19 |
| Obscenity/Other Sex Offenses | 22 | 18 | 342 | 24 | 15 | 45 | 21 | 12 | 42 | 17 | 13 | 91 | 18 | 17 | 58 | 27 | 27 | 48 | 27 | 25 | 58 |
| Prison Offenses | 12 | 9 | 499 | 5 | 2 | 28 | 4 | 2 | 9 | 5 | 4 | 102 | 11 | 8 | 105 | 14 | 12 | 86 | 17 | 15 | 169 |
| Robbery | 106 | 96 | 1,443 | 81 | 65 | 369 | 96 | 84 | 171 | 104 | 90 | 280 | 114 | 108 | 197 | 119 | 102 | 135 | 133 | 120 | 291 |
| Sexual Abuse | 207 | 180 | 1,499 | 198 | 180 | 1,006 | 201 | 180 | 151 | 212 | 180 | 139 | 211 | 204 | 73 | 268 | 262 | 79 | 284 | 240 | 51 |
| Stalking/Harassing | 27 | 18 | 265 | 21 | 16 | 133 | 27 | 20 | 41 | 25 | 17 | 29 | 25 | 24 | 19 | 31 | 21 | 14 | 51 | 51 | 29 |
| Tax | 14 | 9 | 496 | 13 | 7 | 424 | 19 | 12 | 38 | 15 | 15 | 20 | 25 | 29 | 4 | 13 | 18 | 3 | 26 | 12 | 7 |
| Other | 3 | 0 | 669 | 2 | 0 | 553 | 3 | 0 | 36 | 5 | 1 | 49 | 4 | 4 | 16 | 13 | 12 | 7 | 30 | 21 | 8 |

[1] Of the 64,142 cases, 379 cases were excluded due to one of the following reasons: missing Criminal History Category (378) or missing or indeterminable sentencing information (1). Sentences of 470 months or greater (including life) and probation were included in the sentence average computations as 470 months and zero months, respectively. The information in this table includes conditions of confinement as described in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

# Table 28

## LENGTH OF IMPRISONMENT BY CRIMINAL HISTORY CATEGORY AND TYPE OF CRIME[1]
### Fiscal Year 2022

| | TOTAL | | | CRIMINAL HISTORY CATEGORY | | | | | | | | | | | | | | | | | |
| | | | | I | | | II | | | III | | | IV | | | V | | | VI | | |
| TYPE OF CRIME | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 56 | 30 | 58,815 | 46 | 24 | 22,366 | 40 | 15 | 8,420 | 50 | 24 | 10,538 | 61 | 40 | 6,481 | 75 | 51 | 4,190 | 99 | 77 | 6,820 |
| Administration of Justice | 16 | 12 | 469 | 13 | 9 | 258 | 14 | 12 | 45 | 16 | 12 | 60 | 16 | 18 | 30 | 20 | 18 | 34 | 32 | 30 | 42 |
| Antitrust | 12 | 15 | 3 | 12 | 15 | 3 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Arson | 48 | 48 | 99 | 38 | 35 | 46 | 55 | 44 | 12 | 43 | 30 | 17 | 59 | 60 | 10 | 60 | 60 | 3 | 76 | 72 | 11 |
| Assault | 69 | 46 | 782 | 46 | 27 | 255 | 57 | 42 | 84 | 76 | 42 | 143 | 76 | 60 | 99 | 87 | 68 | 72 | 102 | 84 | 129 |
| Bribery/Corruption | 24 | 17 | 277 | 23 | 15 | 246 | 45 | 39 | 8 | 23 | 21 | 11 | 8 | 2 | 4 | -- | -- | 2 | 48 | 41 | 6 |
| Burglary/Trespass | 25 | 18 | 82 | 9 | 5 | 26 | 43 | 14 | 5 | 16 | 19 | 15 | 22 | 21 | 8 | 30 | 31 | 12 | 51 | 33 | 16 |
| Child Pornography | 111 | 96 | 1,417 | 98 | 78 | 1,000 | 135 | 120 | 125 | 136 | 120 | 189 | 162 | 144 | 51 | 191 | 166 | 28 | 158 | 145 | 24 |
| Commercialized Vice | 33 | 20 | 53 | 31 | 18 | 25 | 65 | 60 | 5 | 22 | 15 | 11 | 31 | 27 | 3 | -- | -- | 1 | 41 | 37 | 8 |
| Drug Possession | 6 | 0 | 105 | 2 | 0 | 36 | 3 | 0 | 17 | 3 | 0 | 16 | 13 | 1 | 7 | 2 | 0 | 6 | 17 | 7 | 23 |
| Drug Trafficking | 80 | 60 | 19,254 | 56 | 42 | 7,833 | 72 | 60 | 2,243 | 82 | 66 | 2,990 | 95 | 84 | 1,936 | 107 | 96 | 1,328 | 126 | 120 | 2,924 |
| Environmental | 10 | 7 | 47 | 10 | 7 | 40 | 12 | 8 | 4 | 9 | 11 | 3 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Extortion/Racketeering | 52 | 30 | 93 | 33 | 21 | 43 | 17 | 2 | 9 | 68 | 30 | 15 | 49 | 45 | 8 | 86 | 23 | 4 | 107 | 61 | 14 |
| Firearms | 51 | 41 | 8,698 | 28 | 21 | 1,030 | 33 | 27 | 756 | 40 | 33 | 1,778 | 49 | 42 | 1,749 | 58 | 50 | 1,287 | 77 | 63 | 2,098 |
| Food and Drug | 19 | 10 | 24 | 14 | 7 | 20 | 37 | 48 | 3 | -- | -- | 0 | -- | -- | 0 | -- | -- | 1 | -- | -- | 0 |
| Forgery/Counter/Copyright | 19 | 18 | 86 | 10 | 8 | 27 | 9 | 9 | 10 | 14 | 15 | 12 | 25 | 26 | 10 | 27 | 34 | 9 | 35 | 32 | 18 |
| Fraud/Theft/Embezzlement | 28 | 21 | 4,157 | 26 | 18 | 2,744 | 26 | 20 | 362 | 31 | 24 | 437 | 36 | 27 | 211 | 36 | 27 | 146 | 37 | 30 | 257 |
| Immigration | 13 | 9 | 16,854 | 7 | 4 | 5,738 | 10 | 8 | 4,082 | 14 | 12 | 3,927 | 21 | 18 | 1,785 | 29 | 27 | 825 | 35 | 30 | 497 |
| Individual Rights | 63 | 36 | 60 | 60 | 36 | 56 | -- | -- | 1 | -- | -- | 1 | -- | -- | 0 | -- | -- | 1 | -- | -- | 1 |
| Kidnapping | 188 | 168 | 123 | 159 | 121 | 38 | 139 | 120 | 17 | 180 | 186 | 17 | 178 | 168 | 13 | 198 | 210 | 13 | 271 | 235 | 25 |
| Manslaughter | 88 | 74 | 78 | 71 | 60 | 45 | 94 | 87 | 8 | 120 | 97 | 12 | 87 | 87 | 6 | -- | -- | 2 | 176 | 180 | 5 |
| Money Laundering | 69 | 41 | 1,038 | 49 | 30 | 702 | 78 | 57 | 107 | 107 | 78 | 121 | 137 | 99 | 48 | 129 | 108 | 23 | 191 | 180 | 37 |
| Murder | 260 | 240 | 407 | 258 | 221 | 152 | 266 | 240 | 54 | 254 | 216 | 77 | 224 | 192 | 39 | 287 | 270 | 28 | 284 | 300 | 57 |
| National Defense | 46 | 30 | 136 | 26 | 24 | 97 | 35 | 40 | 10 | 47 | 40 | 9 | -- | -- | 1 | -- | -- | 0 | 155 | 180 | 19 |
| Obscenity/Other Sex Offenses | 23 | 18 | 324 | 29 | 18 | 38 | 22 | 12 | 39 | 18 | 13 | 87 | 17 | 16 | 56 | 27 | 27 | 47 | 28 | 25 | 57 |
| Prison Offenses | 12 | 9 | 479 | 8 | 6 | 15 | 4 | 2 | 9 | 6 | 4 | 100 | 11 | 8 | 104 | 13 | 12 | 84 | 18 | 15 | 167 |
| Robbery | 107 | 96 | 1,421 | 84 | 72 | 352 | 97 | 84 | 169 | 105 | 90 | 278 | 113 | 108 | 197 | 120 | 103 | 134 | 133 | 120 | 291 |
| Sexual Abuse | 208 | 180 | 1,492 | 199 | 180 | 999 | 200 | 180 | 151 | 212 | 180 | 139 | 211 | 204 | 73 | 268 | 262 | 79 | 284 | 240 | 51 |
| Stalking/Harassing | 30 | 24 | 232 | 26 | 20 | 104 | 28 | 21 | 38 | 24 | 15 | 29 | 26 | 24 | 18 | 31 | 21 | 14 | 51 | 51 | 29 |
| Tax | 21 | 14 | 302 | 20 | 13 | 248 | 24 | 15 | 30 | 22 | 20 | 13 | 29 | 30 | 3 | -- | -- | 2 | 30 | 24 | 6 |
| Other | 8 | 2 | 223 | 7 | 1 | 150 | 6 | 2 | 17 | 7 | 5 | 31 | 5 | 5 | 12 | 15 | 12 | 5 | 30 | 21 | 8 |

[1] Of the 64,142 cases, 4,738 with zero months of prison ordered were excluded. In addition, 589 cases were excluded due to one or both of the following reasons: missing Criminal History Category (305) or missing or indeterminable sentencing information (336). Sentences of 470 months or greater (including life) were included in the sentence average computations as 470 months. The information in this table does not include conditions of confinement as described in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

Case 4:94-cr-00194-BP     Document 1152     Filed 05/18/26     Page 34 of 87

### Figure D-3

### SENTENCE LENGTH OF DRUG TRAFFICKING OFFENDERS
### BY MAJOR DRUG TYPE[1]
### Fiscal Year 2022



[1] Of the 64,142 cases, in 20,037 the offender was sentenced under USSG Chapter Two, Part D (Drugs). Of these, 19,851 offenders were sentenced under §§2D1.1 (Drug Trafficking), 2D1.2 (Protected Locations), 2D1.5 (Continuing Criminal Enterprise), 2D1.6 (Use of a Communication Facility), 2D1.8 (Rent/Manage Drug Establishment), 2D1.10 (Endangering Human Life While Manufacturing), or 2D1.14 (Narco-Terrorism). Sentences of 470 months or greater (including life) and probation were included in the sentence average computations as 470 months and zero months, respectively. The information in this figure includes conditions of confinement as described in USSG §5C1.1. Italicized numbers depict median values and the bolded numbers at the end of the bar indicate average values. Descriptions of variables used in this figure are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

Case 4:94-cr-00194-BP     Document 1152     Filed 05/18/26     Page 35 of 87

**Figure D-5**

## SENTENCE LENGTH OF DRUG TRAFFICKING OFFENDERS
### BY MAJOR DRUG TYPE OVER TIME[1]
**Fiscal Years 2013 - 2022**



[1] Only offenders sentenced under §§2D1.1 (Drug Trafficking), 2D1.2 (Protected Locations), 2D1.5 (Continuing Criminal Enterprise), 2D1.6 (Use of a Communication Facility), 2D1.8 (Rent/Manage Drug Establishment), 2D1.10 (Endangering Human Life While Manufacturing), or 2D1.14 (Narco-Terrorism) are depicted in this figure. Sentences of 470 months or greater (including life) and probation were included in the sentence average computations as 470 months and zero months, respectively. The information in this figure includes conditions of confinement as described in USSG §5C1.1. Cases missing drug type or sentencing information were also excluded. Descriptions of variables used in this figure are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2013 - 2022 Datafiles, USSCFY13 - USSCFY22.

# EXHIBIT 4

UNITED STATES OF AMERICA

     THE RESPONDENT,

v.

KEVEN L. WYRICK

     THE PETITIONER.

CASE NO. 4:94-cr-00194-012

HON. JUDGE, GARY A. FENNER

## MR. WYRICK'S PRISON RECORD MEMORANDUM

TO THE HONORABLE JUDGE,
GARY A. FENNER:

### PRELIMINARY STATEMENT

a.     COMES NOW, Keven L. Wyrick, henceforth, Mr. Wyrick, a **PRO SE** litigant, who most humbly and respectfully submits the foregoing **EXHIBIT** in support of his Motion seeking "compassionate release," or "modification of sentence." In support thereof, Mr. Wyrick will show the Court as follows--

1. The foregoing presents Mr. Wyrick's most up-to-date history and characteristics. **See, Pepper v. United States**, 562 U.S. 476, 490 (2011) (holding that a defendant's rehabilitative efforts may provide the most up-to-date "history and characteristics of the defendant" as well as it may serve the Court in the "need of the sentence imposed" analysis); **see also**, 18 U.S.C. §3553(a)(1).

2. Mr. Wyrick ask the parties to view the foregoing in light that there is a longstanding tradition in American Law—dating back to the Republic—that a judge sentencing considers the whole person before him or her "as an individual." **Koon v. United States**, 518 U.S. 81, 113 (1996). In line with this history, federal courts today generally "exercise a wide discretion in the sources and

Case 4:94-cr-00194-BP    Document 1152    Filed 05/18/26    Page 38 of 87

types of evidence used" to craft appropriate sentences. **Williams v. New York,** **337 U.S. 241, 246 (1949).** When a defendant appears for sentencing, the sentencing court considers the defendant on that day, not on the date of his offense or the date of his conviction. **Pepper,** **562 U.S. at 492.** Similarly, when a defendant's sentence is set aside on appeal, the district court at resentencing can (and in many cases, must) consider the defendant's conduct and changes in the Federal Sentencing Guidelines since the original sentencing. **ibid. See also, Concepcion v. United States,** 142 S.Ct. 2389 (2022) (holding that courts may consider "changes of fact" such as behavior in prison when resentencing defendants).

3.  "[R]ightly or wrongly, this country's criminal justice system is premised on the idea that a person can—and hopefully will—change after several years locked in prison." **United States v. Ledezma-Rodriguez,** 472 F.Supp.3d 498, 2020 **U.S. Dist LEXIS 123539, 2020 WL 391517, at *6 (S.D. Iowa July 14, 2020).** "The BOP tries to facilitate this through classes, case managers, reentry programs, time credits, and security classifications," which Mr. Wyrick has taken full advantage of. **id.** That, together with the spiritual and moral transformation that Mr. Wyrick has gained, "appears to offer a success story that cuts in favor of extraordinary and compelling reasons supporting release." **id.**

REHABILITATION

a.  There is ample evidence that Mr. Wyrick has made a positive turnaround in life. The record reflects that he has been employing his time positively by taking and completing dozens upon dozens of BOP programming, including earning his PhD (See, **Individualized** Needs Plan-Program Review, at 1-3; see also, Education Data Transcript and attached certificates).

b.  Mr. Wyrick, notwithstanding his circumstances, grotesquely severe LIFE sentence and the predatory violent environment of prison, maintained an extraordinary

Pg. 2 of 10

positive outlook and attitude towards life, and sought to improve himself to the utmost extent possible—and continues to do so. And while perhaps this may be simply seen as commendable, or as what inmates are supposed to do, the fact is that Mr. Wyrick has been able to make positive adjustments to his thinking and actions, despite having no meanigful hope of obtaining léneancy towards his sentence. This is a factor that other courts have considered in their modification of sentence assessments. **See, e.g.** **United States v. Millan**, 2020 U.S. Dist. LEXIS 59955, at 26-49 (S.D.N.Y. 2020); **United States v. Marks**, 455 F.Supp.3d 17, at 26-27, 32-37 (W.D.N.Y. 2020). This is an assertion recently held by the Supreme Court in **Concepcion**, supra.

c.     Mr. Wyrick hopes that his rehabilitative efforts will not be questioned by neither party. In fact, given what he has accomplished during his incarceration, it would be well nigh impossible to do so. Mr. Wyrick humbly asks the parties to consider the language in both **Millan** and **Marks**, which appropriately recognize the value of rehabilitation both, for the defendant himself as well as for other inmates who benefit from it and which provides yet more support for **GRANTING** Mr. Wyrick's Motion.

    1.   Mr. Wyrick is described as a respectful and hard working individual who has been awarded bonuses and achievements for his work performance. **See, Character Letters from C. Wright, (Teacher) and His Work Supervisor.**

    2.   Mr. Wyrick has been commended for being a positive presence and influence in the institution. **See, Character Letter from Mike Crowell, Supervisory Chaplain.**

    3.   Mr. Wyrick has also been a member of the Suicide prevention team lead by the Physicology Department were he has obtaing excellent recommendations. **See, Character Letter from K. Vigil, Ph. D.**

d.     Indeed, there is ample evidence that Mr. Wyrick has made a positive turnaround in life. It is hard to imagine how he could have done much more in prison to demonstrate his efforts at rehabilitation.

    1.   Several observations, however, are worth to take into consideration.--

Case 4:94-cr-00194-BP    Document 1152    Filed 05/18/26    Page 40 of 87

A. Like in **Marks**, the fact that Mr. Wyrick's rehabilitative and educational efforts date back to his early imprisonment does not in itself tilt the scales one way or the other. Yet, having taken consistent years-long efforts to better himself—and others as well—he can only hope to be granted the opportunity to have a **SECOND CHANCE** in life.

B. The parties must consider that it is the BOP's staff who are the direct overseers of Mr. Wyrick's behavior in prison. Because it is BOP Staff who interact with him, it is BOP staff who can give faith if Mr. Wyrick's rehabilitative efforts are genuine or not, the Probation Office should be ordered to contact BOP staff at each of the facilities he has been housed at to ask their opinion about him.

## PRISON RECORD

a.   INMATE DISCIPLINE DATA-CHRONOLOGICAL DISCIPLINARY RECORD:

1. The BOP has a four-tiered disciplinary system including: greatest, high, moderate, and low severity. Common examples of infractions for each category would be: SERIOUS ASSAULT (100 level/greates); FIGHTING (200 level/high); FAILING TO STAND FOR COUNT (300 level/moderate); and USING ABUSIVE LANGUAGE (400 level/low).

2. Mr. Wyrick can be considered as having excellent institutional adjustment and exemplary behavior given the context of the predatory and violent environment of prison. The majority of similarly situated offenders who are reviewed for compassionate release or modification of sentence have incurred numerous incident reports of all severities. Mr. Wyrick has received only one (1) incident report in his almost 1/3 century in prison.

3. Noteworthy, his infraction is of a non-violent nature and provides little to none support—if any—for the conclusion that Mr. Wyrick will be a danger to the safety of others or to the community, nor suggest that he is a risk of recidivism. See, Inmate Discipline Data - Chronological Disciplinary Record.

b.     WAIVER OF PUBLIC SAFETY FACTOR:

1. The BOP classifies its facilities into five categories which are minimum (camp), low and medium (FCI)m high security (USP), and administrative (MCC/MDC/medical centers). Each of these facilities have inmates requiring different degrees of control based on a classification point system and public safety factor to determine the required level of supervision required. Mr. Wyrick is assigned with 8 SECURITY CUSTODY POINTS which is in the MID-RANGE of MINIMUM SECURITY. See, Male Custody Classification Form. See also, Chart below--

| SECURITY LEVEL MINIMUM | CUSTODY LEVEL COMMUNITY AND OUT | MALE 00-11 POINTS |
|---|---|---|
| low | out and in | 12-15 points |
| medium | out and in | 16-23 points |
| high | in and maximum | +24 points |
| administrative | all custody levels | all points |

2. Although Mr. Wyrick was initially placed at a United States penitentiary maximum security custody level (USP), the BOP later waived his public safety factor to allow for medium custody. Then, later, the BOP waived his public safety factor to allow for low custody. Nevertheless, later, the BOP again waived his public safety factor to allow for MINIMUM custody with a consideration to even decrease his custody points.

    A. However, because Mr. Wyrick has a LIFE sentence, by policy, he cannot enjoy the benefit of being placed in a camp. This, however, does not bar the fact that the BOP's assessment concerning Mr. Wyrick's dangerousness (his public safety factor) indicates that the BOP determined that Mr. Wyrick has the ability to function in a less controlled setting.

3. It should also be noted that the BOP has assigned him the highest possible score of GOOD in the areas of LIVING SKILLS, PROGRAMMING PARTICIPATION, and FAMILY COMMUNITY RELATIONSHIPS.

4. Based on these factors, and understanding that Mr. Wyrick committed a most serious

Case 4:94-cr-00194-BP     Document 1152     Filed 05/18/26     Page 42 of 87

offense for which he received a **LIFE** sentence, he has demonstrated that he is disciplined and that he has matured over his about 1/3 century in prison. His responsibility and programming are **KEY ELEMENTS** to assessing risk of recidivism.

c.      WORK HISTORY

1.  Mr. Wyrick has been assigned with multiple work details at different facilities with different security custody levels. Currently, he has recently been hired at the Laundry department. <u>See</u>, **Inmate History Work Detail.** He has also gained experience working at UNICOR. <u>See</u>, **UNICOR Inmate Earning Statement.**

2.  Mr. Wyrick's work history is important because his work detail assignments (as well as UNICOR employment) are assigned by and therefore work for the head supervisor of each of his work details. These work detail CADRE are carefully selected and chosen and must be able to work independently with **MINIMAL** to **NONE** supervision through out each assigned department.

3.  These work detail CADRE must be screened in order to meet the required security protocol, for these CADRE has access to every other inmate from every housing unit as well as to hazardous chemicals and sharp tools which may end up being used as weapons against staff or other inmates. The objective of this rigurous screening process is to minimize the risk of contraband from being moved to and from the housing units by using the work CADRE as mules. It also serves to maintain the proper order of the facility as well as to increment safety.

d.      EDUCATION PROGRAMS

1.  As already discussed in greater detail supra, Mr. Wyrick has taken and successfully completed dozens upon dozens of BOP educational, vocational, recreational, psychology and religious programming (<u>Revisit</u>, **Individualized Needs Plan-Program Review, at 1-3).**

2.  Relevant here is the work experience Mr. Wyrick has gained in UNICOR, as this

has provided him with the necessary tools for him to find a job and work to earn his living descently. Additionally, he has taken and completed reentry programming which helps inmates to adjust to a community setting.

e.    FINANCIAL RESPONSIBILITY PROGRAM (IFRP):

1.  Mr. Wyrick had a $100.00 special assessment and a $300.00 fine. The record reflects that he has a **$0.00** obligation balance. This is important to mention as it is a factor to be considered towards the "respect for the law" and "adequate deterrence" stage analysis.

2.  A high number of inmates assessed for prison record memorandum purposes have chosen not to pay this court imposed financial obligation which may be seen as a clear indication of rebellion towards a court order. This is not the case. (<u>See</u>, Individualized Needs Plan-Program Review, at 4)).

f.    CHANGE IN CHARACTER:

1.  It is impossible to fathom how much Mr. Wyrick regrets his abhorrent and egregious criminal behavior—sole reason for his incarceration. His **LIFE** sentence without the possibility of parole is not suffered by him alone, but by his family, friends and the community he hurt with his actions, but most important, by the family and friends of Mr. Elmont Kerns, the victim of this case.

2.  During this term of incarceration (~~almost~~ *over* 1/3 century), which Mr. Wyrick calls "the oven of spiritual purification," he has had to bear as well the hardships that his loved ones had to suffer during the COVID-19 pandemic and subsequent financial recession, the terrible news of learning that his mother, Shirley, his dad, Jerry, and his first niece, Krista, departed to the Father's House. To be so far away, not being able to care for them, and not being able to pay last respects at the foot of the grave are a much heavier burden than the life sentence itself.

Pg. 7 of 10

3. The above painful experiences served Mr. Wyrick to counsel friends, family and fellow inmates about the ripple effect and the consequences of one's criminal actions.

   A. At this time, Mr. Wyrick most humbly and respectfully requests the parties to grant him the opportunity to address the Court and the family of Mr. Elmont Kerns (R.I.P.) via teleconference. To be able to be asked questions as well as to have the opportunity to manifest to them how much he regrets his actions and beg for their forgiveness.

   B. Mr. Wyrick believes that a changed man, one who has matured and developed a sense of responsibility and respect for life must personally manifest his remorse for his abhorrent and eggregious criminal behavior which caused the death of Mr. Kerns.

4. The words of his family, as well as Mr. Wyrick's letter to the Court evidence the tremendous impact that his conviction has already had on him; the punishment he has visited on himself; and the genuine remorse and regret he feels.

g. **FSA RECIDIVISM RISK ASSESSMENT (PATTERN 01.03.00):**

1. It may be possible that Mr. Wyrick's PATTERN score be the lowest score the parties have ever seen. His PATTERN scores aren't simply **MINIMUM**. These scores are composed of two elements, a "general score" and a "violent score." The general score minimum starts at 5 and goes as low as -22. Mr. Wyrick's general score is -6. The violent score minimum starts at 7 and goes as low as -11. Mr. Wyrick's violent score is -5.

2. The PATTERN automated algorithm **DOES NOT** account for factors that have a strong impact on recidivism risk and which are difficult to quantify or measure. For example, the PATTERN score **DOES NOT** account for Mr. Wyrick's strong and workable reentry plan (<u>See</u>, **EXHIBIT 1, at 3**). Mr. Wyrick has a strong family and community support system that is ready to assist him upon release.

3. Three of the heaviest weighed scoring factors in the PATTERN risk assessment are the CRIMINAL HISTORY POINTS, HISTORY OF ESCAPES, and HISTORY OF VIOLENCE FOR DRUG RELATED CRIMES. Despite this, his score will remain -6 for general risk and -5 for violent risk, both **MINIMUM**, until Mr. Wyrick enters into the next age category 61-70. The PATTERN assessment reduces the risk level by -7 points for every decade of age. The reduction to -7 points occurs when

4. **WHEREFORE**, the BOP has assessed that Mr. Wyrick will not be a danger to the safety of others nor to the community if granted release. **See,** FSA Recidivism **Risk Assessment (PATTERN 01.03.00).**

## CONCLUSION

a. Mr. Wyrick's prison record is the reflection of someone who is not just doing what inmates are supposed to do, id est, stay away from trouble. Rather, his prison record reflects remorse and deterrence; a mind centered on reentry to become a productive member to society and ready to make amends.

b. Mr. Wyrick's staff character letters speak for themselves and are evidence of the tremendous impact that his incarceration has already had on him.

1. Sadly, the BOP has now forbidden its staff from continuing with the practice of providing inmates with character letters, regardless of how meritorious their circumstances might be.

c. In short, Mr. Wyrick's prison record, supported by BOP's staff's character letters reflect that he is described as a model inmate, someone reliable, considerate, caring, respectful and trusted inmate with integrity and a positive attitude. Someone who earned the respect of staff and inmates alike.

> "If incarceration is for correction, then it has served its purpose in
> Mr. Wyrick's life. If it is for punishment, then society has been served
> its justice."
>
> IOANNES PAULUS THERESE MAGDALENAE

"Rehabilitation is also a goal of punishment. 18 U.S.C. §3553(a)(2)(D). That goal cannot be served if a defendant can look forward to nothing beyond imprisonment. HOPE is the necessary condition of mankind, for we are all created in the image of GOD."
**United States v. Carvajal,** 2005 U.S. Dist. LEXIS 3076, at 16 (S.D.N.Y. Feb. 17, 2005) (emphasis added).

Respectfully submitted on this 11th day of May, Year of the LORD 2026.

KEVEN L. WYRICK, PRO SE

REG. NO. 08724-045

Case 4:94-cr-00194-BP    Document 1152    Filed 05/18/26    Page 47 of 87

```
REG NO..: 08724-045 NAME....: WYRICK, KEVEN L
CATEGORY: WSP        FUNCTION: PRT        FORMAT:
```

```
FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
OXF    GR STNW W  GR START NOW WAIT              07-12-2023 1100 CURRENT
OXF    PAR ONEW   PHASE ONE WAIT                 01-22-2025 0946 CURRENT
OXF    V RES C    VET RES COMPLETE               01-15-2025 0725 CURRENT
ENG    V RES P    VET RES PARTICIPATE            07-11-2023 1156 01-15-2025 0725
ENG    GR FMPM C  GR FAM PGM MEN COMPLETE        07-24-2024 1525 07-24-2024 1525
ENG    GR FMPM P  GR FAM PGM MEN PART            02-14-2024 1054 07-24-2024 1525
ENG    V RS SPT C VET RESILIENCE SUPPORT COMP    06-13-2024 1157 06-13-2024 1157
ENG    V RS SPT P VET RESILIENCE SUPPORT PART    05-09-2024 1526 06-13-2024 1157
ENG    GR FMPM W  GR FAM PGM MEN WAIT            07-12-2023 1100 02-14-2024 1054
ENG    V SLD ON C VET SOLDIER ON COMP            10-24-2023 0802 11-14-2023 0802
ENG    V SLD ON P VET SOLDIER ON PART            07-20-2023 1115 10-24-2023 0802
ENG    V SVC FT C VET SERVICE FIT COMP           11-14-2023 0738 11-14-2023 0738
ENG    V SVC FT P VET SERVICE FIT PART           09-08-2023 0918 11-14-2023 0715
ENG    V SVC FT C VET SERVICE FIT COMP           09-07-2023 1324 09-07-2023 1324
ENG    V SVC FT P VET SERVICE FIT PART           07-18-2022 0811 09-07-2023 1324
ENG    V RES W    VET RES WAIT                   07-11-2023 1150 07-11-2023 1156
ENG    V RES R    VET RES REFERRAL               02-14-2023 0907 07-11-2023 1150
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
REG NO..: 08724-045 NAME....: WYRICK, KEVEN L
CATEGORY: PTP        FUNCTION: PRT        FORMAT:

FCL   ASSIGNMENT DESCRIPTION                      START DATE/TIME STOP   DATE/TIME
OXF   RP1 UNQUAL RESOLVE PHASE ONE UNQUALIFIED    07-06-2022 1252 CURRENT
OXF   RSW COMP   RESOLVE WORKSHOP COMPLETED       07-06-2022 1400 CURRENT
LVN   RSW PART   RESOLVE WORKSHOP PARTICIPANT     05-20-2022 1230 07-06-2022 1400
LVN   RSW WAIT   RESOLVE WORKSHOP WAITING         02-23-2022 1314 05-20-2022 1230
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
REG NO..: 08724-045 NAME....: WYRICK, KEVEN L
CATEGORY: WSP       FUNCTION: PRT       FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| OXF | GR STNW W | GR START NOW WAIT | 07-12-2023 1100 | CURRENT |
| OXF | PAR ONEW | PHASE ONE WAIT | 01-22-2025 0946 | CURRENT |
| OXF | V RES C | VET RES COMPLETE | 01-15-2025 0725 | CURRENT |
| ENG | V RES P | VET RES PARTICIPATE | 07-11-2023 1156 | 01-15-2025 0725 |
| ENG | GR FMPM C | GR FAM PGM MEN COMPLETE | 07-24-2024 1525 | 07-24-2024 1525 |
| ENG | GR FMPM P | GR FAM PGM MEN PART | 02-14-2024 1054 | 07-24-2024 1525 |
| ENG | V RS SPT C | VET RESILIENCE SUPPORT COMP | 06-13-2024 1157 | 06-13-2024 1157 |
| ENG | V RS SPT P | VET RESILIENCE SUPPORT PART | 05-09-2024 1526 | 06-13-2024 1157 |
| ENG | GR FMPM W | GR FAM PGM MEN WAIT | 07-12-2023 1100 | 02-14-2024 1054 |
| ENG | V SLD ON C | VET SOLDIER ON COMP | 10-24-2023 0802 | 11-14-2023 0802 |
| ENG | V SLD ON P | VET SOLDIER ON PART | 07-20-2023 1115 | 10-24-2023 0802 |
| ENG | V SVC FT C | VET SERVICE FIT COMP | 11-14-2023 0738 | 11-14-2023 0738 |
| ENG | V SVC FT P | VET SERVICE FIT PART | 09-08-2023 0918 | 11-14-2023 0715 |
| ENG | V SVC FT C | VET SERVICE FIT COMP | 09-07-2023 1324 | 09-07-2023 1324 |
| ENG | V SVC FT P | VET SERVICE FIT PART | 07-18-2022 0811 | 09-07-2023 1324 |
| ENG | V RES W | VET RES WAIT | 07-11-2023 1150 | 07-11-2023 1156 |
| ENG | V RES R | VET RES REFERRAL | 02-14-2023 0907 | 07-11-2023 1150 |

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
REG NO..: 08724-045 NAME....: WYRICK, KEVEN L
CATEGORY: PTP        FUNCTION: PRT        FORMAT:

FCL   ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
OXF   RP1 UNQUAL RESOLVE PHASE ONE UNQUALIFIED 07-06-2022 1252 CURRENT
OXF   RSW COMP   RESOLVE WORKSHOP COMPLETED    07-06-2022 1400 CURRENT
LVN   RSW PART   RESOLVE WORKSHOP PARTICIPANT  05-20-2022 1230 07-06-2022 1400
LVN   RSW WAIT   RESOLVE WORKSHOP WAITING      02-23-2022 1314 05-20-2022 1230
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
REG NO..: 08724-045 NAME....: WYRICK, KEVEN L
CATEGORY: DRG        FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT DESCRIPTION                      START DATE/TIME STOP  DATE/TIME
OXF    DRG E COMP DRUG EDUCATION COMPLETED         06-14-2005 0928 CURRENT
OXF    DRG I NONE NO DRUG INTERVIEW REQUIRED       07-04-1997 1400 CURRENT
OXF    NR COMP    NRES DRUG TMT/COMPLETE           04-04-2023 0954 CURRENT
LVN    NR PART    NRES DRUG COUNSEL PARTICIPANT    11-07-2022 1415 04-04-2023 0955
LVN    NR COMP    NRES DRUG TMT/COMPLETE           02-07-2017 1421 04-04-2023 0954
LVN    NR WAIT    NRES DRUG TMT WAITING            10-27-2021 1235 11-07-2022 1415
MAR    NR PART    NRES DRUG COUNSEL PARTICIPANT    09-13-2016 1155 02-07-2017 1421
MAR    NR WAIT    NRES DRUG TMT WAITING            09-13-2016 1155 09-13-2016 1155
MAR    NR COMP    NRES DRUG TMT/COMPLETE           09-27-2004 1320 09-13-2016 1155
LVN    NR PART    NRES DRUG COUNSEL PARTICIPANT    07-14-2005 0744 08-25-2005 0939
LVN    NR PART    NRES DRUG COUNSEL PARTICIPANT    04-19-2005 0943 06-16-2005 1519
LVN    ED PART V  DRUG EDUCATION PARTICIPANT-VOL   03-28-2005 1343 06-14-2005 0928
LVN    NR PART    NRES DRUG COUNSEL PARTICIPANT    07-15-2004 1026 09-27-2004 1320
```

```
  G0000       TRANSACTION SUCCESSFULLY COMPLETED
```



| Facility: | OXF  OXFORD FCI | Proj. Rel. Date: | UNKNOWN |
| Name: | WYRICK, KEVEN L | Proj. Rel. Mthd: | LIFE |
| Register No.: | **08724-045** | DNA Status: | ALM03084 / 06-02-2010 |
| Age: | 64 | | |
| Date of Birth: | 05-17-1961 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

### Inmate Photo ID Status

Full status incomplete - Expiration: null

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| OXF | ELEC SHP 2 | ELETRIC SHOP II | 03-20-2026 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| OXF | ESL HAS | ENGLISH PROFICIENT | 06-12-1997 |
| OXF | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-30-1997 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| OXF | C | NCCER CORE | 11-04-2025 | 02-19-2026 |
| OXF | C | NCCER SAFETY ORRIENTATION | 11-13-2025 | 11-25-2025 |
| ENG | C | ACE CORAL REEF | 07-07-2025 | 08-25-2025 |
| ENG | C | ACE SPANISH LANGUAGE I | 07-07-2025 | 08-25-2025 |
| ENG | C | INTRODUCTION TO DRAFTING | 07-07-2025 | 08-25-2025 |
| ENG | C | FUNDAMENTALS OF OIL AND GAS 2 | 04-30-2025 | 06-04-2025 |
| ENG | C | THE POWER OF NOW | 04-19-2024 | 07-26-2024 |
| ENG | C | INTRO TO OIL AND GAS FUND. | 07-01-2024 | 08-19-2024 |
| ENG | C | ACE SPANISH LANGUAGE I | 04-01-2024 | 05-22-2024 |
| ENG | C | SECRETS OF MENTAL MATH | 03-01-2024 | 03-31-2024 |
| ENG | C | ACE COGNITIVE CHANGE | 03-01-2024 | 03-31-2024 |
| ENG | C | SAVING AND INVESTING | 02-05-2024 | 04-01-2024 |
| ENG | C | CDL PART 1 | 02-05-2024 | 04-01-2024 |
| ENG | C | STATISTICS AND PROBABILITY | 02-05-2024 | 04-01-2024 |
| ENG | C | ACE HOW CONVERSATION WORKS | 02-01-2024 | 02-29-2024 |
| ENG | C | ACE SHOPPING SMARTS | 12-23-2023 | 01-10-2024 |
| ENG | C | ACE SECRETS/ SELF-CONTROL | 12-23-2023 | 01-10-2024 |
| ENG | C | ACE SELF INTERVIEW TECHNIQUES | 12-23-2023 | 01-10-2024 |
| ENG | C | RELEASE PLAN | 09-25-2023 | 11-13-2023 |
| ENG | C | JOB PREP CLASS | 09-25-2023 | 11-13-2023 |
| ENG | C | ACE SELF PUTTING BARS BEHIND Y | 10-01-2023 | 10-31-2023 |
| ENG | C | MANAGING SUCCESSFUL PAROLE | 10-01-2023 | 10-31-2023 |
| ENG | C | ACE SS: LIVING SKILLS | 10-01-2023 | 10-31-2023 |
| ENG | C | ACE SS: FAMILY REUNIFICATION | 10-01-2023 | 10-31-2023 |
| ENG | C | ACE SELF JOB SUCCESS | 10-01-2023 | 10-31-2023 |
| ENG | C | ACE SELF LAWS SELF CONFIDENCE | 09-01-2023 | 09-30-2023 |
| ENG | C | TRANS WORK & SELF-SUFFICIENCY | 09-01-2023 | 09-30-2023 |
| ENG | C | ACE SELF COMMUNICATION SKILLS | 09-01-2023 | 09-30-2023 |
| ENG | C | ACE SS: FAMILY REUNIFICATION | 09-01-2023 | 09-30-2023 |
| ENG | C | WORKPLACE COMMUNICATION | 09-01-2023 | 09-30-2023 |
| ENG | C | ACE SELF GOALS AND BARRIERS | 09-01-2023 | 09-30-2023 |
| ENG | C | EXPERT JOB SEARCH STRATEGIES | 09-01-2023 | 09-30-2023 |
| ENG | C | ACE SELF PRODUCTIVITY | 09-01-2023 | 09-30-2023 |
| ENG | C | ACE COUNTDOWN TO FREEDOM | 09-01-2023 | 09-30-2023 |
| ENG | C | ACE SELF ART OF COMMUNICATION | 09-01-2023 | 09-30-2023 |

Case 4:94-cr-00194-BP    Document 1152    Filed 05/18/26    Page 53 of 87


| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ENG | C | ACE SELF HOME BUSINESS | 08-01-2023 | 08-31-2023 |
| ENG | C | ACE SELF AFTER PRISON REAL WLD | 08-01-2023 | 08-31-2023 |
| LVN | C | RPP6 LCP SPIRITUALITY | 03-24-2021 | 05-26-2021 |
| LVN | C | ADVANCED CORE EXERCISE CLASS | 05-20-2021 | 06-29-2021 |
| LVN | C | RPP6 LCP RELIGIOUS TOLERANCE | 06-15-2020 | 07-13-2020 |
| LVN | C | RPP6 LCP MANAGING EMOTIONS | 07-27-2020 | 09-01-2020 |
| LVN | C | RPP6 LCP CONFLICT MANAGEMENT | 09-14-2020 | 10-30-2020 |
| LVN | C | RPP6 LCP OBLG RIGHT TO WRONG | 12-08-2020 | 01-08-2021 |
| LVN | C | RPP6 LCP FOLLOW MORAL COMPASS | 01-11-2021 | 02-04-2021 |
| LVN | C | RPP6 LCP FAMILY LIFE CONNECT | 02-08-2021 | 03-04-2021 |
| LVN | C | RPP6 LCP LEADERSHIP | 03-08-2021 | 04-01-2021 |
| LVN | C | RPP6 LCP TRANSITIONAL ISSUES | 04-05-2021 | 04-30-2021 |
| LVN | C | FAITH SPECIFIC | 04-05-2021 | 04-30-2021 |
| LVN | C | RPP6 LCP SPIRITUALITY | 04-20-2020 | 06-01-2020 |
| LVN | C | RPP6 LCP CELEBRATE RECOVERY | 08-28-2020 | 10-15-2020 |
| LVN | C | ACE PROFESSIONAL WRITING | 08-20-2020 | 10-22-2020 |
| LVN | C | RPP6 LCP PREP FOR JOURNEY | 02-25-2020 | 03-20-2020 |
| LVN | C | RPP6 LCP BUILDING BLOCKS/COMM | 01-14-2020 | 02-21-2020 |
| LVN | C | RPP6 LCP ORIENTATION | 12-03-2019 | 01-10-2020 |
| LVN | C | RPP6 LCP COMFORT ZONE RETREAT | 11-18-2019 | 11-29-2019 |
| LVN | C | ACE- SIGN LANGUAGE 2 | 01-03-2020 | 03-20-2020 |
| LVN | C | CANTERBURY TALES ACE COURSE | 09-25-2019 | 01-31-2020 |
| LVN | C | DEBATE ACE CLASS | 09-26-2019 | 01-23-2020 |
| LVN | C | BASKETBALL OFFICIATING | 12-07-2019 | 01-20-2020 |
| LVN | C | ACE- SIGN LANGUAGE 2 | 11-01-2019 | 12-20-2019 |
| LVN | C | ADVANCED YOGA | 11-19-2019 | 11-20-2019 |
| LVN | C | ACE AMERICAN SIGN LANGUAGE | 06-28-2019 | 09-06-2019 |
| LVN | C | BEGINNING YOGA & STRETCHING | 09-18-2019 | 10-01-2019 |
| LVN | C | TUTOR TRAINING COURSE | 07-17-2019 | 08-05-2019 |
| MAR GP | C | CERTIFIED PRODUCTION TECH VT | 02-15-2017 | 10-18-2017 |
| MAR GP | C | REENTRY SIMULATION | 09-14-2017 | 09-14-2017 |
| MAR GP | C | RE-ENTRY ADV CAREER SEARCH | 01-19-2017 | 03-21-2017 |
| MAR GP | C | INFORMATION PROCESSING VT 1200 | 04-11-2016 | 03-14-2017 |
| MAR GP | C | ACE COMPUTER KEYBOARDING 3 | 09-14-2016 | 11-02-2016 |
| MAR GP | C | ACE COMPUTER KEYBOARDING 2 | 09-14-2016 | 11-02-2016 |
| MAR GP | C | ANTHROPOLOGY ACE CLASS | 09-15-2016 | 11-03-2016 |
| MAR GP | C | U.S. HISTORY VIDEO ACE CLASS | 09-12-2016 | 11-07-2016 |
| MAR GP | C | BEYOND BARS #6 | 08-31-2016 | 09-22-2016 |
| MAR GP | C | ACE COMPUTER KEYBOARDING 1 | 04-07-2016 | 05-27-2016 |
| MAR GP | C | ADVANCED NUTRITION | 01-11-2016 | 03-14-2016 |
| MAR GP | C | PHYSIOLOGY CLASS | 01-20-2016 | 03-16-2016 |
| MAR GP | C | ACE CLASS - LEGAL RESEARCH | 01-13-2016 | 03-02-2016 |
| MAR GP | C | ACE CLASS SPANISH 2 | 01-04-2016 | 03-03-2016 |
| MAR GP | C | MONEY SMART PERSONAL FINANCE | 01-03-2016 | 03-03-2016 |
| MAR GP | C | CDL MANUAL STUDY ACE CLASS | 10-19-2015 | 12-10-2015 |
| MAR GP | C | ACE CLASS - BEGINNING SPANISH | 10-19-2015 | 12-10-2015 |
| MAR GP | C | HOME IMPROVEMENT 1 ACE CLASS | 01-27-2015 | 03-27-2015 |
| MAR GP | C | ELECTRICAL THEORY | 01-26-2015 | 03-26-2015 |
| MAR GP | C | ACE-SMALL BUSINESS | 01-26-2015 | 03-26-2015 |
| MAR GP | C | ACE HOME PLUMBING SYSTEMS | 01-28-2015 | 03-28-2015 |
| MAR GP | C | ACE CLASS - LEGAL RESEARCH | 10-15-2014 | 12-15-2014 |
| MAR GP | C | PARALEGAL CAREERS ACE CLASS | 10-15-2014 | 12-15-2014 |
| MAR GP | C | ACE LEGAL WRITING | 10-22-2014 | 12-22-2014 |
| MAR GP | C | PIANO LEISURE CLASS | 01-26-2014 | 03-23-2014 |
| MAR GP | C | NUTRITION CLASS | 04-15-2013 | 06-10-2013 |
| MAR GP | C | INSANITY FITNESS CLASS | 01-18-2012 | 03-15-2012 |
| MAR GP | C | CIRCUIT TRAINING CLASS | 01-18-2012 | 03-15-2012 |

Case 4:94-cr-00194-BP     Document 1152     Filed 05/18/26     Page 54 of 87


| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| MAR GP | C | ACE ELECTRONIC LAW LIBRARY | 01-18-2011 | 05-05-2011 |
| ALM | C | CORRESPNDENCE SCHOOL FLEX | 03-26-2010 | 06-01-2010 |
| ALM | C | CORRESPNDENCE SCHOOL FLEX | 09-22-2009 | 03-26-2010 |
| ALM | C | ACE VT TRADES REVIEW | 09-26-2009 | 12-07-2009 |
| ALM | C | CORRESPNDENCE SCHOOL FLEX | 06-04-2009 | 09-22-2009 |
| ALM | C | BEGINNING GUITAR CLASS IN REC | 08-19-2009 | 09-07-2009 |
| ALM | C | ACE REAL ESTATE CLASS | 06-12-2008 | 07-29-2008 |
| ALM | C | CORRESPNDENCE SCHOOL FLEX | 05-01-2008 | 05-01-2008 |
| ALM | C | BRIANS SONG ACE NOVEL | 12-06-2007 | 12-10-2007 |
| ALM | C | THE CONTENDER ACE NOVEL | 12-06-2007 | 12-10-2007 |
| ALM | C | THE OUTSIDERS NOVEL CLAS | 11-30-2007 | 12-03-2007 |
| ALM | C | TPC READING BLUEPRINTS | 11-23-2007 | 11-29-2007 |
| ALM | C | T,W,TH 12:00-3:30 VT COMPUTERS | 06-07-2007 | 11-08-2007 |
| POL | C | USP PHYSICAL FITNESS & HEALTH | 08-29-2006 | 10-31-2006 |
| POL | C | USP BEST 2 WAYS TO FIND A JOB | 10-31-2006 | 10-31-2006 |
| POL | C | USP WHY SHOULD I HIRE YOU | 10-24-2006 | 10-24-2006 |
| POL | C | USP COMPLETE JOB APPLICATION | 10-17-2006 | 10-17-2006 |
| POL | C | SKILLS IDENTIFICATION | 10-10-2006 | 10-10-2006 |
| POL | C | USP PREPARING FOR SUCCESS | 09-28-2006 | 09-28-2006 |
| POL | C | USP PUTING THE BARS BEHIND YOU | 09-26-2006 | 09-26-2006 |
| POL | C | MICROCOMPUTER APPLICATIONS | 05-26-2006 | 09-29-2006 |
| POL | C | MS ACCESS 7:30A-10:30A | 09-01-2006 | 09-29-2006 |
| POL | C | USP BEST 2 WAYS TO FIND A JOB | 09-19-2006 | 09-19-2006 |
| POL | C | ADV PIANO CLASS SAT-SUN 8-930A | 06-11-2006 | 09-17-2006 |
| POL | C | MS EXCEL 7:30A-10:30A | 07-13-2006 | 09-01-2006 |
| POL | C | MICROSOFTWORD M-F 7:30-10:30AM | 05-26-2006 | 07-13-2006 |
| POL | C | KEYBOARDING 7:30A-10:30A | 04-20-2006 | 05-26-2006 |
| POL | C | USP PIANO CLASS SAT-SUN 8-930A | 12-15-2005 | 03-11-2006 |
| POL | C | BRIEF WRITING MONDAY 630-730P | 11-07-2005 | 12-20-2005 |
| POL | C | COURT RULES RESCH SA 130-300P | 11-12-2005 | 12-24-2005 |
| LVN | C | CAGE YOUR RAGE USP | 02-06-2004 | 12-20-2005 |
| POL | C | USP/STRESS LESS 6 HRS | 10-28-2005 | 12-09-2005 |
| LVN | W | GRAPHICS ARTS 12:30-2:00PM M-F | 11-17-1997 | 07-20-1998 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|--------------|-----------------|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

## Current Care Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1-MH | CARE1-MENTAL HEALTH | 10-18-2010 |
| CARE2 | STABLE, CHRONIC CARE | 10-14-2020 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| C19-RCVRD | COVID-19 RECOVERED | 09-16-2020 |
| LOWER BUNK | LOWER BUNK REQUIRED | 03-19-2025 |
| PAPER | LEGACY PAPER MEDICAL RECORD | 04-22-2020 |
| YES F/S | CLEARED FOR FOOD SERVICE | 10-18-2018 |

## Current Drug Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| DRG E COMP | DRUG EDUCATION COMPLETED | 06-14-2005 |
| DRG I NONE | NO DRUG INTERVIEW REQUIRED | 07-04-1997 |
| NR COMP | NRES DRUG TMT/COMPLETE | 04-04-2023 |

## FRP Payment Plan

| Most Recent Payment Plan |
|--------------------------|

Case 4:94-cr-00194-BP    Document 1152    Filed 05/18/26    Page 55 of 87



| Most Recent Payment Plan |
|---|

| **FRP Assignment:** | **COMPLT** | **FINANC RESP-COMPLETED** | | **Start: 05-17-1999** |
|---|---|---|---|---|
| **Inmate Decision:** | **AGREED** | **50%** | Frequency: | **MONTHLY** |
| Payments past 6 months: | **$0.00** | | Obligation Balance: | **$0.00** |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | FINE | $300.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

**FRP Deposits**

Trust Fund Deposits - Past 6 months:        Payments commensurate ?   N/A

New Payment Plan:    ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| AWARD | EBRR INCENTIVE AWARD | 07-07-2023 |
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 07-05-2023 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 04-16-2026 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 04-16-2026 |
| N-COGNTV N | NEED - COGNITIONS NO | 04-16-2026 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC N | NEED - EDUCATION NO | 04-16-2026 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 04-16-2026 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 04-16-2026 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 04-16-2026 |
| N-MEDICL Y | NEED - MEDICAL YES | 04-16-2026 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 04-16-2026 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 04-16-2026 |
| N-TRAUMA N | NEED - TRAUMA NO | 04-16-2026 |
| N-WORK N | NEED - WORK NO | 04-16-2026 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 04-16-2026 |

**Progress since last review**

Inmate has maintained clear conduct.  Inmate is currently waitlisted for Occupational Education, Managing Your Diabetes, Arthritis Walk, Phase One and GR Start.

**Next Program Review Goals**

Enroll in one ACE class by 09-2026.

**Long Term Goals**

Enroll in work programs such as VT or MSSC classes by 04-2027.

**RRC/HC Placement**



**Comments**

FSA Recidivism Score Reviewed. Recommend maintain good personal hygiene and cell sanitation. Make bed every day follow dress code. Start to prepare for release by establishing a residence, seeking employment opportunities, save $10 a month towards release.  RRC placement will be reviewed 17-19 months from release date. All pending charges must be resolved, if applicable. Seek counseling from Psychology staff for any mental health concerns. Report to sick call in the Health Services Department for minor medical concerns. Maintain clear conduct and good cell sanitation in accordance with policy. Maintain contact with family members via TRUFONE, TRULINCS, and/or visits to strengthen family ties/support. 407/408 Reviewed. No PREA concerns.
Points:  8-High PSF Wavier (08-22-2025)

**U.S. DEPARTMENT OF JUSTICE**        **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 08724-045 | Risk Level Inmate....: R-MIN |
| Inmate Name |   General Level......: R-MIN (-6) |
|   Last.........: WYRICK |   Violent Level......: R-MIN (-5) |
|   First.......: KEVEN | Security Level Inmate: HIGH |
|   Middle.......: L | Security Level Facl..: LOW |
|   Suffix.......: | Responsible Facility.: OXF |
| Gender........: MALE | Start Incarceration..: 05/22/1997 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 67

General Score: -12, Violent Score: -4

Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| CMA | LCP COMP | 05/03/2021 15:00 | |
| DRG | DRG E COMP | 06/14/2005 09:28 | |
| EDC | ACE LRSCH3 | 11/07/2005 11:36 | 11/07/2005 11:36 |
| EDC | ACE LRSCH4 | 11/12/2005 09:59 | 11/12/2005 09:59 |
| EDC | TPC BLUEPR | 11/23/2007 15:17 | 11/23/2007 15:17 |
| EDC | NOVEL12 | 11/30/2007 10:24 | 11/30/2007 10:24 |
| EDC | NOVEL26 | 12/06/2007 13:55 | 12/06/2007 13:55 |
| EDC | NOVEL25 | 12/06/2007 13:56 | 12/06/2007 13:56 |
| EDC | REALESTATE | 06/12/2008 12:57 | 06/12/2008 12:57 |
| EDC | VTTRADES | 09/26/2009 18:00 | 09/26/2009 18:00 |
| EDC | CORRESPOND | 03/26/2010 08:48 | 03/26/2010 08:48 |
| EDC | ELEC LAW | 01/18/2011 08:05 | 01/18/2011 08:05 |
| EDC | PARACAREER | 10/15/2014 11:42 | 10/15/2014 11:42 |
| EDC | LEGALWRITE | 10/22/2014 08:47 | 10/22/2014 08:47 |
| EDC | SMLBUSDVLP | 01/26/2015 08:20 | 01/26/2015 08:20 |
| EDC | ELEC THEO | 01/26/2015 08:29 | 01/26/2015 08:29 |
| EDC | HOME IMP 1 | 01/27/2015 07:18 | 01/27/2015 07:18 |
| EDC | HOME PLUMB | 01/28/2015 12:04 | 01/28/2015 12:04 |
| EDC | SPANISH 1 | 10/19/2015 10:54 | 10/19/2015 10:54 |
| EDC | CDL MANUAL | 10/19/2015 12:23 | 10/19/2015 12:23 |
| EDC | FINANCE 1 | 01/03/2016 10:06 | 01/03/2016 10:06 |
| EDC | SPANISH 2 | 01/04/2016 10:23 | 01/04/2016 10:23 |
| EDC | LEGALRSRCH | 01/13/2016 11:47 | 01/13/2016 11:47 |
| EDC | TYPING 1 | 04/07/2016 18:20 | 04/07/2016 18:20 |
| EDC | US HISTORY | 09/12/2016 14:27 | 09/12/2016 14:27 |
| EDC | TYPING 2 | 09/14/2016 15:47 | 09/14/2016 15:47 |
| EDC | TYPING 3 | 09/14/2016 15:48 | 09/14/2016 15:48 |
| EDC | ANTHRPOLGY | 09/15/2016 15:11 | 09/15/2016 15:11 |

Case 4:94-cr-00194-BP      Document 1152      Filed 05/18/26      Page 57 of 87

| EDC | SIGN LANG | 06/28/2019 00:01 | 06/28/2019 00:01 |
| EDC | TUTOR TNG | 07/17/2019 12:30 | 07/17/2019 12:30 |
| EDC | CANTERBURY | 09/25/2019 15:00 | 09/25/2019 15:00 |
| EDC | DEBATE | 09/26/2019 00:00 | 09/26/2019 00:00 |
| EDC | SIGNLANG 2 | 01/03/2020 08:00 | 01/03/2020 08:00 |
| EDC | ACE PR WRT | 08/20/2020 09:20 | 08/20/2020 09:20 |
| EDC | HOME BUSIN | 08/01/2023 12:00 | 08/01/2023 12:00 |
| EDC | REAL WORLD | 08/01/2023 12:00 | 08/01/2023 12:00 |
| EDC | ART COMMUN | 09/01/2023 12:00 | 09/01/2023 12:00 |
| EDC | COMMSKILLS | 09/01/2023 12:00 | 09/01/2023 12:00 |
| EDC | COUNT FREE | 09/01/2023 12:00 | 09/01/2023 12:00 |
| EDC | GOALS | 09/01/2023 12:00 | 09/01/2023 12:00 |
| EDC | JOBSTRAT | 09/01/2023 12:00 | 09/01/2023 12:00 |
| EDC | PRODUCTIVE | 09/01/2023 12:00 | 09/01/2023 12:00 |
| EDC | SELF CONF | 09/01/2023 12:00 | 09/01/2023 12:00 |
| EDC | SELF SUFF | 09/01/2023 12:00 | 09/01/2023 12:00 |
| EDC | WORKCOMM | 09/01/2023 12:00 | 09/01/2023 12:00 |
| EDC | 2 JOB PREP | 09/25/2023 12:00 | 09/25/2023 12:00 |
| EDC | 2 WRITE PL | 09/25/2023 12:00 | 09/25/2023 12:00 |
| EDC | BARSBEHIND | 10/01/2023 12:00 | 10/01/2023 12:00 |
| EDC | FAM REUNIF | 10/01/2023 12:00 | 10/01/2023 12:00 |
| EDC | JOBSUCCESS | 10/01/2023 12:00 | 10/01/2023 12:00 |
| EDC | LIVING SK | 10/01/2023 12:00 | 10/01/2023 12:00 |
| EDC | MGNTPAROLE | 10/01/2023 12:00 | 10/01/2023 12:00 |
| EDC | INTERTECH | 12/23/2023 12:00 | 12/23/2023 12:00 |
| EDC | SECRETS | 12/23/2023 12:00 | 12/23/2023 12:00 |
| EDC | SHOP SMART | 12/23/2023 12:00 | 12/23/2023 12:00 |
| EDC | CONVERSE | 02/01/2024 12:00 | 02/01/2024 12:00 |
| EDC | CDL 1 | 02/05/2024 08:00 | 02/05/2024 08:00 |
| EDC | SAVEINVEST | 02/05/2024 08:00 | 02/05/2024 08:00 |
| EDC | STATS PROB | 02/05/2024 08:00 | 02/05/2024 08:00 |
| EDC | MENTALMATH | 03/01/2024 12:00 | 03/01/2024 12:00 |
| EDC | STINKTHINK | 03/01/2024 12:00 | 03/01/2024 12:00 |
| EDC | POWEROFNOW | 04/19/2024 12:00 | 04/19/2024 12:00 |
| EDC | OILGAS | 07/01/2024 12:00 | 07/01/2024 12:00 |
| EDC | OILGAS 2 | 04/30/2025 12:00 | 04/30/2025 12:00 |
| EDC | DRAFTING 1 | 07/07/2025 12:00 | 07/07/2025 12:00 |
| EDC | SPANISH I | 07/07/2025 12:00 | 07/07/2025 12:00 |
| EDC | CORAL REEF | 07/07/2025 13:00 | 07/07/2025 13:00 |

Item: Work Programs, Value: 7

General Score: -2, Violent Score: -2

Risk Item Data

   Category - Assignment - Start       - Stop

| EDC | | 05/26/2006 00:01 | 05/26/2006 00:01 |

Assessment Date: 04/16/2026

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| | | | |
|------|-----------|---------------------|---------------------|
| EDC  | VTPM COM  | 06/07/2007 11:00    | 06/07/2007 11:00    |
| EDC  | 1200VTCOMP| 04/11/2016 08:59    | 04/11/2016 08:59    |
| EDC  | 1200 CPT  | 02/15/2017 12:23    | 02/15/2017 12:23    |
| EDC  | NCCERCORE | 11/04/2025 12:00    | 11/04/2025 12:00    |
| EDC  | NCCER SAFE| 11/13/2025 12:00    | 11/13/2025 12:00    |
| WRK  | SEWING 1  | 01/15/2025 14:59    | 01/15/2025 14:59    |

Assessment Date: 04/16/2026                                    (3)                                    Assessment# R-2145583657

```
  OXFHN          *        INMATE EDUCATION DATA       *      04-29-2026
  PAGE 001       *            TRANSCRIPT               *      06:36:22

  REGISTER NO: 08724-045      NAME..: WYRICK                FUNC: PRT
  FORMAT.....: TRANSCRIPT      RSP OF: OXF-OXFORD FCI

  ------------------------------ EDUCATION INFORMATION -----------------------------
  FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
  OXF  ESL HAS    ENGLISH PROFICIENT            06-12-1997 1541 CURRENT
  OXF  GED HAS    COMPLETED GED OR HS DIPLOMA   06-30-1997 1845 CURRENT


  ------------------------------ EDUCATION COURSES -----------------------------
  SUB-FACL    DESCRIPTION                   START DATE   STOP DATE EVNT AC LV   HRS
  OXF         NCCER CORE                    11-04-2025 02-19-2026  P   C  P     85
  OXF         NCCER SAFETY ORRIENTATION     11-13-2025 11-25-2025  P   C  P     12
  ENG         ACE CORAL REEF                07-07-2025 08-25-2025  P   C  P     16
  ENG         ACE SPANISH LANGUAGE I        07-07-2025 08-25-2025  P   C  P     16
  ENG         INTRODUCTION TO DRAFTING      07-07-2025 08-25-2025  P   C  P     16
  ENG VETS    FUNDAMENTALS OF OIL AND GAS 2 04-30-2025 06-04-2025  P   C  P     16
  ENG VETS    THE POWER OF NOW              04-19-2024 07-26-2024  P   C  P     12
  ENG VETS    INTRO TO OIL AND GAS FUND.    07-01-2024 08-19-2024  P   C  P     16
  ENG VETS    ACE SPANISH LANGUAGE I        04-01-2024 05-22-2024  P   C  P     10
  ENG         SECRETS OF MENTAL MATH        03-01-2024 03-31-2024  P   C  P      6
  ENG VETS    ACE COGNITIVE CHANGE          03-01-2024 03-31-2024  P   C  P      3
  ENG VETS    SAVING AND INVESTING          02-05-2024 04-01-2024  P   C  P     10
  ENG VETS    CDL PART 1                    02-05-2024 04-01-2024  P   C  P     10
  ENG VETS    STATISTICS AND PROBABILITY    02-05-2024 04-01-2024  P   C  P     10
  ENG         ACE HOW CONVERSATION WORKS    02-01-2024 02-29-2024  P   C  P      3
  ENG         ACE SHOPPING SMARTS           12-23-2023 01-10-2024  P   C  P      1
  ENG         ACE SECRETS/ SELF-CONTROL     12-23-2023 01-10-2024  P   C  P      3
  ENG         ACE SELF INTERVIEW TECHNIQUES 12-23-2023 01-10-2024  P   C  P      1
  ENG VETS    RELEASE PLAN                  09-25-2023 11-13-2023  P   C  P     10
  ENG VETS    JOB PREP CLASS                09-25-2023 11-13-2023  P   C  P     10
  ENG VETS    ACE SELF PUTTING BARS BEHIND Y 10-01-2023 10-31-2023 P   C  P      1
  ENG VETS    MANAGING SUCCESSFUL PAROLE    10-01-2023 10-31-2023  P   C  P      2
  ENG VETS    ACE SS: LIVING SKILLS         10-01-2023 10-31-2023  P   C  P      2
  ENG         ACE SS: FAMILY REUNIFICATION  10-01-2023 10-31-2023  P   C  P      2
  ENG         ACE SELF JOB SUCCESS          10-01-2023 10-31-2023  P   C  P      1
  ENG VETS    ACE SELF LAWS SELF CONFIDENCE 09-01-2023 09-30-2023  P   C  P      2
  ENG         TRANS WORK & SELF-SUFFICIENCY 09-01-2023 09-30-2023  P   C  P      3
  ENG         ACE SELF COMMUNICATION SKILLS 09-01-2023 09-30-2023  P   C  P      2
  ENG         ACE SS: FAMILY REUNIFICATION  09-01-2023 09-30-2023  P   C  P      2
  ENG VETS    WORKPLACE COMMUNICATION       09-01-2023 09-30-2023  P   C  P      1
  ENG VETS    ACE SELF GOALS AND BARRIERS   09-01-2023 09-30-2023  P   C  P      1
  ENG VETS    EXPERT JOB SEARCH STRATEGIES  09-01-2023 09-30-2023  P   C  P      1
  ENG VETS    ACE SELF PRODUCTIVITY         09-01-2023 09-30-2023  P   C  P      2
  ENG VETS    ACE COUNTDOWN TO FREEDOM      09-01-2023 09-30-2023  P   C  P      2
  ENG VETS    ACE SELF ART OF COMMUNICATION 09-01-2023 09-30-2023  P   C  P      1
  ENG VETS    ACE SELF HOME BUSINESS        08-01-2023 08-31-2023  P   C  P      1
  ENG VETS    ACE SELF AFTER PRISON REAL WLD 08-01-2023 08-31-2023 P   C  P      1
  LVN         RPP6 LCP SPIRITUALITY         03-24-2021 05-26-2021  P   C  P     20
  LVN         ADVANCED CORE EXERCISE CLASS  05-20-2021 06-29-2021  P   C  P      2
  LVN         RPP6 LCP RELIGIOUS TOLERANCE  06-15-2020 07-13-2020  P   C  P     14

  G0002      MORE PAGES TO FOLLOW . . .
```

```
   REGISTER NO: 08724-045      NAME..: WYRICK              FUNC: PRT
   FORMAT.....: TRANSCRIPT      RSP OF: OXF-OXFORD FCI
```

```
--------------------------------- EDUCATION COURSES ----------------------------
SUB-FACL    DESCRIPTION                START DATE  STOP DATE  EVNT  AC  LV   HRS
LVN         RPP6 LCP MANAGING EMOTIONS  07-27-2020 09-01-2020  P    C   P    20
LVN         RPP6 LCP CONFLICT MANAGEMENT 09-14-2020 10-30-2020 P    C   P    20
LVN         RPP6 LCP OBLG RIGHT TO WRONG 12-08-2020 01-08-2021 P    C   P    20
LVN         RPP6 LCP FOLLOW MORAL COMPASS 01-11-2021 02-04-2021 P   C   P    16
LVN         RPP6 LCP FAMILY LIFE CONNECT 02-08-2021 03-04-2021 P    C   P    32
LVN         RPP6 LCP LEADERSHIP         03-08-2021 04-01-2021  P    C   P    16
LVN         RPP6 LCP TRANSITIONAL ISSUES 04-05-2021 04-30-2021 P    C   P    20
LVN         FAITH SPECIFIC              04-05-2021 04-30-2021  P    C   P    20
LVN         RPP6 LCP SPIRITUALITY       04-20-2020 06-01-2020  P    C   P    24
LVN         RPP6 LCP CELEBRATE RECOVERY 08-28-2020 10-15-2020  P    C   P    20
LVN         ACE PROFESSIONAL WRITING    08-20-2020 10-22-2020  P    C   P    10
LVN         RPP6 LCP PREP FOR JOURNEY   02-25-2020 03-20-2020  P    C   P    24
LVN         RPP6 LCP BUILDING BLOCKS/COMM 01-14-2020 02-21-2020 P   C   P    20
LVN         RPP6 LCP ORIENTATION        12-03-2019 01-10-2020  P    C   P    16
LVN         RPP6 LCP COMFORT ZONE RETREAT 11-18-2019 11-29-2019 P   C   P    18
LVN         ACE- SIGN LANGUAGE 2        01-03-2020 03-20-2020  P    C   P    10
LVN         CANTERBURY TALES ACE COURSE 09-25-2019 01-31-2020  P    C   P    10
LVN         DEBATE ACE CLASS            09-26-2019 01-23-2020  P    C   P    10
LVN         BASKETBALL OFFICIATING      12-07-2019 01-20-2020  P    C   P     6
LVN         ACE- SIGN LANGUAGE 2        11-01-2019 12-20-2019  P    C   P    10
LVN         ADVANCED YOGA               11-19-2019 11-20-2019  P    C   P     2
LVN         ACE AMERICAN SIGN LANGUAGE  06-28-2019 09-06-2019  P    C   P    20
LVN         BEGINNING YOGA & STRETCHING 09-18-2019 10-01-2019  P    C   P     2
LVN         TUTOR TRAINING COURSE       07-17-2019 08-05-2019  P    C   P    10
MAR GP      CERTIFIED PRODUCTION TECH VT 02-15-2017 10-18-2017 P    C   C   140
MAR GP      REENTRY SIMULATION          09-14-2017 09-14-2017  P    C   P     2
MAR GP      RE-ENTRY ADV CAREER SEARCH  01-19-2017 03-21-2017  P    C   P     8
MAR GP      INFORMATION PROCESSING VT 1200 04-11-2016 03-14-2017 P  C   C   300
MAR GP      ACE COMPUTER KEYBOARDING 3  09-14-2016 11-02-2016  P    C   P     8
MAR GP      ACE COMPUTER KEYBOARDING 2  09-14-2016 11-02-2016  P    C   P     8
MAR GP      ANTHROPOLOGY ACE CLASS      09-15-2016 11-03-2016  P    C   P     8
MAR GP      U.S. HISTORY VIDEO ACE CLASS 09-12-2016 11-07-2016 P    C   P     8
MAR GP      BEYOND BARS #6              08-31-2016 09-22-2016  P    C   P     6
MAR GP      ACE COMPUTER KEYBOARDING 1  04-07-2016 05-27-2016  P    C   P     8
MAR GP      ADVANCED NUTRITION          01-11-2016 03-14-2016  P    C   P    10
MAR GP      PHYSIOLOGY CLASS            01-20-2016 03-16-2016  P    C   P     9
MAR GP      ACE CLASS - LEGAL RESEARCH  01-13-2016 03-02-2016  P    C   P     8
MAR GP      ACE CLASS SPANISH 2         01-04-2016 03-03-2016  P    C   P     8
MAR GP      MONEY SMART PERSONAL FINANCE 01-03-2016 03-03-2016 P    C   P     8
MAR GP      CDL MANUAL STUDY ACE CLASS  10-19-2015 12-10-2015  P    C   P     8
MAR GP      ACE CLASS - BEGINNING SPANISH 10-19-2015 12-10-2015 P   C   P     8
MAR GP      HOME IMPROVEMENT 1 ACE CLASS 01-27-2015 03-27-2015 P    C   P     8
MAR GP      ELECTRICAL THEORY           01-26-2015 03-26-2015  P    C   P     8
MAR GP      ACE-SMALL BUSINESS DEVELOPMENT 01-26-2015 03-26-2015 P  C   P     8
MAR GP      ACE HOME PLUMBING SYSTEMS MNTN 01-28-2015 03-28-2015 P  C   P     8
```

```
   G0002        MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 08724-045      NAME..: WYRICK              FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: OXF-OXFORD FCI
```

```
------------------------------ EDUCATION COURSES ------------------------------
```

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| MAR GP | ACE CLASS - LEGAL RESEARCH | 10-15-2014 | 12-15-2014 | P | C | P | 8 |
| MAR GP | PARALEGAL CAREERS ACE CLASS | 10-15-2014 | 12-15-2014 | P | C | P | 8 |
| MAR GP | ACE LEGAL WRITING | 10-22-2014 | 12-22-2014 | P | C | P | 8 |
| MAR GP | PIANO LEISURE CLASS | 01-26-2014 | 03-23-2014 | P | C | P | 20 |
| MAR GP | NUTRITION CLASS | 04-15-2013 | 06-10-2013 | P | C | P | 9 |
| MAR GP | INSANITY FITNESS CLASS | 01-18-2012 | 03-15-2012 | P | C | P | 2 |
| MAR GP | CIRCUIT TRAINING CLASS | 01-18-2012 | 03-15-2012 | P | C | P | 2 |
| MAR GP | ACE ELECTRONIC LAW LIBRARY | 01-18-2011 | 05-05-2011 | P | C | P | 8 |
| ALM | CORRESPNDENCE SCHOOL FLEX TIME | 03-26-2010 | 06-01-2010 | P | C | P | 2250 |
| ALM | CORRESPNDENCE SCHOOL FLEX TIME | 09-22-2009 | 03-26-2010 | P | C | P | 1845 |
| ALM | ACE VT TRADES REVIEW | 09-26-2009 | 12-07-2009 | P | C | P | 14 |
| ALM | CORRESPNDENCE SCHOOL FLEX TIME | 06-04-2009 | 09-22-2009 | P | C | P | 900 |
| ALM | BEGINNING GUITAR CLASS IN REC | 08-19-2009 | 09-07-2009 | P | C | P | 1 |
| ALM | ACE REAL ESTATE CLASS | 06-12-2008 | 07-29-2008 | P | C | P | 16 |
| ALM | CORRESPNDENCE SCHOOL FLEX TIME | 05-01-2008 | 05-01-2008 | P | C | P | 15 |
| ALM | BRIANS SONG ACE NOVEL | 12-06-2007 | 12-10-2007 | P | C | P | 10 |
| ALM | THE CONTENDER ACE NOVEL | 12-06-2007 | 12-10-2007 | P | C | P | 10 |
| ALM | THE OUTSIDERS NOVEL CLAS | 11-30-2007 | 12-03-2007 | P | C | P | 10 |
| ALM | TPC READING BLUEPRINTS | 11-23-2007 | 11-29-2007 | P | C | P | 25 |
| ALM | T,W,TH 12:00-3:30 VT COMPUTERS | 06-07-2007 | 11-08-2007 | P | C | C | 180 |
| POL | USP PHYSICAL FITNESS & HEALTH | 08-29-2006 | 10-31-2006 | P | C | P | 20 |
| POL | USP BEST 2 WAYS TO FIND A JOB | 10-31-2006 | 10-31-2006 | P | C | P | 1 |
| POL | USP WHY SHOULD I HIRE YOU | 10-24-2006 | 10-24-2006 | P | C | P | 1 |
| POL | USP COMPLETE JOB APPLICATION | 10-17-2006 | 10-17-2006 | P | C | P | 1 |
| POL | SKILLS IDENTIFICATION | 10-10-2006 | 10-10-2006 | P | C | P | 1 |
| POL | USP PREPARING FOR SUCCESS | 09-28-2006 | 09-28-2006 | P | C | P | 1 |
| POL | USP PUTING THE BARS BEHIND YOU | 09-26-2006 | 09-26-2006 | P | C | P | 1 |
| POL | MICROCOMPUTER APPLICATIONS | 05-26-2006 | 09-29-2006 | P | C | C | 201 |
| POL | MS ACCESS 7:30A-10:30A | 09-01-2006 | 09-29-2006 | C | C | P | 0 |
| POL | USP BEST 2 WAYS TO FIND A JOB | 09-19-2006 | 09-19-2006 | P | C | P | 1 |
| POL | ADV PIANO CLASS SAT-SUN 8-930A | 06-11-2006 | 09-17-2006 | P | C | P | 24 |
| POL | MS EXCEL 7:30A-10:30A | 07-13-2006 | 09-01-2006 | C | C | P | 0 |
| POL | MICROSOFTWORD M-F 7:30-10:30AM | 05-26-2006 | 07-13-2006 | C | C | P | 0 |
| POL | KEYBOARDING 7:30A-10:30A | 04-20-2006 | 05-26-2006 | P | C | P | 60 |
| POL | USP PIANO CLASS SAT-SUN 8-930A | 12-15-2005 | 03-11-2006 | P | C | P | 12 |
| POL | BRIEF WRITING MONDAY 630-730P | 11-07-2005 | 12-20-2005 | P | C | P | 12 |
| POL | COURT RULES RESCH SA 130-300P | 11-12-2005 | 12-24-2005 | P | C | P | 12 |
| LVN | CAGE YOUR RAGE USP | 02-06-2004 | 12-20-2005 | P | C | P | 1 |
| POL | USP/STRESS LESS 6 HRS | 10-28-2005 | 12-09-2005 | P | C | P | 6 |
| LVN | GRAPHICS ARTS 12:30-2:00PM M-F | 11-17-1997 | 07-20-1998 | P | W | V | 123 |

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

# Calvary Christian College and Seminary

## SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the approval of the

Board of Directors

### Keven Lee Wyrick

Having honorably and successfully completed the prescribed requirements of
CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

## DOCTOR OF PHILOSOPHY IN THEOLOGY

Awarded this 21st day of February, 2012 A.D.

Dr. Michael L. Johnston, Board of Reference

Dr. Jack Van Impe, Board of Reference

Rev. Robert L. Johnston, Dean Emeritus

Dr. Kenneth F. Pierpont, Acting

Case 4:94-cr-00194-BP    Document 1152    Filed 05/18/26    Page 63 of 87

# Calvary Christian College and Seminary

## SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the approval of the Board of Directors

### Keben Lee Wyrick

Having honorably and successfully completed the prescribed requirements of CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

## DOCTOR OF THEOLOGY

Awarded this 15th day of February, 2011 A.D.



Dr. Michael L. Johnston, Board of Reference

Dr. Jack Van Impe, Board of Reference

Rev. Robert L. Johnston, Dean Emeritus

Dr. Kenneth F. Piermont

Case 4:94-cr-00194-BP    Document 1152    Filed 05/18/26    Page 64 of 87



# CALVARY CHRISTIAN COLLEGE & SEMINARY

SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the
approval of the Board of Directors

THIS CERTIFIES THAT

## Keven Lee Wyrick

Having honorably and successfully completed the prescribed requirements of
CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

# DOCTOR OF BIBLICAL STUDIES

Awarded this 15th day of October, 2010 A.D.

Dr. Michael L. Johnston, President

Dr. Jack Van Impe, Board of Reference

Rev. Robert L. Johnston, Dean Emeritus

Kenneth F. Pierpont, Vice President

# CALVARY CHRISTIAN COLLEGE & SEMINARY

SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the approval of the
Board of Directors

THIS CERTIFIES THAT

## Keven Lee Wyrick

Having honorably and successfully completed the prescribed requirements of
CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

## MASTER OF BIBLICAL STUDIES

Awarded this 21st day of May, 2010 A.D.



Dr. Michael L. Johnston, President

Dr. Jack Van Impe, Board of Reference

Rev. Robert L. Johnston, Dean Emeritus

# Calvary Christian College and Seminary

### SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the approval of the Board of Directors

## Keben Lee Wyrick

Having honorably and successfully completed the prescribed requirements of CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

## MASTER OF THEOLOGY

Awarded this 15th day of January, 2011 A.D.



_____
Dr. Michael L. Johnston, Board of Reference

_____
Dr. Jack Van Impe, Board of Reference

_____
Rev. Robert L. Johnston, Dean Emeritus

_____
Dr. Kenneth F. Pierpont, CCC&S Board

# CALVARY CHRISTIAN COLLEGE & SEMINARY

SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the approval of the Board of Directors

THIS CERTIFIES THAT

## Keven Lee Wyrick

Having honorably and successfully completed the prescribed requirements of CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

# BACHELOR OF BIBLICAL STUDIES

Awarded this 20th day of March, 2010 A.D.

Dr. Michael L. Johnston, President

Dr. Jack Van Impe, Board of Reference

Rev. Robert L. Johnston, Dean Emeritus



# CALVARY CHRISTIAN COLLEGE & SEMINARY

SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the approval of the Board of Directors

THIS CERTIFIES THAT

## Keven Lee Wyrick

Having honorably and successfully completed the prescribed requirements of CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

## ASSOCIATE OF BIBLICAL STUDIES

Awarded this 29th day of September, 2009 A.D.



Dr. Michael L. Johnston, President

Dr. Jack Van Impe, Board of Reference

Rev. Robert L. Johnston, Dean Emeritus

Dr. Ken...

# CALVARY CHRISTIAN COLLEGE & SEMINARY

## SOUTH BEND, INDIANA

On the recommendation of the faculty and upon the approval of the
Board of Directors

### THIS CERTIFIES THAT

## Keven Lee Wyrick

Having honorably and successfully completed the prescribed requirements of
CALVARY CHRISTIAN COLLEGE & SEMINARY is hereby entitled to the DEGREE of

# COUNSELOR OF BIBLICAL STUDIES

Awarded this 29th day of July, 2009 A.D.



Dr. Michael L. Johnston, President

Dr. Jack Van Impe, Board of Reference

Rev. Robert L. Johnston, Dean Emeritus

# LIFE CONNECTIONS PROGRAM
# CERTIFICATE OF GRADUATION

This Certifies That

## Keven Wyrick

Has Successfully Graduated the 18 Month Life Connections Program



Chaplain H. Son, LCP Chaplain

J. Bermingham , Associate Warden Programs

May 3, 2021

# Certificate of Recognition

THE FOLLOWING AWARD IS GIVEN TO

## Keven Wyrick

This certificate is awarded to Keven Wyrick for his completion of the 18-month Veterans Education Transitional Service (VETS) Unit Program at FCI Englewood on January 15, 2025.

J. OWEN
ASSOCIATE WARDEN

J. BRENNAN
SPECIAL POPULATION
PROGRAM COORDINATOR



# Blackstone Career Institute

Established 1890

Confers this Diploma of

## Legal Assistant/Paralegal

upon

### Keven Lee Wyrick

who has fulfilled all the requirements prescribed by the School and is entitled to all of the honors rights and privileges thereunto appertaining. In Testimony Whereof this recognition of achievement is Given this 4th day of March 2008

_President_

_Director_ B.S. M.Ed

Case 4:94-cr-00194-BP    Document 1152    Filed 05/18/26    Page 73 of 87



To Whom it Concerns

— Keven L. Wyrick —

Has Been A Pivotal Member of the VETS (Veterans Educational Transitional Services) Program for two years. Serving as a peer to peer mentor to individuals throughout the community. He takes the welfare of the veterans to heart, going above and beyond his inherent responsibilities to provide a kind word, a friendly ear, or a helpful hand. His infectious positive attitude and motivation raises the morale of his fellow veterans and the esprit de corps of the whole program. Keven is and will be an asset to any organization or community he is a member of.

S. Michalke
COL, Chaplain

5 Mar 26'

L. Cox
MAJ, Infantry

Ne Cede Malis

```
OXFHN  531.01 *           INMATE HISTORY              *      04-29-2026
PAGE 001 OF 001 *            PT OTHER                 *      06:37:24

REG NO..: 08724-045 NAME....: WYRICK, KEVEN L
CATEGORY: PTO       FUNCTION: PRT          FORMAT:

FCL    ASSIGNMENT DESCRIPTION             START DATE/TIME STOP   DATE/TIME
OXF    ARTH FND W ARTHRITIS FOUNDATION WALK WAIT 04-18-2022 0746 CURRENT
OXF    MAN DIAB W MANAGING YOUR DIABETES WAIT 04-18-2022 0755 CURRENT
ENG    OCP EDU W  OCCUPATIONAL EDUC WAITLIST 05-07-2025 1035 09-04-2025 1114
ENG    CR TH COMP CRIMINAL THINKING COMP   04-24-2024 0750 04-24-2024 0750
ENG    CR TH PART CRIMINAL THINKING PART   02-28-2024 1158 04-24-2024 0750
ENG    UNICOR C   UNICOR 500 HOURS COMPLETE 01-16-2024 0924 01-16-2024 0924
ENG    DEP COMP   DISABILITIES ED PROG COMP 10-24-2023 1018 10-24-2023 1018
ENG    DEP PART   DISABILITIES ED PROG PART 08-08-2023 1417 10-24-2023 1018
ENG    DEP WAIT   DISABILITIES ED PROG WAIT 07-10-2023 2224 08-08-2023 1417
LVN    ANG M COMP ANGER MANAGEMENT CBT COMP 02-03-2023 1422 02-03-2023 1422
LVN    ANG M PART ANGER MANAGEMENT CBT PART 10-07-2022 1230 02-03-2023 1422
LVN    ANG M DECL ANGER MANAGEMENT CBT DECLINE 03-10-2021 1050 10-07-2022 1230




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```



U.S. Department of Justice
Federal Bureau of Prisons

United States Penitentiary

Marion, IL 62959

February 16, 2017

MEMORANDUM FOR ALL CONCERNED

FROM: C. Wright, Teacher

SUBJECT: Wyrick, Keven #08724-045

This correspondence serves to inform you that inmate Keven Wyrick is currently enrolled in the USP Marion Vocational Training Program - Information Processing. He has been enrolled since April of 2016, and is in good standing. He maintains excellent attendance and satisfactory progress in class. Upon completion of the program, he will receive a college certification for Information Processing from Century College.

Thank you for your time and attention in this manner.

February 10, 2017

FROM: *[signature]* Recreation

SUBJECT: Keven Wyrick

To whom it may concern,

Keven Wyrick has worked in the Recreation Department at the United States Penitentiary in Marion, Illinois since October 2010 to present. During this time, Mr. Wyrick has worked on multiple work details within the department. Mr. Wyrick often works 7 days a week in order to accomplish the multiple tasks that he is accountable for. During his tenure in recreation, he has displayed an excellent work ethic while exceeding in his roles of responsibility. He has worked on the snow and ice removal crew, the yard mowing crew, as an orderly, as an issue clerk and institutional photographer. His evaluations on these work details are always exceptional and he has been awarded numerous bonuses and achievements for his work performance.

UNITED STATES GOVERNMENT

# memorandum

United States Penitentiary
Leavenworth, Kansas 66048

DATE: September 29, 2005

REPLY TO
ATTN OF: Mike Crowell, Supervisory Chaplain

SUBJECT: Inmate Wyrick №08724-045

TO: All Concerned

Inmate Wyrick has been an active participant in the Christian community at USP Leavenworth since 1997. He has consistently participated in the Sunday morning Protestant worship services, and has been a positive presence and influence in the institution. I have seen evidence of a meaningful impact his faith has made on his life.



U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional

FCI Englewood, CO 80123

August 26, 2024

Mr. Keven Wyrick (Reg. No. 08724-045) has voluntarily served as part of the USP Leavenworth Suicide Companion Cadre from August 2022 to March 2023 and the FCI Englewood Suicide Companion Cadre from August 2023 to present. The Cadre provides 24-hour observation for incarcerated individuals who are deemed in need of suicide watch to maintain their physical safety in a time of crisis. Cadre members are responsible for working four hour shifts as part of a pre-determined schedule for the duration of a suicide watch. Cadre members receive extensive training consisting of four four-hour trainings per year, in addition to supervision on an on-going basis. While on shift, Cadre members are tasked with maintaining a constant visual of the individual on suicide watch, developing rapport with and providing support to the individual, and documenting any clinically relevant behavioral observations or interactions with the individual for psychology staff's review.

Mr. Wyrick has provided an invaluable service to the cadre. He has been a reliable, hard-working member of the team. He has routinely gone above and beyond to not only fulfil his duties during active suicide watches, but also to provide support to general population incarcerated individuals. He also has been flexible in taking on shifts needing coverage, often volunteering to work less desirable shifts. He has provided outstanding insight and support during cadre trainings, particularly for the new cadre members. Mr. Wyrick's dedication to the suicide companion cadre is greatly appreciated!

K. Vigil, Ph.D.
Suicide Watch Companion Cadre Coordinator
Staff Psychologist
FCI Englewood, Psychology Services

To whom it may concern.

Inmate Keven Wyrick 08724-045 has been a regular participant in Chapel services since he transferred here April 2023.

If you have any questions don't hesitate to contact me.

Chaplain Berg

```
OXFGW             *      INMATE DISCIPLINE DATA        *      12-17-2025
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD   *        06:44:55


REGISTER NO:  08724-045 NAME..: WYRICK, KEVEN L
FUNCTION...:  DIS       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 12-17-2025
                        RSP OF: OXF-OXFORD FCI


-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2096282 - SANCTIONED INCIDENT DATE/TIME: 11-18-2010 1500
UDC HEARING DATE/TIME: 12-02-2010 1400
FACL/UDC/CHAIRPERSON.: MAR/UM NORTH/JARRETT
REPORT REMARKS.......: INMATE STATED HE DIDNT MEAN ANYTHING BY IT. THERE WAS NO
                       BAD INTENTIONS. I DIDNT KNOW I COULDNT WRITE HER.
   410  USING MAIL W/O AUTH - FREQ: 1
        LP COMM    / 15 DAYS / CS
        COMP:   LAW:    STARTING 12-03-2010 THRU 12-17-2010




G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

OXFGW 606.00 * MALE CUSTODY CLASSIFICATION FORM * 12-17-2025
PAGE 001 OF 001 06:43:57

### (A) IDENTIFYING DATA

REG NO..: 08724-045      FORM DATE: 08-22-2025      ORG: ENG

NAME....: WYRICK, KEVEN L

                         MGTV: PSF WAV

PUB SFTY: GRT SVRTY,SENT LGTH      MVED: N/A

### (B) BASE SCORING

| | | | |
|---|---|---|---|
| DETAINER: | (0) NONE | SEVERITY.......: | (7) GREATEST |
| MOS REL.: | 540 | CRIM HIST SCORE: | (04) 4 POINTS |
| ESCAPES.: | (0) NONE | VIOLENCE.......: | (0) NONE |
| VOL SURR: | (0) N/A | AGE CATEGORY...: | (0) 55 AND OVER |
| EDUC LEV: | (0) VERFD HS DEGREE/GED | DRUG/ALC ABUSE.: | (0) NEVER/>5 YEARS |

### (C) CUSTODY SCORING

| | | | |
|---|---|---|---|
| TIME SERVED.....: | (3) 0-25% | PROG PARTICIPAT: | (2) GOOD |
| LIVING SKILLS...: | (2) GOOD | TYPE DISCIP RPT: | (5) NONE |
| FREQ DISCIP RPT.: | (3) NONE | FAMILY/COMMUN..: | (4) GOOD |

### --- LEVEL AND CUSTODY SUMMARY ---

| BASE | CUST | VARIANCE | SEC TOTAL | SCORED LEV | MGMT SEC LEVEL | CUSTODY | CONSIDER |
|---|---|---|---|---|---|---|---|
| +11 | +19 | -3 | +8 | HIGH | LOW | IN | DECREASE |

G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

```
REG NO..: 08724-045 NAME....: WYRICK, KEVEN L
CATEGORY: WRK          FUNCTION: PRT          FORMAT:

FCL     ASSIGNMENT  DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
OXF     EDUC LP     EDUC LABOR POOL             11-24-2025 0001 CURRENT
OXF     PEND WORK   PENDING WORK ASSIGNMENT     11-15-2025 0001 11-24-2025 0001
OXF     A&O COMP    A&O COMPLETE                11-14-2025 1256 11-15-2025 0001
OXF     A&O         A&O WORK UNASSIGNED         10-20-2025 1230 11-14-2025 1256
THP     HO UNASSG   HOLDOVER INMATE             10-02-2025 1540 10-20-2025 0349
OKL     UNASSG      UNASSIGNED HOLDOVER         09-24-2025 1155 10-02-2025 0256
ENG     SEWING 1    SEWING 1                    01-15-2025 1459 09-23-2025 2053
ENG     SEWING 1    SEWING 1                    10-17-2024 1425 01-15-2025 1320
ENG     SEWING 1    SEWING 1                    07-11-2023 0001 10-17-2024 1215
ENG     A&O         A&O PRE-CLASSIFIED          06-28-2023 0910 07-11-2023 0001
ENG     UNASSG      WRK DETAIL                  06-27-2023 1513 06-28-2023 0910
LVN     SUIC COMPN  SUICIDE COMPANION PROGRAM   05-01-2023 1021 06-27-2023 0933
LVN     CLOTHING    CLOTHING ROOM               05-01-2023 1021 06-27-2023 0933
LVN     SUIC COMPN  SUICIDE COMPANION PROGRAM   02-28-2023 1415 05-01-2023 0636
LVN     CLOTHING    CLOTHING ROOM               02-28-2023 1415 05-01-2023 0636
LVN     SUIC COMPN  SUICIDE COMPANION PROGRAM   11-02-2022 1027 02-28-2023 1144
LVN     CLOTHING    CLOTHING ROOM               02-21-2023 0958 02-28-2023 1144
LVN     LAUNDRY     CLOTHING ROOM               11-02-2022 1027 02-21-2023 0958
LVN     SUIC COMPN  SUICIDE COMPANION PROGRAM   08-11-2022 0848 11-02-2022 0724
LVN     LAUNDRY     CLOTHING ROOM               06-21-2022 1354 11-02-2022 0724
LVN     LAUNDRY     CLOTHING ROOM               04-13-2022 1355 06-21-2022 1029
LVN     LAUNDRY     CLOTHING ROOM               01-06-2022 1151 04-13-2022 1114
LVN     LAUNDRY     CLOTHING ROOM               11-05-2018 1123 01-06-2022 0803
LVN     RECREATION  RECREATION                  11-03-2018 1713 11-05-2018 1123
LVN     PM REC      PM REC 1230-1445            10-15-2018 0001 11-03-2018 1713
LVN     UNASSG      UNASSIGNED WRK ASSIGNMENT   09-19-2018 1158 10-15-2018 0001
OKL     UNASSG      UNASSIGNED HOLDOVER         09-12-2018 1620 09-19-2018 0435
MAR     CBL 1       INDUSTRIES CABLE 1          06-02-2018 0001 09-12-2018 1031
MAR     CBL 5       INDUSTRIES CABLE 5          01-24-2018 0001 06-02-2018 0001
MAR     CBL WH      INDUSTRIES WAREHOUSE        06-27-2017 0001 01-24-2018 0001
MAR     FPITRAINAM  FPI FACTORY TRAINING AM     05-10-2017 0001 06-27-2017 0001
MAR     REC CTR AM  USP RECREATION CENTER       03-05-2017 0001 05-10-2017 0001
MAR     VACATION    VACATION                    02-26-2017 0001 03-05-2017 0001
MAR     REC CTR AM  USP RECREATION CENTER       06-29-2016 1455 02-26-2017 0001
MAR     Z UNASSG    Z UNASSIGNED WORK DETAIL    05-31-2016 0705 06-29-2016 1455
MAR     REC CTR AM  USP RECREATION CENTER       08-30-2015 1108 05-31-2016 0705
MAR     REC YD AM   USP RECREATION YARD         03-08-2014 0001 08-30-2015 1108
MAR     FD SVC WHS  FOOD SERVICE WAREHOUSE      04-29-2013 0001 03-08-2014 0001
MAR     REC YD AM   USP RECREATION YARD         12-20-2012 1228 04-29-2013 0001
MAR     REC YD AM   USP RECREATION YARD         12-04-2012 0001 12-20-2012 0946
MAR     UNASSG      UNASSIGNED WORK DETAIL      12-01-2012 0001 12-04-2012 0001

G0002        MORE PAGES TO FOLLOW . . .
```

```
REG NO..: 08724-045 NAME....: WYRICK, KEVEN L
CATEGORY: WRK        FUNCTION: PRT         FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MAR | CBL QA | INDUSTRIES QUALITY ASSURANCE | 08-20-2012 0001 | 12-01-2012 0001 |
| MAR | REC YD AM | USP RECREATION YARD | 05-28-2012 0001 | 08-20-2012 0001 |
| MAR | LAUNDRY | USP LAUNDRY | 01-23-2012 0001 | 05-28-2012 0001 |
| MAR | REC YD AM | USP RECREATION YARD | 12-01-2011 0001 | 01-23-2012 0001 |
| MAR | TRULINCS | TRULINCS CLERK | 08-10-2011 0001 | 12-01-2011 0001 |
| MAR | REC YD AM | USP RECREATION YARD | 07-23-2011 0001 | 08-10-2011 0001 |
| MAR | AM REC YD | USP RECREATION YARD | 01-19-2011 0001 | 07-23-2011 0001 |
| MAR | PM REC YD | USP RECREATION YARD | 12-04-2010 0001 | 01-19-2011 0001 |
| MAR | CORR ORD-E | CORRIDOR ORDERLY-EVENINGS | 10-28-2010 0001 | 12-04-2010 0001 |
| MAR | PM REC YD | USP RECREATION YARD | 10-25-2010 0001 | 10-28-2010 0001 |
| MAR | Y UNASSG | UNASSIGNED WORK DETAIL | 10-15-2010 0001 | 10-25-2010 0001 |
| MAR | Y A&O UNAS | UNASSIGNED WORK DETAIL - A&O | 10-12-2010 1941 | 10-15-2010 0001 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 10-04-2010 1735 | 10-12-2010 0935 |
| ALM | SAFETY | SAFETY | 08-02-2008 0001 | 10-04-2010 0434 |
| ALM | VACATION | VACATION | 07-28-2008 0001 | 08-02-2008 0001 |
| ALM | SAFETY | SAFETY | 06-26-2008 0001 | 07-28-2008 0001 |
| ALM | CONVALESCE | CONVALESCENCE | 06-13-2008 1254 | 06-26-2008 0001 |
| ALM | SAFETY | SAFETY | 05-14-2007 0001 | 06-13-2008 1254 |
| ALM | RECREATIN | RECREATION | 05-11-2007 0001 | 05-14-2007 0001 |
| ALM | AO COMPLT | COMPLETED A&O | 05-09-2007 1124 | 05-11-2007 0001 |
| ALM | A&O | A&O | 05-01-2007 0638 | 05-09-2007 1124 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 04-30-2007 1817 | 05-01-2007 0541 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 03-19-2007 1840 | 04-30-2007 0915 |
| POL | C1 ORD AM1 | M-F 6:00-2:00 | 02-20-2007 1530 | 03-19-2007 0930 |
| POL | UNASSG | UNASSIGN WORK STATUS | 02-20-2007 0857 | 02-20-2007 1530 |
| POL | UNICOR 6 | USP UNICOR TRUNKS 4 | 02-17-2007 0001 | 02-20-2007 0857 |
| POL | MED IDLE3 | MEDICAL IDLE 3 DAYS | 02-14-2007 0902 | 02-17-2007 0001 |
| POL | UNICOR 6 | USP UNICOR TRUNKS 4 | 02-03-2007 0001 | 02-14-2007 0902 |
| POL | MED CONVAL | MEDICAL CONVALESCE | 01-25-2007 1210 | 02-03-2007 0001 |
| POL | MED CONVAL | MEDICAL CONVALESCE | 01-22-2007 0926 | 01-25-2007 1210 |
| POL | UNICOR 6 | USP UNICOR TRUNKS 4 | 01-09-2007 0001 | 01-22-2007 0926 |
| POL | VACATION | VACATION FROM REG WRK ASSGN | 01-02-2007 0001 | 01-09-2007 0001 |
| POL | UNICOR 6 | USP UNICOR TRUNKS 4 | 10-06-2006 0001 | 01-02-2007 0001 |
| POL | VACATION | VACATION FROM REG WRK ASSGN | 10-05-2006 0001 | 10-06-2006 0001 |
| POL | UNICOR 6 | USP UNICOR TRUNKS 4 | 02-17-2006 0744 | 10-05-2006 0001 |
| POL | UNICOR 7 | USP UNICOR TRUNKS 5 | 02-17-2006 0001 | 02-17-2006 0744 |
| POL | MED IDLE3 | MEDICAL IDLE 3 DAYS | 02-14-2006 0807 | 02-17-2006 0001 |
| POL | UNICOR 7 | USP UNICOR TRUNKS 5 | 01-17-2006 0839 | 02-14-2006 0807 |
| POL | UNICOR 11 | USP UNICOR MAILBAGS | 01-15-2006 0001 | 01-17-2006 0839 |
| POL | REC AM-1 | M-F 7:30-3:30 | 10-31-2005 0001 | 01-15-2006 0001 |
| POL | UNASSG | UNASSIGN WORK STATUS | 10-24-2005 1505 | 10-31-2005 0001 |

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
 REG NO..: 08724-045 NAME....: WYRICK, KEVEN L
 CATEGORY: WRK         FUNCTION: PRT         FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
 POL    A&O        ADMISSION & ORIENTATION     10-21-2005 1256 10-24-2005 1505
 OKL    UNASSG     UNASSIGNED HOLDOVER         10-20-2005 1340 10-21-2005 0900
 LVN    FURN 4     4TH FLOOR FURNITURE         09-02-2005 0001 10-20-2005 0750
 LVN    VACATION   VACATION                    08-30-2005 0001 09-02-2005 0001
 LVN    FURN 4     4TH FLOOR FURNITURE         06-07-2005 0001 08-30-2005 0001
 LVN    VACATION   VACATION                    05-31-2005 0001 06-07-2005 0001
 LVN    FURN 4     4TH FLOOR FURNITURE         01-15-2005 0001 05-31-2005 0001
 LVN    VACATION   VACATION                    01-13-2005 0001 01-15-2005 0001
 LVN    FURN 4     4TH FLOOR FURNITURE         11-25-2004 0001 01-13-2005 0001
 LVN    VACATION   VACATION                    11-23-2004 0001 11-25-2004 0001
 LVN    FURN 4     4TH FLOOR FURNITURE         10-30-2004 0001 11-23-2004 0001
 LVN    VACATION   VACATION                    10-29-2004 0001 10-30-2004 0001
 LVN    FURN 4     4TH FLOOR FURNITURE         07-07-2004 0001 10-29-2004 0001
 LVN    VACATION   VACATION                    07-06-2004 0001 07-07-2004 0001
 LVN    FURN 4     4TH FLOOR FURNITURE         06-03-2004 0001 07-06-2004 0001
 LVN    VACATION   VACATION                    06-01-2004 0001 06-03-2004 0001
 LVN    FURN 4     4TH FLOOR FURNITURE         04-21-2004 0001 06-01-2004 0001
 LVN    VACATION   VACATION                    04-19-2004 0001 04-21-2004 0001
 LVN    FURN 4     4TH FLOOR FURNITURE         01-17-2004 0001 04-19-2004 0001
 LVN    VACATION   VACATION                    01-16-2004 0001 01-17-2004 0001
 LVN    FURN 4     4TH FLOOR FURNITURE         11-08-2003 0001 01-16-2004 0001
 LVN    VACATION   VACATION                    11-05-2003 0001 11-08-2003 0001
 LVN    FURN 4     4TH FLOOR FURNITURE         09-09-2003 0001 11-05-2003 0001
 LVN    VACATION   VACATION                    09-08-2003 0001 09-09-2003 0001
 LVN    FURN 4     4TH FLOOR FURNITURE         09-04-2003 0001 09-08-2003 0001
 LVN    VACATION   VACATION                    09-02-2003 0001 09-04-2003 0001
 LVN    FURN 4     4TH FLOOR FURNITURE         07-04-2003 0001 09-02-2003 0001
 LVN    VACATION   VACATION                    06-30-2003 0001 07-04-2003 0001
 LVN    FURN 4     4TH FLOOR FURNITURE         03-22-2003 0001 06-30-2003 0001
 LVN    VACATION   VACATION                    03-20-2003 0001 03-22-2003 0001
 LVN    FURN 4     4TH FLOOR FURNITURE         06-11-2002 0001 03-20-2003 0001
 LVN    VACATION   VACATION                    06-03-2002 0001 06-11-2002 0001
 LVN    FURN 4     4TH FLOOR FURNITURE         03-16-2002 0001 06-03-2002 0001
 LVN    IDLE 1     IDLE 1 DAY QTRS             03-15-2002 0721 03-16-2002 0001
 LVN    FURN 4     4TH FLOOR FURNITURE         02-13-2002 0001 03-15-2002 0721
 LVN    CONVAL     CONVAL NOT MORE THAN 30 DAYS 02-07-2002 1220 02-13-2002 0001
 LVN    FURN 4     4TH FLOOR FURNITURE         07-14-2001 0001 02-07-2002 1220
 LVN    VACATION   VACATION                    07-02-2001 0001 07-14-2001 0001
 LVN    FURN 4     4TH FLOOR FURNITURE         02-17-2001 0001 07-02-2001 0001
 LVN    IDLE 2     IDLE 2 DAY QTRS             02-15-2001 1530 02-17-2001 0001
 LVN    FURN 4     4TH FLOOR FURNITURE         08-12-2000 0001 02-15-2001 1530


 G0002       MORE PAGES TO FOLLOW . . .
```

REG NO..: 08724-045 NAME....: WYRICK, KEVEN L
CATEGORY: WRK          FUNCTION: PRT          FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| LVN | VACATION | VACATION | 08-11-2000 0001 | 08-12-2000 0001 |
| LVN | FURN 4 | 4TH FLOOR FURNITURE | 07-20-2000 0001 | 08-11-2000 0001 |
| LVN | VACATION | VACATION | 07-03-2000 0001 | 07-20-2000 0001 |
| LVN | FURN 4 | 4TH FLOOR FURNITURE | 01-04-2000 0001 | 07-03-2000 0001 |
| LVN | TEXT 2 | TEXTILE 2ND FLOOR | 07-13-1999 0001 | 01-04-2000 0001 |
| LVN | VACATION | VACATION | 07-06-1999 0001 | 07-13-1999 0001 |
| LVN | TEXT 2 | TEXTILE 2ND FLOOR | 07-02-1998 0001 | 07-06-1999 0001 |
| LVN | CNTR HALL | CENTER HALL ORDERLY | 04-14-1998 0001 | 07-02-1998 0001 |
| LVN | TEXT 2 | TEXTILE 2ND FLOOR | 04-11-1998 0001 | 04-14-1998 0001 |
| LVN | VACATION | VACATION | 04-06-1998 0001 | 04-11-1998 0001 |
| LVN | TEXT 2 | TEXTILE 2ND FLOOR | 02-03-1998 0001 | 04-06-1998 0001 |
| LVN | VACATION | VACATION | 02-02-1998 0001 | 02-03-1998 0001 |
| LVN | TEXT 2 | TEXTILE 2ND FLOOR | 07-10-1997 0001 | 02-02-1998 0001 |
| LVN | RECREATION | RECREATION | 07-08-1997 0001 | 07-10-1997 0001 |
| LVN | BCHU UTIL | UTILITY TEMPORARY ASSIGNMENT | 06-19-1997 1106 | 07-08-1997 0001 |
| LVN | A/O UNASSG | A & O UNASSIGNED | 06-06-1997 1046 | 06-19-1997 1106 |

G0000     TRANSACTION SUCCESSFULLY COMPLETED

```
UNICOR INMATE EARNING STATEMENT        Pay Period: 02/28/2025 Pay Date: 03/08/2025
                                       INST:  20    FACTORY:    ENG1
REG/NAME: 08724045                     GRADE: GRADE2 GROUP:
          KEVEN WYRICK                              CREW:   ENG Sewing 3
```

|  | GROSS | − | TAXES | − | POST TAX DEDUCTIONS | = | NET PAY |
|---|---|---|---|---|---|---|---|
| Curr: | 164.78 | − | | − | | = | 164.78 |
| YTD: | | − | | − | | = | 450.42 |

```
EARNINGS        RATE    HOURS          AMOUNT    │ DATE COMPUTED
 8010  HOL       0.92    7.25            6.67    │ HIRE DATE         07/07/2023
 8510  REG       0.92    127.81         117.59   │ VACATION DATE     07/07/2023
 9530  LONG30    0.30    135.06          40.52   │ LONGEVITY MONTHS      148.00
                                                 │ UNICOR WORK START 07/07/2023
                                                 │ ACCRUED VAC HOURS      43.63
                                                 │ PREV. YRS VAC HOURS
                                                 │ UNPAID CALLOUT         0.00
                                                 │
                                                 │ STATUS 96
                                                 │
                                                 │ DEDUCTIONS/ADJUSTMENT
```