| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 94-00194-12-CR-W-BP |
| KEVEN WYRICK, | |
| Defendant. | |

**GOVERNMENT'S MOTION REQUESTING AN EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO DEFENDANT'S FOURTH PRO SE MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. SECTION 3582**

The United States of America, by and through the United States Attorney, R. Matthew Price, and undersigned counsel, both for the Western District of Missouri, hereby respectfully request an extension of time to respond to the defendant's Fourth *pro se* Motion for Compassionate Release. (D.E. 1152). In support, the Government states the following:

1. Defendant filed his fourth *pro se* Motion under 18 U.S.C. §3582(c)(1)(A)(i) Seeking Compassionate Release or Modification of Sentence (titled on ECF as "Motion for Compassionate Release") on May 18, 2026. (D.E. 1152).

2. The response in opposition is currently due on today's date, Monday June 1, 2026.

3. On Friday, May 29, 2026, the undersigned entered her appearance in this case.

4. The Government requests a 30 day extension of time, until July 1, 2026, to fully review the motion, obtain records, and file its response.

5. There have been no prior extensions requested by the Government in this matter, as to this fourth *pro se* motion.

6. Accordingly, the Government requests an extension from today, June 1, 2026, up to and including Wednesday, July 1, 2026, in which to finish, review, and file its response.

THEREFORE, for these reasons, the Government respectfully requests an additional 30 days in which to file its response to the defendant's *pro se* motion up to and including Wednesday, June 1, 2026.

Respectfully submitted,

R. Matthew Price
United States Attorney

By      */s/ Kelly Collins*

Kelly Collins
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on June 2, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record, and by mail to the following:

Keven Wyrick, *pro se*
Reg. No. 08724-045
FCI Oxford
P.O. Box 1000
Oxford, WI 53952

*/s/ Kelly Collins*
Kelly Collins
Assistant United States Attorney