**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 94-00194-12-CR-W-BP |
| | ) | |
| KEVEN L. WYRICK, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING THE GOVERNMENT'S**
**MOTION FOR EXTENSION OF TIME TO RESPOND**

On May 18, 2026, Defendant filed a Motion for Compassionate Release.  On June 2, the Government filed a Motion for an Extension of Time to Respond to Defendant's argument, requesting 30 days in order to fully respond to Defendant's arguments and obtain necessary records.  (Doc. 1152.)  Defendant has not opposed this Motion and the time to do so has now passed.  The unopposed Motion for Extension, (Doc. 1156), is **GRANTED**.  The Government will have until July 9, 2026 to file its response.

The Clerk is ordered to mail a copy of this Order to Defendant at the following address:

Keven L. Wyrick
Reg. No. 08724-045
FCI Oxford
Federal Correctional Institution
P.O. Box 1000
Oxford, WI 53952

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
DATE: July  2, 2026          UNITED STATES DISTRICT COURT